United States Bankruptcy Court for the:

Eastern District of Virginia

Case number (*If known*): _____  Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. **Debtor's name** | Bella Barbies International LLC | |
| 2. **All other names debtor used in the last 8 years** Include any assumed names, trade names, and *doing business as* names | Body Complete Rx | |
| 3. **Debtor's federal Employer Identification Number** (EIN) | 40-0014201 | |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 7902 Tysons One Pl | |
| Number   Street | Number   Street |
| Unit 2901 | |
| | P.O. Box |
| McLean    VA    22102 | |
| City    State    ZIP Code | City    State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Fairfax County | 600 Bonner Bros Way SW |
| County | Number   Street |
| | |
| | Atlanta    GA    30310 |
| | City    State    ZIP Code |

5. **Debtor's website** (URL)   www.bodycompleterx.com

6. **Type of debtor**
   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor  **Bella Barbies International LLC**  Case number *(if known)*_____
_____
Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

4541

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check all that apply*:

   ☒ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

   ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No
☐ Yes.  District _____ When _____ Case number _____
                                    MM / DD / YYYY
        District _____ When _____ Case number _____
                                    MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☒ No
☐ Yes.  Debtor _____ Relationship _____
        District _____ When _____
                                                    MM / DD / YYYY
        Case number, if known _____

Debtor  **Bella Barbies International LLC**                                     Case number (*if known*)_____
      Name

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
       What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
                                   Number      Street

                                    _____
                                    City                              State    ZIP Code

    **Is the property insured?**

    ☐ No
    ☐ Yes. Insurance agency _____
         Contact name _____
         Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☑ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

Debtor  Bella Barbies International LLC  
Name

Case number (*if known*) _____

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  01/07/2026  
MM / DD / YYYY

✖ /s/ Samia Gore  
Signature of authorized representative of debtor

Samia Gore  
Printed name

Title  Managing Member

**18. Signature of attorney**

✖ /s/ Daniel Press  
Signature of attorney for debtor

Date  01/07/2026  
MM / DD / YYYY

Daniel Press  
Printed name

Chung & Press, P.C.  
Firm name

6718 Whittier Ave Ste 200  
Number    Street

McLean  
City

VA  
State

22101  
ZIP Code

7037343800  
Contact phone

dpress@chung-press.com  
Email address

37123  
Bar number

VA  
State

**Fill in this information to identify the case:**

Debtor name: Bella Barbies International LLC

United States Bankruptcy Court for the: Eastern District of Virginia

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Small Business Administration<br>409 3rd St., SW<br>Washington, DC, 20416 | | Monies Loaned / Advanced | | | | 1,500,000.00 |
| 2 | American Express<br>PO Box 297871<br>Fort Lauderdale, FL, 33329 | | Credit Card Debt | | | | 350,000.00 |
| 3 | Wayflyer<br>356 Wythe Ave<br>Brooklyn, NY, 11249 | | Monies Loaned / Advanced | Disputed | | | 300,000.00 |
| 4 | Clover PR Inc.<br>20409 Yorba Linda Blvd<br>Ste 152<br>Yorba Linda, CA, 92886 | | Services | Disputed<br>Unliquidated | | | 130,000.00 |
| 5 | Blue Wheel Media<br>1837 Enterprise Dr<br>Rochester, MI, 48309 | | Services | | | | 125,000.00 |
| 6 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA, 19101 | | Taxes & Other Government Units | Disputed | | | 50,000.00 |
| 7 | Admiral Leasing & Finance Co<br>Arnold Wollman<br>6826 Old Pimlico Rd<br>Baltimore, MD, 21209 | | Deficiency Balance | Disputed<br>Unliquidated | | | 40,000.00 |
| 8 | Attentive Mobile<br>5805 Sepulveda Blvd<br>4th Floor<br>Sherman Oaks, CA, 91411 | | Services | | | | 30,000.00 |

Official Form 204        Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims        page 1

| Debtor | Bella Barbies International LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Va Dept of Taxation<br>PO Box 1115<br>Richmond, VA, 23218 | | Taxes & Other Government Units | Disputed Unliquidated | | | 20,000.00 |
| 10 | Rawson Technologies, LLC dba pirawna<br>4441 Woodbine Ln<br>Prosper, TX, 75078 | | Services | | | | 18,000.00 |
| 11 | Credit Control LLC<br>3300 Rider Trl S<br>Ste 500<br>Earth City, MO, 63045 | | Deficiency Balance | Disputed Unliquidated | | | 11,000.00 |
| 12 | Barcode Group<br>84 South 10th St, Suite 200<br>Minneapolis, MN, 55403 | | Services | | | | 10,000.00 |
| 13 | Hawke Media<br>2415 Michigan Ave<br>Santa Monica, CA, 90404 | | Services | | | | 3,500.00 |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

Official Form 204   **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**   page 2

**United States Bankruptcy Court**

**IN RE:**                                                                                      Case No._____

Bella Barbies International LLC

_____ Chapter   11

# LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| Samia Gore<br>7902 Tysons One Pl Unit 2901, McLean, VA 22102 | 100 | Managing member |

**Fill in this information to identify the case and this filing:**

Debtor Name: Bella Barbies International LLC

United States Bankruptcy Court for the: Eastern District of Virginia

Case number (*If known*): _____

# Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☒ Other document that requires a declaration: List of Equity Security Holders

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 01/07/2026 (MM / DD / YYYY)

✗ /s/ Samia Gore
Signature of individual signing on behalf of debtor

Samia Gore
Printed name

Managing Member
Position or relationship to debtor

Official Form 202   **Declaration Under Penalty of Perjury for Non-Individual Debtors**

B2030 (Form 2030) (12/25)

# United States Bankruptcy Court

__Eastern__ District Of __Virginia__

In re Bella Barbies International LLC

Case No. _____

**Debtor**

Chapter __11__

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 9,962.87

   Prior to the filing of this statement I have received. . . . . . . . . . . . . . . . . . . . . . . $ 9,962.87

   Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 0.00

2. The source of the compensation paid to me was:

   [✔] Debtor        [ ] Other (specify)

3. The source of compensation to be paid to me is:

   [✔] Debtor        [ ] Other (specify)

4. [✔] I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   [ ] I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/25)

    d.   Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

    e.   [List other services that counsel has agreed to provide]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

Any non-bankruptcy legal services.

$11,700.87 less filing fee of $1738 paid into trust.   Filing fee and $2227.50 for pre-petition services paid from trust.   Balance in trust $7735.37.

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| 01/07/2026 | /s/ Daniel Press, 37123 |
| *Date* | *Signature of Attorney* |
| | Chung & Press, P.C. |
| | *Name of law firm* |
| | 6718 Whittier Ave |
| | Ste 200 |
| | McLean, VA 22101 |

United States Bankruptcy Court
Eastern District of Virginia

In re: Bella Barbies International LLC

Debtor(s)

Case No.

Chapter 11

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 01/07/2026

/s/ Samia Gore
Signature of Individual signing on behalf of debtor

Managing Member
Position or relationship to debtor

Admiral Leasing & Finance Co
Arnold Wollman
6826 Old Pimlico Rd
Baltimore, MD 21209

Alien Finance LLC
5830 E 2nd St, Ste 7000 #5788
Casper, WY 82609

American Express
PO Box 297871
Fort Lauderdale, FL 33329

Attentive Mobile
5805 Sepulveda Blvd
4th Floor
Sherman Oaks, CA 91411

Barcode Group
84 South 10th St, Suite 200
Minneapolis, MN 55403

Blue Wheel Media
1837 Enterprise Dr
Rochester, MI 48309

Clover PR Inc.
20409 Yorba Linda Blvd
Ste 152
Yorba Linda, CA 92886

Credit Control LLC
3300 Rider Trl S
Ste 500
Earth City, MO 63045

Hawke Media
2415 Michigan Ave
Santa Monica, CA 90404

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101

Jacqueline Gattereau
2222 Rickover Pl
Winter Garden, FL 34787

Office of the US Attorney
2100 Jamieson Ave
Alexandria, VA 22314

On Ramp Funds
1705 S Capital of Texas Hwy
Ste 500
Austin, TX 78746

Rawson Technologies, LLC dba pirawna
4441 Woodbine Ln
Prosper, TX 75078

Samia Gore
7902 Tysons One Pl
Unit 2901
McLean
VA 22102

Small Business Administration
409 3rd St., SW
Washington, DC 20416

Va Dept of Taxation
PO Box 1115
Richmond, VA 23218

Wayflyer
356 Wythe Ave
Brooklyn, NY 11249