**CORPORATE RESOLUTION OF**
**BELLA BARBIES INTERNATIONAL LLC**
**AUTHORIZING CHAPTER 11 SUBCHAPTER V BANKRUPTCY FILING**

The undersigned, being the duly authorized and sole member and Chief Executive Officer of **Bella Barbies International LLC**, a limited liability company organized and existing under the laws of the State of **Delaware**, hereby adopts the following resolutions by written consent as of this 7th day of January 2026.

**WHEREAS**, the undersigned has reviewed and considered the financial condition of the Company, including its assets, liabilities, and operations; and

**WHEREAS**, after due consideration, the undersigned has determined that it is in the best interests of the Company, its creditors, and other interested parties that the Company seek relief under the provisions of **Chapter 11, Subchapter V** of Title 11 of the United States Code.

**NOW, THEREFORE, BE IT RESOLVED**, that the Company is hereby authorized to file a **voluntary petition for relief under Chapter 11, Subchapter V** of the Bankruptcy Code in the United States Bankruptcy Court; and

**RESOLVED FURTHER**, that **Samia Latia Gore**, acting as **Chief Executive Officer**, is hereby authorized and directed to execute and file, on behalf of the Company, all petitions, schedules, statements, lists, motions, and any other documents necessary or appropriate in connection with such bankruptcy case, and to take all further actions deemed necessary or desirable to carry out the intent and purpose of these resolutions; and

**RESOLVED FURTHER**, that all actions previously taken by **Samia Latia Gore** in connection with the preparation and filing of the bankruptcy petition and related documents are hereby ratified, confirmed, and approved in all respects.

IN WITNESS WHEREOF, the undersigned has executed this Resolution as of the date first written above.

---

**BELLA BARBIES INTERNATIONAL LLC**
A Delaware Limited Liability Company

By: _/s/ Samis Latia Gore_____
**Samia Latia Gore**
Chief Executive Officer and Sole Member
Date: January 7, 2026