| Form **1120-S** | **U.S. Income Tax Return for an S Corporation** | OMB No. 1545-0123 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | Do not file this form unless the corporation has filed or is attaching Form 2553 to elect to be an S corporation. Go to www.irs.gov/Form1120S for instructions and the latest information. | **2024** |

For calendar year 2024 or tax year beginning _____, 2024, ending _____, 20 ___

| A S election effective date  **11-09-2020** | TYPE OR PRINT | Name **BELLA BARBIES INTERNATIONAL LLC** **BODY COMPLETE RX** | D Employer identification number **40-0014201** |
|---|---|---|---|
| B Business activity code number (see instructions)  **456190** | | Number, street, and room or suite no. If a P.O. box, see instructions. **7902 TYSONS ONE PL** | E Date incorporated **11-09-2020** |
| C Check if Sch. M-3 attached ☐ | | City or town, state or province, country, and ZIP or foreign postal code **Mc Lean                VA      22102** | F Total assets (see instructions) $ **250,609** |

G Is the corporation electing to be an S corporation beginning with this tax year? See instructions.    ☐ Yes   ☒ No

H Check if: (1) ☐ Final return  (2) ☐ Name change  (3) ☐ Address change  (4) ☐ Amended return  (5) ☐ S election termination

I Enter the number of shareholders who were shareholders during any part of the tax year . . . . . . . . . .   **1**

J Check if corporation: (1) ☐ Aggregated activities for section 465 at-risk purposes   (2) ☐ Grouped activities for section 469 passive activity purposes

**Caution:** Include **only** trade or business income and expenses on lines 1a through 22. See the instructions for more information.

**Income**

| | | | |
|---|---|---|---|
| 1a | Gross receipts or sales  **1,184,312**   b Less returns and allowances _____   c Balance | 1c | 1,184,312 |
| 2 | Cost of goods sold (attach Form 1125-A) | 2 | 294,047 |
| 3 | Gross profit. Subtract line 2 from line 1c | 3 | 890,265 |
| 4 | Net gain (loss) from Form 4797, Part II, line 17 (attach Form 4797) | 4 | |
| 5 | Other income (loss) (see instructions - attach statement) | 5 | |
| 6 | **Total income (loss).** Add lines 3 through 5 | 6 | 890,265 |

**Deductions** (see instructions for limitations)

| | | | |
|---|---|---|---|
| 7 | Compensation of officers (see instructions - attach Form 1125-E) | 7 | |
| 8 | Salaries and wages (less employment credits) | 8 | |
| 9 | Repairs and maintenance | 9 | |
| 10 | Bad debts | 10 | |
| 11 | Rents | 11 | 78,900 |
| 12 | Taxes and licenses  **Wks Tax/Lic** | 12 | 6,749 |
| 13 | Interest (see instructions) | 13 | |
| 14 | Depreciation from Form 4562 not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | 14 | 2,356 |
| 15 | Depletion **(do not deduct oil and gas depletion.)** | 15 | |
| 16 | Advertising | 16 | 457,391 |
| 17 | Pension, profit-sharing, etc., plans | 17 | |
| 18 | Employee benefit programs | 18 | |
| 19 | Energy efficient commercial buildings deduction (attach Form 7205) | 19 | |
| 20 | Other deductions (attach statement)   **Statement #2** | 20 | 324,515 |
| 21 | **Total deductions.** Add lines 7 through 20 | 21 | 869,911 |
| 22 | **Ordinary business income (loss).** Subtract line 21 from line 6 | 22 | 20,354 |

**Tax and Payments**

| | | | | |
|---|---|---|---|---|
| 23 a | Excess net passive income or LIFO recapture tax (see instructions) | 23a | | |
| b | Tax from Schedule D (Form 1120-S) | 23b | | |
| c | Add lines 23a and 23b (see instructions for additional taxes) | | 23c | |
| 24 a | Current year's estimated tax payments and preceding year's overpayment credited to the current year | 24a | | |
| b | Tax deposited with Form 7004 | 24b | | |
| c | Credit for federal tax paid on fuels (attach Form 4136) | 24c | | |
| d | Elective payment election amount from Form 3800 | 24d | | |
| z | Add lines 24a through 24d | | 24z | |
| 25 | Estimated tax penalty (see instructions). Check if Form 2220 is attached ☐ | | 25 | |
| 26 | **Amount owed.** If line 24z is smaller than the total of lines 23c and 25, enter amount owed | | 26 | |
| 27 | **Overpayment.** If line 24z is larger than the total of lines 23c and 25, enter amount overpaid | | 27 | |
| 28 | Enter amount from line 27: **Credited to 2025 estimated tax** _____  Refunded | | 28 | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature of officer: **SAMIA GORE**   Date: _____   Title: **PRESIDENT**

May the IRS discuss this return with the preparer shown below? See instructions.  ☐ Yes  ☒ No

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check if self-employed | PTIN |
|---|---|---|---|---|
| Musab Zaidat | | 10-08-2025 | ☐ | P02100948 |

| Firm's name | Wellington Mackenzie CPA Group | Firm's EIN | 81-1567144 |
|---|---|---|---|
| Firm's address | 31300 PLymouth Rd    Livonia MI 48150 | Phone no. | (734)666-5220 |

For Paperwork Reduction Act Notice, see separate instructions.    Form **1120-S** (2024)

EEA

Form 1120-S (2024)   BELLA BARBIES INTERNATIONAL LLC                                         40-0014201              Page **2**

| **Schedule B** | **Other Information** (see instructions) | | | | Yes | No |
|---|---|---|---|---|---|---|

**1** Check accounting method:  **a** [X] Cash  **b** [ ] Accrual
   **c** [ ] Other (specify) _____

**2** See the instructions and enter the:
   **a** Business activity  ECOMMERCE        **b** Product or service  E-COMMERCE

**3** At any time during the tax year, was any shareholder of the corporation a disregarded entity, a trust, an estate, or a nominee or similar person? If "Yes," attach Schedule B-1, Information on Certain Shareholders of an S Corporation . . . . . . . . .

**4** At the end of the tax year, did the corporation:
 **a** Own directly 20% or more, or own, directly or indirectly, 50% or more of the total stock issued and outstanding of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   X

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage of Stock Owned | (v) If Percentage in (iv) is 100%, Enter the Date (if applicable) a Qualified Subchapter S Subsidiary Election Was Made |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

 **b** Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below . . . . . . . . . . . . . . . . . .   X

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**5 a** At the end of the tax year, did the corporation have any outstanding shares of restricted stock? . . . . . . . . . . . . . . . . . .
   If "Yes," complete lines (i) and (ii) below.
   **(i)** Total shares of restricted stock  . . . . . . . . . . . . . . . . . _____
   **(ii)** Total shares of non-restricted stock  . . . . . . . . . . . . . . . . . _____
 **b** At the end of the tax year, did the corporation have any outstanding stock options, warrants, or similar instruments? . . . . . . .
   If "Yes," complete lines (i) and (ii) below.
   **(i)** Total shares of stock outstanding at the end of the tax year . . . . . . . _____
   **(ii)** Total shares of stock outstanding if all instruments were executed . . . _____

**6** Has this corporation filed, or is it required to file, **Form 8918**, Material Advisor Disclosure Statement, to provide information on any reportable transaction? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

**7** Check this box if the corporation issued publicly offered debt instruments with original issue discount . . . . . . . . . . . . . . [ ]
   If checked, the corporation may have to file **Form 8281**, Information Return for Publicly Offered Original Issue Discount Instruments.

**8** If the corporation **(a)** was a C corporation before it elected to be an S corporation **or** the corporation acquired an asset with a basis determined by reference to the basis of the asset (or the basis of any other property) in the hands of a C corporation, **and (b)** has net unrealized built-in gain in excess of the net recognized built-in gain from prior years, enter the net unrealized built-in gain reduced by net recognized built-in gain from prior years. See instructions . . . . . . . . . .  $ _____

**9** Did the corporation have an election under section 163(j) for any real property trade or business or any farming business in effect during the tax year? See instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

**10** Does the corporation satisfy one or more of the following? See instructions . . . . . . . . . . . . . . . . . . . . . .
 **a** The corporation owns a pass-through entity with current, or prior year carryover, excess business interest expense.
 **b** The corporation's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year are more than $30 million and the corporation has business interest expense.
 **c** The corporation is a tax shelter and the corporation has business interest expense.
   If "Yes," complete and attach **Form 8990**, Limitation on Business Interest Expense Under Section 163(j).

**11** Does the corporation satisfy **both** of the following conditions? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   X
 **a** The corporation's total receipts (see instructions) for the tax year were less than $250,000.
 **b** The corporation's total assets at the end of the tax year were less than $250,000.
   If "Yes," the corporation is not required to complete Schedules L and M-1.

EEA                                                                                                         Form **1120-S** (2024)

Form 1120S (2024)  BELLA BARBIES INTERNATIONAL LLC  40-0014201  Page **3**

| Schedule B | Other Information (see instructions) (continued) | | Yes | No |
|---|---|---|---|---|
| 12 | During the tax year, did the corporation have any non-shareholder debt that was canceled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? | | | |
| | If "Yes," enter the amount of principal reduction  $ | | | |
| 13 | During the tax year, was a qualified subchapter S subsidiary election terminated or revoked? If "Yes," see instructions | | | |
| 14a | Did the corporation make any payments that would require it to file Form(s) 1099? | | | |
| b | If "Yes," did or will the corporation file required Form(s) 1099? | | | |
| 15 | Is the corporation attaching Form 8996 to certify as a Qualified Opportunity Fund? | | | X |
| | If "Yes," enter the amount from Form 8996, line 15  $ | | | |
| 16 | At any time during the tax year, did the corporation: (a) receive (as a reward, award, or payment for property or services); or (b) sell, exchange, or otherwise dispose of a digital asset (or a financial interest in a digital asset)? See instructions | | ☐ | ☐ |

| Schedule K | Shareholders' Pro Rata Share Items | | Total amount |
|---|---|---|---|
| **Income (Loss)** | 1 Ordinary business income (loss) (page 1, line 22) | 1 | 20,354 |
| | 2 Net rental real estate income (loss) (attach Form 8825) | 2 | |
| | 3a Other gross rental income (loss) ... 3a | | |
| | b Expenses from other rental activities (attach statement) ... 3b | | |
| | c Other net rental income (loss). Subtract line 3b from line 3a | 3c | |
| | 4 Interest income | 4 | |
| | 5 Dividends: a Ordinary dividends | 5a | |
| | b Qualified dividends ... 5b | | |
| | 6 Royalties | 6 | |
| | 7 Net short-term capital gain (loss) (attach Schedule D (Form 1120-S)) | 7 | |
| | 8a Net long-term capital gain (loss) (attach Schedule D (Form 1120-S)) | 8a | |
| | b Collectibles (28%) gain (loss) ... 8b | | |
| | c Unrecaptured section 1250 gain (attach statement) ... 8c | | |
| | 9 Net section 1231 gain (loss) (attach Form 4797) | 9 | |
| | 10 Other income (loss) (see instructions) Type: | 10 | |
| **Deductions** | 11 Section 179 deduction (attach Form 4562) | 11 | |
| | 12a Cash charitable contributions | 12a | |
| | b Noncash charitable contributions | 12b | |
| | c Investment interest expense | 12c | |
| | d Section 59(e)(2) expenditures Type: | 12d | |
| | e Other deductions (see instructions) Type: | 12e | |
| **Credits** | 13a Low-income housing credit (section 42(j)(5)) | 13a | |
| | b Low-income housing credit (other) | 13b | |
| | c Qualified rehabilitation expenditures (rental real estate) (attach Form 3468, if applicable) | 13c | |
| | d Other rental real estate credits (see instructions) Type: | 13d | |
| | e Other rental credits (see instructions) Type: | 13e | |
| | f Biofuel producer credit (attach Form 6478) | 13f | |
| | g Other credits (see instructions) Type: | 13g | |
| **International** | `Qualified for exception to filing Schedule K-2` | | |
| | 14 Attach Schedule K-2 (Form 1120-S), Shareholders' Pro Rata Share Items - International, and check this box to indicate you are reporting items of international tax relevance ☐ | | |
| **Alternative Minimum Tax (AMT) Items** | 15a Post-1986 depreciation adjustment | 15a | |
| | b Adjusted gain or loss | 15b | |
| | c Depletion (other than oil and gas) | 15c | |
| | d Oil, gas, and geothermal properties - gross income | 15d | |
| | e Oil, gas, and geothermal properties - deductions | 15e | |
| | f Other AMT items (attach statement) | 15f | |
| **Items Affecting Shareholder Basis** | 16a Tax-exempt interest income | 16a | |
| | b Other tax-exempt income | 16b | |
| | c Nondeductible expenses | 16c | |
| | d Distributions (attach statement if required) (see instructions) | 16d | |
| | e Repayment of loans from shareholders | 16e | |
| | f Foreign taxes paid or accrued | 16f | |

EEA  Form **1120-S** (2024)

Form 1120-S (2024)  BELLA BARBIES INTERNATIONAL LLC                                    40-0014201                Page **4**

| Schedule K | Shareholders' Pro Rata Share Items *(continued)* | | Total amount |
|---|---|---|---|
| **Other Information** | **17a** Investment income | 17a | |
| | **b** Investment expenses | 17b | |
| | **c** Dividend distributions paid from accumulated earnings and profits | 17c | |
| | **d** Other items and amounts (attach statement)   Statement #18 | | |
| **Reconciliation** | **18** **Income (loss) reconciliation.** Combine the total amounts on lines 1 through 10. From the result, subtract the sum of the amounts on lines 11 through 12e and 16f | 18 | 20,354 |

| Schedule L | Balance Sheets per Books | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|---|
| | Assets | (a) | (b) | (c) | (d) |
| 1 | Cash | | | | |
| 2a | Trade notes and accounts receivable | | | | |
| b | Less allowance for bad debts | ( ) | | ( ) | |
| 3 | Inventories | | 41,051 | | 65,321 |
| 4 | U.S. government obligations | | | | |
| 5 | Tax-exempt securities (see instructions) | | | | |
| 6 | Other current assets (attach statement) | | | | |
| 7 | Loans to shareholders | | | | |
| 8 | Mortgage and real estate loans | | | | |
| 9 | Other investments (attach statement) | | | | |
| 10a | Buildings and other depreciable assets | 240,000 | | 240,000 | |
| b | Less accumulated depreciation | ( 52,356 ) | 187,644 | ( 54,712 ) | 185,288 |
| 11a | Depletable assets | | | | |
| b | Less accumulated depletion | ( ) | | ( ) | |
| 12 | Land (net of any amortization) | | | | |
| 13a | Intangible assets (amortizable only) | | | | |
| b | Less accumulated amortization | ( ) | | ( ) | |
| 14 | Other assets (attach statement) | | | | |
| 15 | Total assets | | 228,695 | | 250,609 |
| | **Liabilities and Shareholders' Equity** | | | | |
| 16 | Accounts payable | | | | |
| 17 | Mortgages, notes, bonds payable in less than 1 year | | | | |
| 18 | Other current liabilities (attach statement) | | | | |
| 19 | Loans from shareholders | | | | |
| 20 | Mortgages, notes, bonds payable in 1 year or more | | | | |
| 21 | Other liabilities (attach statement) | | | | |
| 22 | Capital stock | | | | |
| 23 | Additional paid-in capital | | | | |
| 24 | Retained earnings | | 228,695 | | 250,609 |
| 25 | Adjustments to shareholders' equity (attach statement) | | | | |
| 26 | Less cost of treasury stock | | ( ) | | ( ) |
| 27 | Total liabilities and shareholders' equity | | 228,695 | | 250,609 |

EEA                                                                                                            Form **1120-S** (2024)

Form 1120-S (2024)   BELLA BARBIES INTERNATIONAL LLC                                40-0014201            Page **5**

| Schedule M-1 | Reconciliation of Income (Loss) per Books With Income (Loss) per Return |
|---|---|

**Note:** The corporation may be required to file Schedule M-3. See instructions.

| | | | | | |
|---|---|---|---|---|---|
| 1 | Net income (loss) per books | 20,354 | 5 | Income recorded on books this year not included on Schedule K, lines 1 through 10 (itemize): | |
| 2 | Income included on Schedule K, lines 1, 2, 3c, 4, 5a, 6, 7, 8a, 9, and 10, not recorded on books this year (itemize): | | a | Tax-exempt interest $ | |
| 3 | Expenses recorded on books this year not included on Schedule K, lines 1 through 12e, and 16f (itemize): | | 6 | Deductions included on Schedule K, lines 1 through 12e, and 16f, not charged against book income this year (itemize): | |
| a | Depreciation $ | | a | Depreciation $ | |
| b | Travel and entertainment $ | | | | |
| | | | 7 | Add lines 5 and 6 | |
| 4 | Add lines 1 through 3 | 20,354 | 8 | Income (loss) (Schedule K, line 18). Subtract line 7 from line 4 | 20,354 |

| Schedule M-2 | Analysis of Accumulated Adjustments Account, Shareholders' Undistributed Taxable Income Previously Taxed, Accumulated Earnings and Profits, and Other Adjustments Account |
|---|---|

(see instructions)

| | | (a) Accumulated adjustments account | (b) Shareholders' undistributed taxable income previously taxed | (c) Accumulated earnings and profits | (d) Other adjustments account |
|---|---|---|---|---|---|
| 1 | Balance at beginning of tax year | | | | |
| 2 | Ordinary income from page 1, line 22 | 20,354 | | | |
| 3 | Other additions | | | | |
| 4 | Loss from page 1, line 22 | ( ) | | | |
| 5 | Other reductions | ( ) | | | ( ) |
| 6 | Combine lines 1 through 5 | 20,354 | | | |
| 7 | Distributions | | | | |
| 8 | Balance at end of tax year. Subtract line 7 from line 6 | 20,354 | | | |

EEA                                                                                                              Form **1120-S** (2024)

| Form **1125-A** (Rev. November 2024) Department of the Treasury Internal Revenue Service | **Cost of Goods Sold** Attach to Form 1120, 1120-C, 1120-F, 1120S, or 1065. Go to *www.irs.gov/Form1125A* for the latest information. | OMB No. 1545-0123 |

| Name | Employer identification number |
|---|---|
| BELLA BARBIES INTERNATIONAL LLC | 40-0014201 |

| | | | |
|---|---|---|---:|
| 1 | Inventory at beginning of year | 1 | 41,051 |
| 2 | Purchases | 2 | 318,317 |
| 3 | Cost of labor | 3 | |
| 4 | Additional section 263A costs (attach schedule) | 4 | |
| 5 | Other costs (attach schedule) | 5 | |
| 6 | **Total.** Add lines 1 through 5 | 6 | 359,368 |
| 7 | Inventory at end of year | 7 | 65,321 |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on Form 1120, page 1, line 2, or the appropriate line of your tax return. See instructions | 8 | 294,047 |

**9a** Check all methods used for valuing closing inventory. See instructions.
  (i) [x] Cost
  (ii) [ ] Lower of cost or market
  (iii) [ ] Other (specify method used and attach explanation) _____
  For certain small business taxpayers, alternative methods of accounting for inventories:
  (iv) [ ] Non-incidental materials and supplies method
  (v) [ ] AFS method
  (vi) [ ] Non-AFS method
**b** Check if there was a writedown of subnormal goods . . . . . . . . . . . . . . . . . . . . . . [ ]
**c** Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) . . . . . . . . . . . . . [ ]
**d** (i) If the LIFO inventory method was used for this tax year, enter amount of closing inventory figured under LIFO . . | 9d(i) | |
  (ii) If the LIFO inventory method was used for this tax year, enter amount of the closing LIFO Reserve . . . . . . . | 9d(ii) | |
**e** If property is produced or acquired for resale, do the rules of section 263A apply to the entity? See instructions . . . . . . [ ] Yes  [x] No
**f** Was there any change in determining quantities, cost, or valuations between opening and closing inventory? If "Yes," attach explanation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . [ ] Yes  [x] No

**For Paperwork Reduction Act Notice, see instructions.** Form **1125-A** (Rev. 11-2024)
EEA

671124

| | Final K-1 | | Amended K-1 | OMB No. 1545-0123 |

## Schedule K-1 (Form 1120-S) 2024

Department of the Treasury
Internal Revenue Service

For calendar year 2024, or tax year

beginning _____2024_____ ending _____

**Shareholder's Share of Income, Deductions, Credits, etc.**   See separate instructions.

### Part I   Information About the Corporation

**A** Corporation's employer identification number
40-0014201

**B** Corporation's name, address, city, state, and ZIP code
BELLA BARBIES INTERNATIONAL LLC
BODY COMPLETE RX
7902 TYSONS ONE PL
Mc Lean                    VA  22102

**C** IRS Center where corporation filed return
E-FILE

**D** Corporation's total number of shares
Beginning of tax year . . . . . . . .    5,000
End of tax year  . . . . . . . . . . .    5,000

### Part II   Information About the Shareholder

**E** Shareholder's identifying number
-5535

**F1** Shareholder's name, address, city, state, and ZIP code
SAMIA GORE
7902 TYSONS ONE PLACE
MC LEAN                    VA  22102

**F2** If the shareholder is a disregarded entity, a trust, an estate, or a nominee or similar person, enter the individual or entity responsible for reporting:
TIN _____  Name _____

**F3** What type of entity is this shareholder?   Individual

**G** Current year allocation percentage . . . . . .   100.00000 %

**H** Shareholder's number of shares
Beginning of tax year . . . . . . . .    5,000
End of tax year  . . . . . . . . . . .    5,000

**I** Loans from shareholder
Beginning of tax year . . . . . . . . $ _____
End of tax year . . . . . . . . . . . $ _____

For IRS Use Only

### Part III   Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items

| | | | |
|---|---|---|---|
| 1 | Ordinary business income (loss)  20,354 | 13 | Credits |
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | | |
| 4 | Interest income | | |
| 5a | Ordinary dividends | | |
| 5b | Qualified dividends | 14 | Schedule K-3 is attached if checked . . . . . . . ☐ |
| 6 | Royalties | 15 | Alternative minimum tax (AMT) items |
| 7 | Net short-term capital gain (loss) | | |
| 8a | Net long-term capital gain (loss) | | |
| 8b | Collectibles (28%) gain (loss) | | |
| 8c | Unrecaptured section 1250 gain | | |
| 9 | Net section 1231 gain (loss) | 16 | Items affecting shareholder basis |
| 10 | Other income (loss) | | |
| 11 | Section 179 deduction | 17 | Other information  AC   1,184,312 |
| 12 | Other deductions | | V*   STMT |

18 ☐ More than one activity for at-risk purposes*
19 ☐ More than one activity for passive activity purposes*

* See attached statement for additional information.

For Paperwork Reduction Act Notice, see the Instructions for Form 1120-S.  www.irs.gov/Form1120S   Schedule K-1 (Form 1120-S) 2024
EEA

# STATEMENT A - QBI Pass-through Entity Reporting

Information Reported in Accordance with Section 199A-6

Schedule K-1, Line 17, Code V

(This page is e-filed with the return. Include it if paper-filing.)

**2024**

Name(s) as shown on return: **BELLA BARBIES INTERNATIONAL LLC**
Tax ID Number: **40-0014201**

Name(s) as shown on K1: **SAMIA GORE**
Tax ID Number: **-5535**

| Line No. | Description of Trade or Business | Taxpayer Identification Number | PTP | Aggregated | SSTB |
|---|---|---|---|---|---|
| 1 | BELLA BARBIES INTERNATIONAL LLC | 40-0014201 | | | No |

| LINE NUMBER | NO. 1 | NO. ___ | NO. ___ | NO. ___ | NO. ___ | NO. ___ |
|---|---|---|---|---|---|---|
| Ordinary Business Income (Loss) | 20,354 | | | | | |
| Rental Income (Loss) | | | | | | |
| Royalty Income (Loss) | | | | | | |
| Section 1231 Gain (Loss) | | | | | | |
| Other Income (Loss) | | | | | | |
| Section 179 | | | | | | |
| Other Deductions | | | | | | |
| W-2 Wages | | | | | | |
| Unadjusted Basis Immediately After Acquisition | 98,160 | | | | | |
| Section 199A (REIT) Dividends | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

K1_QBIS~.LD

| | **Schedule K-1 Supplemental Information** | **2024** |
|---|---|---|
| Shareholder's name | | Shareholder's ID Number |
| **SAMIA GORE** | | **-   -5535** |
| Name of S Corporation | | S or 's EIN |
| **BELLA BARBIES INTERNATIONAL LLC** | | **40-0014201** |

## Schedule K-3 Notification

The corporation has met the following criteria for tax year 2024, presently exempting it from filing Schedule K-3 (Form 1120-S), Shareholder's Share of Income, Deductions, Credits, etc. - International:

    Criteria 1 - Corporation had no or limited foreign activity

    Criteria 2 - Each of the shareholders was a U.S. citizen, resident alien, or certain domestic trust

With respect to the corporation meeting criteria 1 and 2, shareholders are hereby notified they will not be receiving a Schedule K-3 from the corporation unless the shareholder specifically requests the schedule.

A request for a Schedule K-3 is time sensitive and should be made as soon as possible.

K3EX STM.LD

**2024 Virginia Form 502**

Virginia Department of Taxation
P.O. Box 1500
Richmond, VA 23218-1500

**Pass-Through Entity Return of Income and Return of Nonresident Withholding Tax**



**FISCAL or SHORT Year Filer:** Beginning Date _____ 2024;  Ending Date _____, 20 ___  Final return / Close this account ☐

Official Use Only

Check if Schedules VK-1 were filed by Web Upload ☐

By checking the box to the right, I (we) authorize the Department to discuss this return with the undersigned tax preparer. ➔ ☐

**Check if:**
☐ Initial return   ☐ Amended return: Enter Reason Code ____   ☐ Final return / Close this account   ☐ Name change   ☐ Address change
☐ Change in fiscal year   ☐ Unified nonresident return filed   ☐ Subject to Bank Franchise Tax   ☐ Certified Company Apportionment

| FEIN | Date of Formation | Entity Type (see instructions) |
|---|---|---|
| 40-0014201 | 11-09-2020 | SC |

| Entity Name | Date Operations Began in Virginia | NAICS Code |
|---|---|---|
| BELLA BARBIES INTERNATIONAL LLC | | 456190 |

| Number and Street   DBA BODY COMPLETE RX | State or Country Where Incorporated or Organized | Description of Business Activity |
|---|---|---|
| 7902 TYSONS ONE PL | | |
| City or Town, State, and ZIP Code | VA | ECOMMERCE |
| Mc Lean VA 22102 | | |

**Number and Types Of Owners** (See instructions)

Count all of the owners who were issued a federal Schedule K-1 for the taxable year and enter:

a. The total number of owners (include individuals and any other entity types) . . . . . . a. 1
b. The total number of nonresident owners . . . . . . b. ____
c. Total amount withheld for nonresident owners (total of Line e from all Schedules VK-1) . . . . . . c. ____ .00
d. If the entity is exempt from withholding, enter the exemption code . . . . . . d. ____

**Distributive or Pro Rata Income and Deductions** (See instructions)

1. Total taxable income amounts . . . . . . 1. 20354 .00
2. Total deductions . . . . . . 2. ____ .00
3. Tax-exempt interest income . . . . . . 3. ____ .00

**Allocation and Apportionment:** Check if electing the manufacturer's alternative method of apportionment ➔ ☐

4. Income allocated to Virginia from Schedule 502A, Section C, Line 2 . . . . . . 4. ____ .00
5. Income allocated outside of Virginia from Schedule 502A, Section C, Line 3(e) . . . . . . 5. ____ .00
6. Apportionable income from Schedule 502A, Section C, Line 4 . . . . . . 6. 20354 .00
7. Virginia apportionment percentage from Schedule 502A, Section B, percent from Line 1 or Line 2(f) or 100% . . . . . . 7. 100.00 %

**Virginia Additions - See Schedule 502ADJ for Other Additions**

8. Conformity - depreciation . . . . . . 8. ____ .00
9. Conformity - other . . . . . . 9. ____ .00
10. Net income tax or other tax used as a deduction in determining taxable income (see instructions) . . . . . . 10. ____ .00
11. Interest on municipal or state obligations other than from Virginia . . . . . . 11. ____ .00
12. Total additions from enclosed Schedule 502ADJ, Section A, Line 5 . . . . . . 12. ____ .00
13. Total additions. Add Lines 8 through 12 . . . . . . 13. ____ .00

**Virginia Subtractions - See Schedule 502ADJ for Other Subtractions**

14. Conformity - depreciation . . . . . . 14. ____ .00
15. Conformity - other . . . . . . 15. ____ .00
16. Income from obligations of the United States . . . . . . 16. ____ .00
17. Total subtractions from enclosed Schedule 502ADJ, Section B, Line 5 . . . . . . 17. ____ .00
18. Total subtractions. Add Lines 14 through 17 . . . . . . 18. ____ .00

**Virginia Tax Credits Passed Through to Owners**

19. Total nonrefundable credits from enclosed Schedule 502ADJ, Section C, Part II, Line 1 . . . . . . 19. ____ .00
20. Total refundable credits from enclosed Schedule 502ADJ, Section C, Part IV, Line 1 . . . . . . 20. ____ .00

Va. Dept. of Taxation   2601015-W   Rev. 07/24
1024

**2024 Virgina Form 502**
Page 2

Name: BELLA BARBIES INTERNATIONAL LL
FEIN: 40-0014201

### Section 1 - Withholding Payment Reconciliation

1. Total withholding tax due for nonresident owners ............ 1. _____ .00
2. Total withholding tax paid (Entity's own payments only - see instructions) ........ 2. _____ .00
3. Overpayment. If Line 2 is greater than Line 1, subtract Line 1 from Line 2 ........ 3. _____ .00
4. Withholding tax due. If Line 2 is less than Line 1, subtract Line 2 from Line 1 ........ 4. _____ .00

### Section 2 - Penalty and Interest Charges on Withholding Tax

5. Extension penalty (may apply to returns filed within extension period if 90% of Line 1 is not paid timely) ........ 5. _____ .00
6. Late payment penalty on tax due (will apply if there is a balance due on Line 4 and Form 502 is being filed more than 6 months after the original due date). Enter 30% of the amount on Line 4 ........ 6. _____ .00
7. Interest (may apply if there is a balance due on Line 4) ........ 7. _____ .00
8. Penalty and interest charges due. Add Line 5 or Line 6 (whichever applies) to Line 7 ........ 8. _____ .00

### Section 3 - Penalty for Late Filing of Form 502

9. If Form 502 is being filed more than 6 months after the original due date, or more than 30 days after the federal extended due date, enter $1,200 ........ 9. _____ .00

### Section 4 - Withholding Overpayment

10. Net overpayment. If Line 8 or Line 9 exceeds Line 3, go to Line 13 below to compute the total payment due. Compare Line 6 and Line 9. If Line 6 is greater than Line 9, subtract Line 8 from Line 3. If Line 9 is greater than Line 6, subtract Line 7 plus Line 9 from Line 3. Otherwise, enter overpayment amount from Line 3 ........ 10. _____ .00
11. Amount of withholding overpayment to be credited to 2025 ........ 11. _____ .00
12. Amount of withholding overpayment to be refunded ........ 12. _____ .00

### Section 5 - Tax, Penalty, and Interest Due

13. Balance of tax due plus extension penalty, if applicable. If there is an amount due on Line 4, enter Line 4 plus Line 5. If there is an overpayment on Line 3 and Line 8 or Line 9 is greater than Line 3, enter Line 5 minus Line 3 ........ 13. _____ .00
14. Interest charges on withholding tax from Line 7 ........ 14. _____ .00
15. Late filing penalty. Enter the greater of Line 6 or Line 9 ........ 15. _____ .00
16. Total payment due. Add Line 13, Line 14, and Line 15 ........ 16. _____ .00

### Section 6 - Amount Due or Refund

17. Motion Picture Production Tax Credit to be refunded directly to PTE (see instructions) ........ 17. _____ .00
18. Research and Development Expenses Tax Credit to be refunded directly to PTE (see instructions) ........ 18. _____ .00
19. Credit to be refunded directly to PTE. Add Line 17 and Line 18 ........ 19. _____ .00
20. **Amount Due.** If there is an amount due on Line 16 and the amount exceeds the amount on Line 19, subtract Line 19 from Line 16 ........ 20. _____ .00
21. **Amount of Refund.** If there is an amount due on Line 16 and the amount is less than the amount on Line 19, subtract Line 16 from Line 19. If there is an amount on Line 12, add Line 12 and Line 19 ........ 21. _____ .00

*I, the undersigned owner and authorized representative of the pass-through entity for which this return is made, declare under the penalties provided by law that this return (including any accompanying schedules, statements, and enclosures) has been examined by me and is, to the best of my knowledge and belief, a true, correct, and complete return, made in good faith, for the taxable year stated, pursuant to the tax laws of the Commonwealth of Virginia. A preparer other than the authorized representative declares the same, and such declaration is based on all information of which he or she has any knowledge.*

| Signature of Owner or Authorized Representative | Title | Date |
|---|---|---|
|  | PRESIDENT | 03-10-2025 |
| Printed Name of Owner or Authorized Representative | Phone |  |

| Individual or Firm, Signature of Preparer, Phone Number, and Address | | Date |
|---|---|---|
| 734-666-5220<br>31300 PLymouth Rd<br>Livonia, MI 48150 | | 10-08-2025 |
| Printed Name of Individual or Firm | Preparer's FEIN, PTIN, or SSN | Approved Vendor Code |
| Wellington Mackenzie CPA Gro | P02100948 | 1024 |

**Include a copy of your federal return with Form 502. Important: do not include a federal Schedule K-1 for each owner. If you filed a Schedule VK-1 for each owner online using Web Upload, do not include copies of Schedule VK-1 with the Form 502.**

1024

**Do not submit Form 765 with this return - Mail it to the address on Form 765.**

**2024 Form 502 Virginia Pass-Through Entity**
**Schedule VK-1 Owner's Share of Income and Virginia Modifications and Credits**



**CHECK IF -**
☐ Final/Close Account  If SHORT Period Return: Beginning Date _____, 2024; Ending Date _____, 20 ____
☐ Amended Return: Enter Reason Code _____  ☐ Owner is Participating in a Unified Nonresident Individual Income Tax Return

| Owner Information | | Pass-Through Entity (PTE) Information | |
|---|---|---|---|
| Name: SAMIA GORE | FEIN or SSN: -5535 | Name: BELLA BARBIES INTERNAT | FEIN: 40-0014201 |
| Address: 7902 TYSONS ONE PLACE | | Address: 7902 TYSONS ONE PL | Taxable Year End Date: 12-31-2024 |
| Address Continued: | | Address Continued: | |
| City or Town, State, and ZIP Code: MC LEAN, VA 22102 | | City or Town, State, and ZIP Code: Mc Lean, VA 22102 | |

**ADDITIONAL OWNER INFORMATION** (SEE INSTRUCTIONS)
a. Date owner acquired interest in the PTE (MM/DD/YYYY) ......... a. _____
b. Owner's entity type (Enter code) ......... b. RES
c. Owner's participation type (Enter code) ......... c. SHR
d. Owner's participation percentage (Example: 47.35%) ......... d. 100.00 %
e. Amount withheld by PTE for the owner ......... e. .00
f. If owner or entity is exempt from withholding, enter an exemption code ......... f. _____

**DISTRIBUTIVE OR PRO RATA INCOME AND DEDUCTIONS** (SEE INSTRUCTIONS)
1. Total taxable income amounts ......... 1. 20354 .00
2. Total deductions ......... 2. .00
3. Tax-exempt interest income ......... 3. .00

**ALLOCATION AND APPORTIONMENT**
4. Income allocated to Virginia (owner's share from PTE's Schedule 502A, Section C, Line 2) ......... 4. 0 .00
5. Income allocated outside of Virginia (owner's share from PTE's Schedule 502A, Section C, Line 3(e)) ......... 5. .00
6. Apportionable income (owner's share from PTE's Schedule 502A, Section C, Line 4) ......... 6. 20354 .00
7. Virginia apportionment percentage (from PTE's Schedule 502A, Section B - percent from Line 1 or Line 2(f), or 100%) ......... 7. 100.00 %

**VIRGINIA ADDITIONS - OWNER'S SHARE**
8. Conformity - depreciation ......... 8. .00
9. Conformity - other ......... 9. .00
10. Net income tax or other tax used as a deduction in determining taxable income (see instructions) ......... 10. .00
11. Interest on municipal or state obligations other than from Virginia ......... 11. .00
12. Other additions (see Form 502 instructions for addition codes.)

| | Code | Amount | | Code | Amount |
|---|---|---|---|---|---|
| 12a. | | .00 | 12b. | | .00 |
| 12c. | | .00 | 12d. | | .00 |

13. **Total Additions** (add Lines 8-11 and 12a-12d) ......... 13. .00

**VIRGINIA SUBTRACTIONS - OWNER'S SHARE**
14. Conformity - depreciation ......... 14. .00
15. Conformity - other ......... 15. .00
16. Income from obligations of the United States ......... 16. .00
17. Other subtractions (see Form 502 instructions for subtraction codes.)

| | Certification Number (if applicable) | Code | Amount |
|---|---|---|---|
| 17a. | | | .00 |
| 17b. | | | .00 |
| 17c. | | | .00 |
| 17d. | | | .00 |

18. **Total Subtractions.** (add Lines 14-16 and 17a-17d) ......... 18. .00

Use **Schedule SVK-1** if you are claiming more additions or subtractions than the Schedule VK-1 allows.
Refer to the Form 502 Instructions for addition and subtraction codes. Check this box and enclose Schedule SVK-1. ➔ ☐

Va. Dept. of Taxation  2601024-W  Rev. 07/24                    1024

**2024 Virginia Schedule VK-1**
Page 2

Owner FEIN or SSN: _ _ _ - _ _ -5535
PTE FEIN: 40-0014201



**VIRGINIA TAX CREDITS**
- See the Schedule CR Instructions (individuals) or Schedule 500CR Instructions (corporations).
- Individual owners with taxes paid to other states, see Schedule OSC Instructions.

**Part 1 - Nonrefundable Credits**

1. State Income Tax Paid (see Form 502 Instructions) ____.00
2. Neighborhood Assistance Act Tax Credit ____.00
3. Biodiesel and Green Diesel Fuels Tax Credit ____.00
4. Recyclable Materials Processing Equipment Tax Credit ____.00
5. Vehicle Emissions Testing Equipment Tax Credit ____.00
6. Major Business Facility Job Tax Credit ____.00
7. Waste Motor Oil Burning Equipment Tax Credit ____.00
8. Riparian Forest Buffer Protection for Waterways Tax Credit ____.00
9. Reserved for Future Use
10. Reserved for Future Use
11. Reserved for Future Use
12. Historic Rehabilitation Tax Credit ____.00
13. Land Preservation Tax Credit ____.00
14. Qualified Equity and Subordinated Debt Investments Tax Credit ____.00
15. Communities of Opportunity Tax Credit ____.00
16. Green and Alternative Energy Job Creation Tax Credit ____.00
17. Farm Wineries and Vineyards Tax Credit ____.00
18. International Trade Facility Tax Credit ____.00
19. Port Volume Increase Tax Credit ____.00
20. Barge and Rail Usage Tax Credit ____.00
21. Livable Home Tax Credit ____.00
22. Research and Development Expenses Tax Credit (Use this line if the taxpayer does not qualify for a refundable credit.) ____.00
23. Education Improvement Scholarships Tax Credit ____.00
24. Major Research and Development Expenses Tax Credit ____.00
25. Food Donation Tax Credit ____.00
26. Worker Training Tax Credit ____.00
27. Virginia Housing Opportunity Tax Credit ____.00

**Part II - Total Nonrefundable Credits**

1. Total Nonrefundable Credits. Add Part I, Lines 1-8 and 12-27 ____.00

**Part III - Refundable Credits**

1. Agricultural Best Management Practices Tax Credit ____.00
2. 100% Coalfield Employment Enhancement Tax Credit from 2024 Form 306D, Part II, Section 1, Line 1 ____.00
3. Full Credit: Enter amount from 2024 Form 306D, Part II, Section 2, Line 3 ____.00
4. 85% Credit: Enter amount from 2024 Form 306D, Part II, Section 3, Line 5 ____.00
5. Total Coalfield Employment Enhancement Tax Credit allowable this year (Add Lines 3 and 4) ____.00
6. Reserved for Future Use
7. Motion Picture Production Tax Credit ____.00
8. Research and Development Expenses Tax Credit ____.00
9. Conservation Tillage and Precision Agricultural Equipment Tax Credit ____.00
10. Pass-Through Entity Elective Tax Payment Credit ____.00

**Part IV - Total Refundable Credits**

1. Total Refundable Credits. Add Part III, Lines 1, 5, and 7-10 ____.00

**NOTICE:** You have received this Schedule VK-1 because the above-named PTE earned income from Virginia sources and has passed through to you a portion of that Virginia source income based on your ownership of the PTE. A copy of this schedule has been filed with the Department. Everyone who receives Virginia source income is subject to taxation by Virginia regardless of state of residency or domicile. You may be required to file a Virginia tax return even though you may a nonresident individual or a business domiciled outside of Virginia. To determine if you are required to file a Virginia income tax return, consult a tax professional. Information and forms may be obtained at **www.tax.virginia.gov**, or by calling the Department at **(804)367-8031** (individuals) or **(804)367-8037** (businesses).

1024