# Body Complete RX

## Balance Sheet

As of October 31, 2025

|  | TOTAL |
|---|---:|
| **ASSETS** | |
|  Current Assets | |
|   Bank Accounts | |
|    Bella Barbies International LLC (8068) - 3 | -55,301.00 |
|    BUS COMPLETE CHK (1991) - 1 | -1,813.41 |
|    BUS COMPLETE CHK (3061) - 1 | 6,987.14 |
|    BUS COMPLETE CHK (3607) - 1 | -7.59 |
|    Business Adv Fundamentals (8576) - 2 | 827.48 |
|    CHASE SECURE BANKING (4755) - 1 | 145.10 |
|    PayPal deposit account | 9.49 |
|    PREMIER PLUS CKG (9401) - 1 | -86.12 |
|    Samia Latia Gore (2850) - 4 | 1.89 |
|   **Total Bank Accounts** | **$ -49,237.02** |
|   Other Current Assets | |
|    Channel Clearing Account | |
|     Amazon - US Clearing Account | 47.09 |
|    **Total Channel Clearing Account** | **47.09** |
|   **Total Other Current Assets** | **$47.09** |
|  **Total Current Assets** | **$ -49,189.93** |
| **TOTAL ASSETS** | **$ -49,189.93** |
| **LIABILITIES AND EQUITY** | |
|  Liabilities | |
|   Current Liabilities | |
|    Other Current Liabilities | |
|     Onramp Funds | -6,659.59 |
|     Wayflyer | -17,477.75 |
|    **Total Other Current Liabilities** | **$ -24,137.34** |
|   **Total Current Liabilities** | **$ -24,137.34** |
|  **Total Liabilities** | **$ -24,137.34** |
|  Equity | |
|   Opening Balance Equity | -1,746.78 |
|   Personal Healthcare | -5,848.07 |
|   Retained Earnings | |
|   Shareholders' equity | |
|    Contributions | 2,662.95 |
|    Distributions | -18,537.34 |
|   **Total Shareholders' equity** | **-15,874.39** |
|   Net Income | -1,583.35 |
|  **Total Equity** | **$ -25,052.59** |
| **TOTAL LIABILITIES AND EQUITY** | **$ -49,189.93** |