# Profit and Loss

## Body Complete RX

October 1-31, 2025

| DISTRIBUTION ACCOUNT | TOTAL |
|---|---:|
| Income | |
|   Channel Sales | |
|     PayPal sales | $19,993.45 |
|     Shopify sales | $50,247.89 |
|   **Total for Channel Sales** | **$70,241.34** |
|   Sales | $25,565.61 |
| **Total for Income** | **$95,806.95** |
| Cost of Goods Sold | |
|   Channel Adjustments | |
|     Amazon Other Adjustments | -$47.09 |
|   **Total for Channel Adjustments** | **-$47.09** |
|   Channel Selling Fees | |
|     PayPal fees | $608.97 |
|   **Total for Channel Selling Fees** | **$608.97** |
| **Total for Cost of Goods Sold** | **$561.88** |
| **Gross Profit** | **$95,245.07** |
| Expenses | |
|   Advertising & marketing | $36,043.33 |
|   Contract labor | $30,805.87 |
|   Employee benefits | $3,382.50 |
|   General business expenses | |
|     Bank fees & service charges | $832.77 |
|     Memberships & subscriptions | $405.33 |
|     Uniforms | $184.44 |
|   **Total for General business expenses** | **$1,422.54** |
|   General Currency Conversion | $1,661.80 |
|   Legal & accounting services | $553.94 |
|     Legal Fees | $920.00 |
|   **Total for Legal & accounting services** | **$1,473.94** |
|   Moving & Storage | $4,744.11 |
|   Office expenses | |
|     Merchant account fees | -$111.70 |
|     Office supplies | $1,935.94 |
|     Shipping & postage | $31.22 |
|     Software & apps | $1,261.46 |
|   **Total for Office expenses** | **$3,116.92** |
|   Rent | $7,262.05 |
|   Repairs & maintenance | $49.00 |

# Profit and Loss

## Body Complete RX

October 1-31, 2025

| DISTRIBUTION ACCOUNT | TOTAL |
|---|---:|
| Travel | |
|   Airfare | $120.00 |
|   Hotels | $430.00 |
| **Total for Travel** | **$550.00** |
| **Total for Expenses** | **$90,512.06** |
| **Net Operating Income** | **$4,733.01** |
| Other Income | |
|   Interest earned | $0.57 |
| **Total for Other Income** | **$0.57** |
| Other Expenses | |
|   Vehicle expenses | |
|     Vehicle gas & fuel | $241.64 |
|     Vehicle repairs | $119.39 |
|   **Total for Vehicle expenses** | **$361.03** |
| **Total for Other Expenses** | **$361.03** |
| **Net Other Income** | **-$360.46** |
| **Net Income** | **$4,372.55** |