# Statement of Cash Flows

## Body Complete RX

September 1-October 31, 2025

| FULL NAME | BUSINESS | TOTAL |
|---|---:|---:|
| **OPERATING ACTIVITIES** | | |
|   Net Income | $8,294.27 | $8,294.27 |
|   Adjustments to reconcile Net Income to Net Cash provided by operations: | | |
|     Onramp Funds | -$6,659.59 | -$6,659.59 |
|     Wayflyer | -$17,477.75 | -$17,477.75 |
|   **Total for Adjustments to reconcile Net Income to Net Cash provided by operations:** | **-$24,137.34** | **-$24,137.34** |
| **Net cash provided by operating activities** | **-$15,843.07** | **-$15,843.07** |
| **INVESTING ACTIVITIES** | | |
| **FINANCING ACTIVITIES** | | |
|   Shareholders' equity:Contributions | $2,662.95 | $2,662.95 |
|   Shareholders' equity:Distributions | -$25.00 | -$25.00 |
| **Net cash provided by financing activities** | **$2,637.95** | **$2,637.95** |
| **NET CASH INCREASE FOR PERIOD** | **-$13,205.12** | **-$13,205.12** |
| **Cash at beginning of period** | **$0.00** | **$0.00** |
| **CASH AT END OF PERIOD** | **-$13,205.12** | **-$13,205.12** |