**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

In re:

**Bella Barbies International LLC,**                    **Case No. 26-10033-BFK**

                    **Debtor.**                              **Chapter 11 – Subchapter V**

## Notice of Appointment of Chapter 11 Subchapter V Trustee

Pursuant to 11 U.S.C. § 1183(a), the Acting United States Trustee for Region 4 has

appointed the following qualified individual as Subchapter V Trustee in the above-captioned case:

> Stephen A. Metz
> Offit Kurman, P.A.
> 7501 Wisconsin Avenue, Suite 1000W
> Bethesda, Maryland 20814
> Phone: (240) 507-1700
> Email: smetz@offitkurman.com

The trustee's verified statement of disinterestedness and anticipated rate of compensation

are attached to this notice.

Dated:    January 8, 2026                    Matthew W. Cheney
                                             Acting United States Trustee, Region 4

                                             */s/ Katharine Toledo*
                                             Katharine Toledo, D.C. Bar No. 90027591
                                             Trial Attorney
                                             Office of United States Trustee
                                             1725 Duke Street, Suite 650
                                             Alexandria, VA 22314
                                             (202) 603-5203 (Office Cell)
                                             Email: katharine.i.toledo@usdoj.gov

**<u>Certificate of Service</u>**

I hereby certify that on January 8, 2026, I electronically filed the foregoing Notice of Appointment of Chapter 11 Subchapter V Trustee with the Clerk of the Court and transmitted a true and correct copy of said documents electronically through the electronic case filing system to the following:

Matthew W. Cheney ustpregion04.ax.ecf@usdoj.gov

Daniel M. Press dpress@chung-press.com, pressdm@gmail.com;danpress@recap.email

Katharine Toledo katharine.i.toledo@usdoj.gov, Robert.W.Ours@usdoj.gov

*/s/ Robert W. Ours*
Robert W. Ours
Paralegal Specialist