Stephen A. Metz, Esq. (89738)
Offit Kurman, P.A.
7501 Wisconsin Avenue, Suite 1000W
Bethesda, MD 20814
(240) 507-1723
smetz@offitkurman.com
*Subchapter V trustee*

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| **In re:**<br><br>**BELLA BARBIES INTERNATIONAL LLC**<br><br>**Debtor.** | **Case No. 26-10033 BFK**<br><br>**(Chapter 11 – Subchapter V)** |

## VERIFIED STATEMENT OF SUBCHAPTER V TRUSTEE

In connection with the United States Trustee's Notice of Appointment of me as Subchapter V trustee in this proceeding, I hereby verify that I am a "disinterested person" as defined by 11 U.S.C. §101(14) in that I:

(a)   am not a creditor, equity security holder or insider of the debtor;

(b)   am not, and was not, within two years before the date of filing of the petition, a director, officer, or employee of the debtor; and

(c)   do not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the debtor, or for any other reason.

(d)   I have the following connections in matters unrelated to the Debtor:  The law firm in which I am a principal, Offit Kurman, P.A., is/has been adverse to (or these were creditors in other Sub V trustee matters):  American Express, IRS, Office of the US Attorney, SBA, VA Dept of Taxation.  An attorney has served as an arbitrator in a AAA arbitration involving American Express.

Subject to court approval pursuant to 11 U.S.C. § 330, I anticipate seeking compensation for my service in this case at an hourly rate of $660.00, in addition to seeking reimbursement for any actual and necessary expenses I incur.

I hereby accept my appointment as subchapter V trustee in this case pursuant to FRBP 2008.

Dated: January 8, 2026

_/s/ Stephen Metz_____
Stephen Metz, Bar No. 89738
7501 Wisconsin Avenue, Suite 1000W
Bethesda, Maryland 20814
Phone: (240) 507-1700
Email: smetz@offitkurman.com

4936-2632-3527, v. 1