# United States Bankruptcy Court
## Eastern District of Virginia
Alexandria Division
200 South Washington Street
Alexandria, VA 22314

**Case Number**  26−10033−BFK
**Chapter**  11

**In re:** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Bella Barbies International LLC
dba Body Complete Rx
7902 Tysons One Pl
Unit 2901
McLean, VA 22102

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):
Debtor: NA

Employer Tax−Identification (EIN) No(s).(if any):
Debtor:  40−0014201

## NOTICE OF POSSIBLE DISMISSAL
### PURSUANT TO LBR 1007−1 LISTS, SCHEDULES AND STATEMENTS;
### AND HEARING THEREON

**TO:**       **DEBTOR OR DEBTOR'S COUNSEL**

You filed a petition with the Office of the Clerk of the United States Bankruptcy Court, Eastern District of Virginia, on January 7, 2026. Pursuant to Local Bankruptcy Rule 1007−1, please be advised that the following document(s) are missing and must be filed within fourteen (14) days of the petition date.

**Missing Documents Due:  January 21, 2026**

*Failure to timely file the missing document(s) or to timely seek an extension of time, may result in the dismissal of your bankruptcy case.*

**\*\*Missing Document(s):**

 **All Schedules and Statement of Financial Affairs**
**Summary of Your Assets and Liabilities and Certain Statistical Information**
**Declaration About an Individual Debtor's Schedules**

   If you fail to timely cure the deficiency or to timely seek an extension of time, you must appear at a hearing to explain why the bankruptcy case should not be dismissed for failure to timely cure the deficiency and any other deficiency(ies) or certifications that accrue before the hearing. The hearing will be held:

*Location: Chief Judge Kenney's Courtroom, U.S. Bankruptcy Court, 2nd Floor, 200 S. Washington St., Ctrm I, Alexandria, VA 22314*
*Date: February 10, 2026*
*Time: 11:00 AM*

*If the debtor(s) fails to appear at the hearing, the above−captioned case may be dismissed.*

*NOTICE: The hearing will be held only if the debtor(s) fails to timely cure each of the deficient items listed above or to timely seek an extension of time. The debtor is advised that a separate hearing will be held for each Notice of Possible Dismissal issued in a case.*

**Charri S Stewart**
**Clerk, United States Bankruptcy Court**

Date:   January 8, 2026

/s/   Renier G Jessel
Deputy Clerk
Direct Dial Telephone No. (703) 258–1219

[1007115vMarch2025.jsp]

United States Bankruptcy Court

Eastern District of Virginia

In re:                                                                                    Case No. 26-10033-BFK

Bella Barbies International LLC                                                            Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-9                          User: RenierJes                            Page 1 of 2

Date Rcvd: Jan 08, 2026                       Form ID: 1007115                            Total Noticed: 21

The following symbols are used throughout this certificate:

**Symbol    Definition**

+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 10, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Bella Barbies International LLC, 7902 Tysons One Pl, Unit 2901, McLean, VA 22102-5240 |
| 16926734 | + | Admiral Leasing & Finance Co, Arnold Wollman, 6826 Old Pimlico Rd, Baltimore, MD 21209-1614 |
| 16926735 | + | Alien Finance LLC, 5830 E 2nd St, Ste 7000 #5788, Casper, WY 82609-4308 |
| 16926737 | + | Attentive Mobile, 5805 Sepulveda Blvd, 4th Floor, Sherman Oaks, CA 91411-2532 |
| 16926738 | + | Barcode Group, 84 South 10th St, Suite 200, Minneapolis, MN 55403-2559 |
| 16926739 | + | Blue Wheel Media, 1837 Enterprise Dr, Rochester, MI 48309-3802 |
| 16926740 | + | Clover PR Inc., 20409 Yorba Linda Blvd, Ste 152, Yorba Linda, CA 92886-3042 |
| 16926742 | + | Hawke Media, 2415 Michigan Ave, Santa Monica, CA 90404-4009 |
| 16926744 | + | Jacqueline Gattereau, 2222 Rickover Pl, Winter Garden, FL 34787-5485 |
| 16926746 | + | On Ramp Funds, 1705 S Capital of Texas Hwy, Ste 500, Austin, TX 78746-6597 |
| 16926747 | + | Rawson Technologies, LLC dba pirawna, 4441 Woodbine Ln, Prosper, TX 75078-1189 |
| 16926748 | + | Samia Gore, 7902 Tysons One Pl, Unit 2901, McLean, VA 22102-5240 |
| 16926751 | + | Wayflyer, 356 Wythe Ave, Brooklyn, NY 11249-5124 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 16926736 | + | Email/PDF: bncnotices@becket-lee.com | Jan 09 2026 00:52:48 | American Express, PO Box 297871, Fort Lauderdale, FL 33329-7871 |
| 16926741 | | Email/Text: correspondence@credit-control.com | Jan 09 2026 00:54:00 | Credit Control LLC, 3300 Rider Trl S, Ste 500, Earth City, MO 63045 |
| 16927386 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 09 2026 00:55:00 | IRS, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 16926745 | + | Email/Text: USAVAE.Bankruptcynotices@usdoj.gov | Jan 09 2026 00:54:00 | Office of the US Attorney, 2100 Jamieson Ave, Alexandria, VA 22314-5794 |
| 16926749 | + | Email/Text: bankruptcynotices@sba.gov | Jan 09 2026 00:54:00 | Small Business Administration, 409 3rd St., SW, Washington, DC 20416-0002 |
| 16927388 | + | Email/Text: USAVAE.Bankruptcynotices@usdoj.gov | Jan 09 2026 00:54:00 | U.S. Attorney, Courthouse Square, 2100 Jamieson Avenue, Alexandria, VA 22314-5702 |
| 16927387 | | Email/Text: atlreorg@sec.gov | Jan 09 2026 00:55:00 | U.S. Securities and Exchange Commission, Office of Reorganization, 950 East Paces Ferry Road, Suite 900, Atlanta, GA 30326-1382 |
| 16926750 | + | Email/Text: va_tax_bk@harriscollect.com | Jan 09 2026 00:56:00 | Va Dept of Taxation, PO Box 1115, Richmond, VA 23218-1115 |

TOTAL: 8

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 16926743 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |

District/off: 0422-9                    User: RenierJes                        Page 2 of 2

Date Rcvd: Jan 08, 2026                 Form ID: 1007115                        Total Noticed: 21

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 10, 2026                 Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 8, 2026 at the address(es) listed below:**

**Name**                    **Email Address**

Daniel M. Press
                 on behalf of Debtor Bella Barbies International LLC dpress@chung-press.com  pressdm@gmail.com;danpress@recap.email

Katharine Toledo
                 on behalf of U.S. Trustee Matthew W. Cheney katharine.i.toledo@usdoj.gov  Robert.W.Ours@usdoj.gov

Matthew W. Cheney
                 ustpregion04.ax.ecf@usdoj.gov

TOTAL: 3