# UNITED STATES BANKRUPTCY COURT

Eastern District of Virginia
200 South Washington Street
Alexandria, VA 22314

## NOTICE OF ELECTRONIC FILING PROCEDURE

**Case Name:** Bella Barbies International LLC

**Case Number:** 26−10033−BFK          **Date Filed:** January 7, 2026

The above case, which has been filed in this court, can be accessed electronically via the Court's Internet site at http://www.vaeb.uscourts.gov. In compliance with Federal Rule of Bankruptcy Procedure 9011 and in accordance with the Local Bankruptcy Rule 5005−2 and the Court's Case Management/Electronic Case Files (CM/ECF) Policy Statement, the registered participant's password shall constitute the signature of that person; therefore, security of a registered participant's password is the responsibility of that person. **An original signed copy of the filing shall be retained in the registered participant's files in accordance with the CM/ECF Policy Statement**.

Parties with legal representation **must** file documents in accordance with the following:

1. The requirements for filing, viewing and retrieving case documents are: A personal computer with internet access and the ability to convert documents to portable document format (PDF). The URL address is *www.vaeb.uscourts.gov* and a username and password are needed to access the Case Management/Electronic Case Files (CM/ECF) system. Please contact the Court for further assistance. If you are **unable** to comply with these requirements, **then**

2. You must file a "Request for Waiver to File Conventionally" as provided for in the CM/ECF Policy Statement to indicate your inability to file through use of the Internet component of the CM/ECF system. If the Court authorizes you to file conventionally, **then**

3. You then may file conventionally on unstapled, unbound, 8 ½" x 11" single−sided paper. Documents must be submitted with full original signature(s), and will be scanned by the Clerk's Office. The scanned file will constitute the original signature(s). **Include your "Request for Waiver to File Conventionally" with your filing.**

**Important Note: All parties without legal representation, except governmental units and institutional entities described in Electronic Case Files Policy 2(A)(2)(b), may file documents conventionally in accordance with the Local Bankruptcy Rules.**

Dated: January 9, 2026                    Charri S Stewart
[VAN062vJul2025.jsp]                      Clerk of the Bankruptcy Court

United States Bankruptcy Court

Eastern District of Virginia

In re:                                                                                                  Case No. 26-10033-BFK

Bella Barbies International LLC                                                              Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0422-9 | User: RenierJes | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jan 09, 2026 | Form ID: VAN062 | Total Noticed: 22 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 11, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Bella Barbies International LLC, 7902 Tysons One Pl, Unit 2901, McLean, VA 22102-5240 |
| desig | + | Samia Latia Gore, 7902 Tysons One Place, Unit 2901, McLean, VA 22102-5240 |
| 16926734 | + | Admiral Leasing & Finance Co, Arnold Wollman, 6826 Old Pimlico Rd, Baltimore, MD 21209-1614 |
| 16926735 | + | Alien Finance LLC, 5830 E 2nd St, Ste 7000 #5788, Casper, WY 82609-4308 |
| 16926737 | + | Attentive Mobile, 5805 Sepulveda Blvd, 4th Floor, Sherman Oaks, CA 91411-2532 |
| 16926738 | + | Barcode Group, 84 South 10th St, Suite 200, Minneapolis, MN 55403-2559 |
| 16926739 | + | Blue Wheel Media, 1837 Enterprise Dr, Rochester, MI 48309-3802 |
| 16926740 | + | Clover PR Inc., 20409 Yorba Linda Blvd, Ste 152, Yorba Linda, CA 92886-3042 |
| 16926742 | + | Hawke Media, 2415 Michigan Ave, Santa Monica, CA 90404-4009 |
| 16926744 | + | Jacqueline Gattereau, 2222 Rickover Pl, Winter Garden, FL 34787-5485 |
| 16926746 | + | On Ramp Funds, 1705 S Capital of Texas Hwy, Ste 500, Austin, TX 78746-6597 |
| 16926747 | + | Rawson Technologies, LLC dba pirawna, 4441 Woodbine Ln, Prosper, TX 75078-1189 |
| 16926748 | + | Samia Gore, 7902 Tysons One Pl, Unit 2901, McLean, VA 22102-5240 |
| 16926751 | + | Wayflyer, 356 Wythe Ave, Brooklyn, NY 11249-5124 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 16926736 | + | Email/PDF: bncnotices@becket-lee.com | Jan 10 2026 01:20:37 | American Express, PO Box 297871, Fort Lauderdale, FL 33329-7871 |
| 16926741 | | Email/Text: correspondence@credit-control.com | Jan 10 2026 01:17:00 | Credit Control LLC, 3300 Rider Trl S, Ste 500, Earth City, MO 63045 |
| 16927386 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 10 2026 01:18:00 | IRS, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 16926745 | + | Email/Text: USAVAE.Bankruptcynotices@usdoj.gov | Jan 10 2026 01:17:00 | Office of the US Attorney, 2100 Jamieson Ave, Alexandria, VA 22314-5794 |
| 16926749 | + | Email/Text: bankruptcynotices@sba.gov | Jan 10 2026 01:17:00 | Small Business Administration, 409 3rd St., SW, Washington, DC 20416-0002 |
| 16927388 | + | Email/Text: USAVAE.Bankruptcynotices@usdoj.gov | Jan 10 2026 01:17:00 | U.S. Attorney, Courthouse Square, 2100 Jamieson Avenue, Alexandria, VA 22314-5702 |
| 16927387 | | Email/Text: atlreorg@sec.gov | Jan 10 2026 01:18:00 | U.S. Securities and Exchange Commission, Office of Reorganization, 950 East Paces Ferry Road, Suite 900, Atlanta, GA 30326-1382 |
| 16926750 | + | Email/Text: va_tax_bk@harriscollect.com | Jan 10 2026 01:19:00 | Va Dept of Taxation, PO Box 1115, Richmond, VA 23218-1115 |

TOTAL: 8

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

**Recip ID     Bypass Reason     Name and Address**

| District/off: 0422-9 | User: RenierJes | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 09, 2026 | Form ID: VAN062 | Total Noticed: 22 |

16926743      *+          Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 11, 2026          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 9, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel M. Press | on behalf of Debtor Bella Barbies International LLC dpress@chung-press.com  pressdm@gmail.com;danpress@recap.email |
| Katharine Toledo | on behalf of U.S. Trustee Matthew W. Cheney katharine.i.toledo@usdoj.gov  Robert.W.Ours@usdoj.gov |
| Matthew W. Cheney | ustpregion04.ax.ecf@usdoj.gov |
| Stephen A. Metz | smetz@offitkurman.com  MD71@ecfcbis.com;lydia.yale@offitkurman.com |

TOTAL: 4