**United States Bankruptcy Court**
**Eastern District of Virginia**
**Alexandria**

In re:  Bella Barbies International LLC    Case Number:  26-10033-BFK

Chapter 11
(Subchapter V)

# SCHEDULING ORDER

The above-captioned debtor(s) (the "Debtor") has elected to proceed with this case under subchapter V of chapter 11 of the United States Bankruptcy Code (the "Code").  This Scheduling Order facilitates the efficient administration of this chapter 11 case and ensures adequate and proper notice to all affected parties.

Accordingly, IT IS ORDERED:

1. **Subchapter V Case**.  Unless otherwise ordered by the Court, this case is governed by the provisions of subchapter V of chapter 11 of the Code and the Interim Federal Rules of Bankruptcy Procedure as adopted by this Court by Standing Order 20-2.

2. **Debtor's Compliance with Section 1187**.  The Debtor must comply with the duties and reporting requirements set forth in section 1187 of the Code.

3. **Service of Notice of Commencement of Case by the Debtor**.  The Debtor must serve notice of the commencement of this case as required under Interim Federal Rule of Bankruptcy Procedure 2015(a)(4) on any entity known to be holding money or property subject to withdrawal or order of the Debtor on or before January 21, 2026.

4. **Objections to Designation**.  Any objection to the Debtor's designation as a small business debtor under subchapter V of chapter 11 of the Code must be filed with the Court and served in accordance with Interim Federal Rule of Bankruptcy Procedure 1020(c) no later than 30 days after the conclusion of the meeting of creditors held under section 341 of the Code, or within 30 days after any amendment to the subchapter V designation, whichever is later.

5. **Debtor's Section 1188(c) Report**.  The Debtor must file with the Court and serve on the subchapter V trustee and parties in interest the report required under section 1188(c) of the Code no later than February 10, 2026.

6. **Status Conference**.  The Debtor and the subchapter V trustee must appear before the Court at a status conference on February 24, 2026 at 11:00 A.M., U. S. Bankruptcy Court, 200 S. Washington St., 2nd Fl., Courtroom I, Alexandria, VA  22314.
This Order constitutes notice of the status conference.

7. **Plan of Reorganization**.  The Debtor must file with the Court a plan of reorganization in accordance with section 1189 of the Code on or before April 7, 2026.

       Unless otherwise ordered in specific cases, the Debtor must use Official Form 425A. Any motion for extension of time to file a plan must be filed on or before April 7, 2026.

8. **Additional Deadlines**.  The Court will issue subsequent orders that fix the dates for the filing of objections to the plan of reorganization, acceptance or rejection of the plan of reorganization, the confirmation hearing, and any additional dates as may be established by the Court.

9. **Service of Order by the Debtor**.  The Clerk shall provide a copy of this Order upon entry to the Debtor, who must serve it on the subchapter V trustee and parties in interest and file a certificate of service with the Court within 7 days of the date of this Order.

Alexandria, Virginia
Date: January 12, 2026

**FOR THE COURT**
**Charri S. Stewart, Clerk**
**United States Bankruptcy Court**
By: /s/Renier Jessel

NOTICE OF JUDGMENT OR
ORDER ENTERED ON DOCKET

January 12, 2026