**United States Bankruptcy Court**
**Eastern District of Virginia**
**Alexandria**

In re:  Bella Barbies International LLC              Case Number:  26-10033-BFK

                                                     Chapter 11
                                                     (Subchapter V)

# SCHEDULING ORDER

The above-captioned debtor(s) (the "Debtor") has elected to proceed with this case under subchapter V of chapter 11 of the United States Bankruptcy Code (the "Code"). This Scheduling Order facilitates the efficient administration of this chapter 11 case and ensures adequate and proper notice to all affected parties.

Accordingly, IT IS ORDERED:

1. **Subchapter V Case**. Unless otherwise ordered by the Court, this case is governed by the provisions of subchapter V of chapter 11 of the Code and the Interim Federal Rules of Bankruptcy Procedure as adopted by this Court by Standing Order 20-2.

2. **Debtor's Compliance with Section 1187**. The Debtor must comply with the duties and reporting requirements set forth in section 1187 of the Code.

3. **Service of Notice of Commencement of Case by the Debtor**. The Debtor must serve notice of the commencement of this case as required under Interim Federal Rule of Bankruptcy Procedure 2015(a)(4) on any entity known to be holding money or property subject to withdrawal or order of the Debtor on or before January 21, 2026.

4. **Objections to Designation**. Any objection to the Debtor's designation as a small business debtor under subchapter V of chapter 11 of the Code must be filed with the Court and served in accordance with Interim Federal Rule of Bankruptcy Procedure 1020(c) no later than 30 days after the conclusion of the meeting of creditors held under section 341 of the Code, or within 30 days after any amendment to the subchapter V designation, whichever is later.

5. **Debtor's Section 1188(c) Report**. The Debtor must file with the Court and serve on the subchapter V trustee and parties in interest the report required under section 1188(c) of the Code no later than February 10, 2026.

6. **Status Conference**. The Debtor and the subchapter V trustee must appear before the Court at a status conference on February 24, 2026 at 11:00 A.M., U. S. Bankruptcy Court, 200 S. Washington St., 2nd Fl., Courtroom I, Alexandria, VA 22314. This Order constitutes notice of the status conference.

7. **Plan of Reorganization**. The Debtor must file with the Court a plan of reorganization in accordance with section 1189 of the Code on or before April 7, 2026.

Unless otherwise ordered in specific cases, the Debtor must use Official Form 425A. Any motion for extension of time to file a plan must be filed on or before April 7, 2026.

8. **Additional Deadlines**. The Court will issue subsequent orders that fix the dates for the filing of objections to the plan of reorganization, acceptance or rejection of the plan of reorganization, the confirmation hearing, and any additional dates as may be established by the Court.

9. **Service of Order by the Debtor**. The Clerk shall provide a copy of this Order upon entry to the Debtor, who must serve it on the subchapter V trustee and parties in interest and file a certificate of service with the Court within 7 days of the date of this Order.

Alexandria, Virginia
Date: January 12, 2026

**FOR THE COURT**
**Charri S. Stewart, Clerk**
**United States Bankruptcy Court**
By: /s/Renier Jessel

NOTICE OF JUDGMENT OR ORDER ENTERED ON DOCKET

January 12, 2026

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                                                     Case No. 26-10033-BFK
Bella Barbies International LLC                                                            Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-9 | User: RenierJes | Page 1 of 2
Date Rcvd: Jan 12, 2026 | Form ID: pdford8 | Total Noticed: 23

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 14, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Bella Barbies International LLC, 7902 Tysons One Pl, Unit 2901, McLean, VA 22102-5240 |
| desig | + | Samia Latia Gore, 7902 Tysons One Place, Unit 2901, McLean, VA 22102-5240 |
| 16926734 | + | Admiral Leasing & Finance Co, Arnold Wollman, 6826 Old Pimlico Rd, Baltimore, MD 21209-1614 |
| 16926735 | + | Alien Finance LLC, 5830 E 2nd St, Ste 7000 #5788, Casper, WY 82609-4308 |
| 16926737 | + | Attentive Mobile, 5805 Sepulveda Blvd, 4th Floor, Sherman Oaks, CA 91411-2532 |
| 16926738 | + | Barcode Group, 84 South 10th St, Suite 200, Minneapolis, MN 55403-2559 |
| 16926739 | + | Blue Wheel Media, 1837 Enterprise Dr, Rochester, MI 48309-3802 |
| 16926740 | + | Clover PR Inc., 20409 Yorba Linda Blvd, Ste 152, Yorba Linda, CA 92886-3042 |
| 16926742 | + | Hawke Media, 2415 Michigan Ave, Santa Monica, CA 90404-4009 |
| 16926744 | + | Jacqueline Gattereau, 2222 Rickover Pl, Winter Garden, FL 34787-5485 |
| 16926746 | + | On Ramp Funds, 1705 S Capital of Texas Hwy, Ste 500, Austin, TX 78746-6597 |
| 16926747 | + | Rawson Technologies, LLC dba pirawna, 4441 Woodbine Ln, Prosper, TX 75078-1189 |
| 16926748 | + | Samia Gore, 7902 Tysons One Pl, Unit 2901, McLean, VA 22102-5240 |
| 16926751 | + | Wayflyer, 356 Wythe Ave, Brooklyn, NY 11249-5124 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: ustpregion04.ax.ecf@usdoj.gov | Jan 13 2026 01:01:00 | UST smg Alexandria, Office of the U. S. Trustee, 1725 Duke Street, Suite 650, Alexandria, VA 22314-3489 |
| 16926736 | + | Email/PDF: bncnotices@becket-lee.com | Jan 13 2026 01:04:46 | American Express, PO Box 297871, Fort Lauderdale, FL 33329-7871 |
| 16926741 | | Email/Text: correspondence@credit-control.com | Jan 13 2026 01:00:00 | Credit Control LLC, 3300 Rider Trl S, Ste 500, Earth City, MO 63045 |
| 16927386 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 13 2026 01:00:00 | IRS, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 16926745 | + | Email/Text: USAVAE.Bankruptcynotices@usdoj.gov | Jan 13 2026 00:59:00 | Office of the US Attorney, 2100 Jamieson Ave, Alexandria, VA 22314-5794 |
| 16926749 | + | Email/Text: bankruptcynotices@sba.gov | Jan 13 2026 00:59:00 | Small Business Administration, 409 3rd St., SW, Washington, DC 20416-0002 |
| 16927388 | + | Email/Text: USAVAE.Bankruptcynotices@usdoj.gov | Jan 13 2026 00:59:00 | U.S. Attorney, Courthouse Square, 2100 Jamieson Avenue, Alexandria, VA 22314-5702 |
| 16927387 | | Email/Text: atlreorg@sec.gov | Jan 13 2026 01:01:00 | U.S. Securities and Exchange Commission, Office of Reorganization, 950 East Paces Ferry Road, Suite 900, Atlanta, GA 30326-1382 |
| 16926750 | + | Email/Text: va_tax_bk@harriscollect.com | Jan 13 2026 01:01:00 | Va Dept of Taxation, PO Box 1115, Richmond, VA 23218-1115 |

TOTAL: 9

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 16926743 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 14, 2026          Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 12, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel M. Press | on behalf of Debtor Bella Barbies International LLC dpress@chung-press.com pressdm@gmail.com;danpress@recap.email |
| Katharine Toledo | on behalf of U.S. Trustee Matthew W. Cheney katharine.i.toledo@usdoj.gov Robert.W.Ours@usdoj.gov |
| Matthew W. Cheney | ustpregion04.ax.ecf@usdoj.gov |
| Stephen A. Metz | smetz@offitkurman.com MD71@ecfcbis.com;lydia.yale@offitkurman.com |

TOTAL: 4