**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
(Alexandria Division)

------------------------------------------------------------X
In re:                                              :    Chapter 11
                                                    :
**Bella Barbies International LLC**                 :    No.  26-10033
                                                    :
      Debtor.                                      :                                  :
------------------------------------------------------------X

## MOTION TO EXTEND TIME FOR FILING LISTS, SCHEDULES AND STATEMENTS

COME NOW the Debtor, Bella Barbies International LLC, by counsel, and, pursuant to Local Rule 1007-1(B), moves this honorable Court to extend the time for filing its Lists, Schedules, and Statements and in support thereof states the following:

1. The Debtor's lists, statements, and schedules are due on January 21, 2026.

2. The Meeting of Creditors is scheduled for February 12, 2026.

3. The Debtor requires additional time within which to sufficiently prepare its Lists, Schedules, and Statements.

4. As no further authority or argument is necessary, Debtor respectfully requests that the requirement for s Memorandum be waived.

WHEREFORE the Debtor respectfully requests this honorable Court to grant this Motion and extend the time for filing its Lists, Schedules and Statements from January 21, 2026, until February 5, 2026, the seventh day before the Meeting of Creditors.

Dated: January 17, 2026.

                                                  Respectfully submitted,

                                                  __/s/ Daniel M. Press_____
                                                  Daniel M. Press, VSB# 37123
                                                  CHUNG & PRESS, P.C.
                                                  6718 Whittier Avenue, Suite 200
                                                  McLean, Virginia 22101
                                                  (703) 734-3800

Daniel M. Press, VSB# 37123
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
Counsel for Debtor

        dpress@chung-press.com
        Counsel for Debtor

## CERTIFICATE OF SERVICE

    This is to certify that on this 17th day of January, 2026, I caused the foregoing Motion to be served by CM/ECF, where available, or first-class mail, postage pre-paid, upon all creditors and parties in interest and the Office of the U.S. Trustee, per the attached matrix.

        /s/ Daniel M. Press
        Daniel M. Press

```
Label Matrix for local noticing         Bella Barbies International LLC          United States Bankruptcy Court
0422-1                                  7902 Tysons One Pl                       200 South Washington Street
Case 26-10033-BFK                       Unit 2901                                Alexandria, VA 22314-5405
Eastern District of Virginia            McLean, VA 22102-5240
Alexandria
Sat Jan 17 13:22:42 EST 2026

Admiral Leasing & Finance Co            Alien Finance LLC                        American Express
Arnold Wollman                          5830 E 2nd St, Ste 7000 #5788            PO Box 297871
6826 Old Pimlico Rd                     Casper, WY 82609-4308                    Fort Lauderdale, FL 33329-7871
Baltimore, MD 21209-1614


Attentive Mobile                        Barcode Group                            Blue Wheel Media
5805 Sepulveda Blvd                     84 South 10th St, Suite 200              1837 Enterprise  Dr
4th Floor                               Minneapolis, MN 55403-2559               Rochester, MI 48309-3802
Sherman Oaks, CA 91411-2532


Clover PR Inc.                          (p)CREDIT CONTROL  LLC                   Hawke Media
20409 Yorba Linda Blvd                  ATTN CORRESPONDENCE                      2415 Michigan Ave
Ste 152                                 3300 RIDER TRAIL S                       Santa Monica, CA 90404-4009
Yorba Linda, CA 92886-3042              SUITE 500
                                        EARTH CITY MO 63045-1338


IRS                                     Internal Revenue Service                 Jacqueline Gattereau
P.O. Box 7346                           PO Box 7346                              2222 Rickover Pl
Philadelphia, PA 19101-7346             Philadelphia, PA 19101-7346              Winter Garden, FL 34787-5485


Office of the US Attorney               On Ramp Funds                            Rawson Technologies, LLC dba pirawna
2100 Jamieson Ave                       1705 S Capital of Texas Hwy              4441 Woodbine Ln
Alexandria, VA 22314-5794               Ste 500                                  Prosper, TX 75078-1189
                                        Austin, TX 78746-6597


Samia Gore                              Small Business Administration            U.S. Attorney
7902 Tysons One Pl                      409 3rd St., SW                          Courthouse Square
Unit 2901                               Washington, DC 20416-0002                2100 Jamieson Avenue
McLean                                                                           Alexandria, VA 22314-5702
VA 22102-5240


U.S. Securities and Exchange Commission Va Dept of Taxation                      Wayflyer
Office of Reorganization                PO Box  1115                             356 Wythe Ave
950 East Paces Ferry Road               Richmond, VA 23218-1115                  Brooklyn, NY 11249-5124
Suite 900
Atlanta, GA 30326-1382


Daniel M. Press                         Matthew W. Cheney                        Samia Latia Gore
Chung & Press, P.C.                     Office of the U.S. Trustee - Region 4    7902 Tysons One Place
6718 Whittier Ave., Suite 200           1725 Duke Street                         Unit 2901
McLean, VA 22101-4531                   Suite 650                                McLean, VA 22102-5240
                                        Alexandria, VA 22314-3489


Stephen A. Metz
Offit Kurman, P.A.
7501 Wisconsin Ave, Suite 1000W
Bethesda, MD 20814-6604
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Credit Control LLC | End of Label Matrix |
| 3300 Rider Trl S | Mailable recipients    27 |
| Ste 500 | Bypassed recipients     0 |
| Earth City, MO 63045 | Total                  27 |