**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
(Alexandria Division)

---------------------------------------------------------------X
| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **Bella Barbies International LLC** | : | **No. 26-10033** |
| | : | |
| Debtor. | : | : |

---------------------------------------------------------------X

**CERTIFICATE OF SERVICE**

     This is to certify that on this 17th day of January, 2026, I caused true and correct copies of the Scheduling Order (Docket #16) to be served by first-class mail, postage pre-paid, upon all creditors and parties in interest, per the attached matrix.

                                                 /s/ Daniel M. Press
                                            Daniel M. Press, VSB# 37123
                                            CHUNG & PRESS, P.C.
                                            6718 Whittier Avenue, Suite 200
                                            McLean, Virginia 22101
                                            (703) 734-3800
                                            dpress@chung-press.com
                                            Counsel for Debtor

Daniel M. Press, VSB# 37123
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
Counsel for Debtor

```
Label Matrix for local noticing          Bella Barbies International LLC        United States Bankruptcy Court
0422-1                                   7902 Tysons One Pl                     200 South Washington Street
Case 26-10033-BFK                        Unit 2901                              Alexandria, VA 22314-5405
Eastern District of Virginia             McLean, VA 22102-5240
Alexandria
Sat Jan 17 13:22:42 EST 2026

Admiral Leasing & Finance Co             Alien Finance LLC                      American Express
Arnold Wollman                           5830 E 2nd St, Ste 7000 #5788          PO Box 297871
6826 Old Pimlico Rd                      Casper, WY 82609-4308                  Fort Lauderdale, FL 33329-7871
Baltimore, MD 21209-1614


Attentive Mobile                         Barcode Group                          Blue Wheel Media
5805 Sepulveda Blvd                      84 South 10th St, Suite 200            1837 Enterprise Dr
4th Floor                                Minneapolis, MN 55403-2559             Rochester, MI 48309-3802
Sherman Oaks, CA 91411-2532


Clover PR Inc.                           (p)CREDIT CONTROL  LLC                 Hawke Media
20409 Yorba Linda Blvd                   ATTN CORRESPONDENCE                    2415 Michigan Ave
Ste 152                                  3300 RIDER TRAIL S                     Santa Monica, CA 90404-4009
Yorba Linda, CA 92886-3042               SUITE 500
                                         EARTH CITY MO 63045-1338


IRS                                      Internal Revenue Service               Jacqueline Gattereau
P.O. Box 7346                            PO Box 7346                            2222 Rickover Pl
Philadelphia, PA 19101-7346              Philadelphia, PA 19101-7346            Winter Garden, FL 34787-5485


Office of the US Attorney                On Ramp Funds                          Rawson Technologies, LLC dba pirawna
2100 Jamieson Ave                        1705 S Capital of Texas Hwy            4441 Woodbine Ln
Alexandria, VA 22314-5794                Ste 500                                Prosper, TX 75078-1189
                                         Austin, TX 78746-6597


Samia Gore                               Small Business Administration          U.S. Attorney
7902 Tysons One Pl                       409 3rd St., SW                        Courthouse Square
Unit 2901                                Washington, DC 20416-0002              2100 Jamieson Avenue
McLean                                                                          Alexandria, VA 22314-5702
VA 22102-5240


U.S. Securities and Exchange Commission  Va Dept of Taxation                    Wayflyer
Office of Reorganization                 PO Box  1115                           356 Wythe Ave
950 East Paces Ferry Road                Richmond, VA 23218-1115                Brooklyn, NY 11249-5124
Suite 900
Atlanta, GA 30326-1382


Daniel M. Press                          Matthew W. Cheney                      Samia Latia Gore
Chung & Press, P.C.                      Office of the U.S. Trustee - Region 4  7902 Tysons One Place
6718 Whittier Ave., Suite 200            1725 Duke Street                       Unit 2901
McLean, VA 22101-4531                    Suite 650                              McLean, VA 22102-5240
                                         Alexandria, VA 22314-3489


Stephen A. Metz
Offit Kurman, P.A.
7501 Wisconsin Ave, Suite 1000W
Bethesda, MD 20814-6604
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| **Credit Control LLC** | **End of Label Matrix** |
| 3300 Rider Trl S | Mailable recipients    27 |
| Ste 500 | Bypassed recipients     0 |
| Earth City, MO 63045 | Total                  27 |