**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

---------------------------------------------------------------X
| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Bella Barbies International LLC | : | No. 26-10033 |
| | : | |
| Debtor. | : | : |

---------------------------------------------------------------X

**NOTICE OF MOTION TO EXTEND TIME FOR FILING LISTS, SCHEDULES AND STATEMENTS**

Notice is hereby given that the Debtor has previously filed a **MOTION TO EXTEND TIME FOR FILING LISTS, SCHEDULES AND STATEMENTS ("Motion")**.  **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you oppose the Motion, or if you want the Court to consider your views on the Motion, you or your attorney **must**:

• Attend the hearing scheduled to be held on **Tuesday, February 10, 2026, at 11:00 a.m.** in Courtroom I, United States Bankruptcy Court, 200 South Washington Street, Alexandria, Virginia.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the Motion and may enter an order granting the Motion.

    Dated:    January 22, 2026.

                                                Respectfully submitted,

                                                __/s/ Daniel M. Press_____
                                                Daniel M. Press, VSB# 37123
                                                CHUNG & PRESS, P.C.
                                                6718 Whittier Avenue, Suite 200
                                                McLean, Virginia 22101
                                                (703) 734-3800
                                                Counsel for Debtor

Daniel M. Press, VSB# 37123
CHUNG & PRESS, P.C.
6718 Whittier Avenue, Suite 200
McLean, Virginia 22101
Counsel for Debtor

CERTIFICATE OF SERVICE

      This is to certify that on this 22nd day of January, 2026, I caused the foregoing document to be served on upon all parties requesting notice by CM/ECF, and by first class mail, postage prepaid, to all other creditors and parties in interest as set forth on the attached matrix.

      /s/ Daniel M. Press

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0422-1<br>Case 26-10033-BFK<br>Eastern District of Virginia<br>Alexandria<br>Sat Jan 17 13:22:42 EST 2026 | Bella Barbies International LLC<br>7902 Tysons One Pl<br>Unit 2901<br>McLean, VA 22102-5240 | United States Bankruptcy Court<br>200 South Washington Street<br>Alexandria, VA 22314-5405 |
| Admiral Leasing & Finance Co<br>Arnold Wollman<br>6826 Old Pimlico Rd<br>Baltimore, MD 21209-1614 | Alien Finance LLC<br>5830 E 2nd St, Ste 7000 #5788<br>Casper, WY 82609-4308 | American Express<br>PO Box 297871<br>Fort Lauderdale, FL 33329-7871 |
| Attentive Mobile<br>5805 Sepulveda Blvd<br>4th Floor<br>Sherman Oaks, CA 91411-2532 | Barcode Group<br>84 South 10th St, Suite 200<br>Minneapolis, MN 55403-2559 | Blue Wheel Media<br>1837 Enterprise Dr<br>Rochester, MI 48309-3802 |
| Clover PR Inc.<br>20409 Yorba Linda Blvd<br>Ste 152<br>Yorba Linda, CA 92886-3042 | (p)CREDIT CONTROL  LLC<br>ATTN CORRESPONDENCE<br>3300 RIDER TRAIL S<br>SUITE 500<br>EARTH CITY MO 63045-1338 | Hawke Media<br>2415 Michigan Ave<br>Santa Monica, CA 90404-4009 |
| IRS<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Jacqueline Gattereau<br>2222 Rickover Pl<br>Winter Garden, FL 34787-5485 |
| Office of the US Attorney<br>2100 Jamieson Ave<br>Alexandria, VA 22314-5794 | On Ramp Funds<br>1705 S Capital of Texas Hwy<br>Ste 500<br>Austin, TX 78746-6597 | Rawson Technologies, LLC dba pirawna<br>4441 Woodbine Ln<br>Prosper, TX 75078-1189 |
| Samia Gore<br>7902 Tysons One Pl<br>Unit 2901<br>McLean<br>VA 22102-5240 | Small Business Administration<br>409 3rd St., SW<br>Washington, DC 20416-0002 | U.S. Attorney<br>Courthouse Square<br>2100 Jamieson Avenue<br>Alexandria, VA 22314-5702 |
| U.S. Securities and Exchange Commission<br>Office of Reorganization<br>950 East Paces Ferry Road<br>Suite 900<br>Atlanta, GA 30326-1382 | Va Dept of Taxation<br>PO Box  1115<br>Richmond, VA 23218-1115 | Wayflyer<br>356 Wythe Ave<br>Brooklyn, NY 11249-5124 |
| Daniel M. Press<br>Chung & Press, P.C.<br>6718 Whittier Ave., Suite 200<br>McLean, VA 22101-4531 | Matthew W. Cheney<br>Office of the U.S. Trustee - Region 4<br>1725 Duke Street<br>Suite 650<br>Alexandria, VA 22314-3489 | Samia Latia Gore<br>7902 Tysons One Place<br>Unit 2901<br>McLean, VA 22102-5240 |
| Stephen A. Metz<br>Offit Kurman, P.A.<br>7501 Wisconsin Ave, Suite 1000W<br>Bethesda, MD 20814-6604 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| **Credit Control LLC** | **End of Label Matrix** |
| **3300 Rider Trl S** | **Mailable recipients    27** |
| **Ste 500** | **Bypassed recipients     0** |
| **Earth City, MO 63045** | **Total                   27** |