**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
(Alexandria Division)

-----------------------------------------------------------X
| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| **Bella Barbies International LLC** | : | No. 26-10033 |
| | : | |
| Debtor. | : | |

-----------------------------------------------------------X

**CERTIFICATE OF SERVICE**

      This is to certify that on the 21st day of January, 2026, I caused a copy of the Notice of Commencement of the Case to be served first-class mail, postage pre-paid, upon all entities known to be holding money or property subject to withdrawal or order of the Debtor, as follows:

Wise US Inc.
30 W 26th Street, Floor 6
New York, NY 10010

JP Morgan Chase Bank N.A.
1111 Polaris Pkwy
Columbus, OH 43240

                               /s/ Daniel M. Press
                              Daniel M. Press, VSB 37123
                              Chung & Press, P.C.
                              6718 Whittier Ave., Suite 200
                              McLean, VA 22101
                              (703) 734-3800
                              (703) 734-0590 fax
                              dpress@chung-press.com

Daniel M. Press, VSB# 37123
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
Counsel for Debtor