**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
(Alexandria Division)

------------------------------------------------------------X
In re:                                            :        Chapter 11
                                                  :
**Bella Barbies International LLC**               :        No. 26-10033
                                                  :
           Debtor.                                :                                :
------------------------------------------------------------X

**SUPPLEMENT TO MOTION TO EXTEND TIME FOR FILING LISTS,**
**SCHEDULES AND STATEMENTS**

COME NOW the Debtor, Bella Barbies International LLC, by counsel, and, in further support of the requested extension under Local Rule 1007-1(B), and an additional extension of time for filing its Lists, Schedules, and Statements states the following:

1.   The Debtor's lists, statements, and schedules are due on January 21, 2026.

2.   The Meeting of Creditors is scheduled for February 12, 2026, so the Debtor requested until February 5 to prepare and file its Lists, Schedules, and Statements.

3.   The Schedules and Statement of Financial Affairs are nearly ready, but when counsel reached out to the Debtor Representative today (who had sent some documents and information early this morning), her phone went straight to voice mail, and she did not respond to text messages or emails.

4.   Counsel does not know what happened – lost/broken phone, medical emergency, or something else - but obviously cannot file until the Schedules and SOFA are reviewed and signed by the Debtor Representative.  Given counsel's schedule tomorrow (Friday), it will be difficult to schedule a time with the Debtor Representative.  Accordingly, it is requested that the extension of time be granted until Monday, February 9.  Should that not prove possible, hopefully by the hearing on February 10, counsel will at least have an answer as to what has prevented the Debtor Representative from communicating with counsel.

Daniel M. Press, VSB# 37123
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
Counsel for Debtor

WHEREFORE the Debtor respectfully requests this honorable Court to grant the Motion and extend the time for filing Debtor's Lists, Schedules and Statements from January 21, 2026, until February 9, 2026.

Dated: February 5, 2026.

Respectfully submitted,

__/s/ Daniel M. Press_____
Daniel M. Press, VSB# 37123
CHUNG & PRESS, P.C.
6718 Whittier Avenue, Suite 200
McLean, Virginia 22101
(703) 734-3800
dpress@chung-press.com
Counsel for Debtor

CERTIFICATE OF SERVICE

This is to certify that on this 5th day of February, 2026, I caused the foregoing document to be served by CM/ECF on the Subchapter V Trustee, the Office of the U.S. Trustee, and all creditors requesting notice by CM/ECF.

__/s/ Daniel M. Press_____
Daniel M. Press