**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
_____Alexandria_____ Division

In re   Bella Barbies International LLC

Debtor(s)

Case No.   26-10033

Chapter   11

## AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:

___   Involuntary/Voluntary Petition *[Specify reason for amendment:_____]*
   *Check if applicable:*   ___ Soc. Sec. No. amended.  [*If applicable*: **An original, signed Official Form 121 was mailed/hand-delivered to the Clerk's Office on_____.\***]

___   Summary of Your Assets and Liabilities (and Certain Statistical Information - Individuals Only)
___   Declaration (Individuals - Form 106Dec) (Non-Individuals - Form 202)
___   Schedule A/B - Property
___   Schedule C - The Property You Claim as Exempt
___   Schedule D – Creditors Who Hold Claims Secured by Property (See LBR 1009-1)
___   Schedule E/F Creditors Who Have Unsecured Claims (See LBR 1009-1)
   ( **$34.00 fee required** if adding or deleting pre-petition creditors, changing amounts owed or classification of debt.)   Check applicable statement(s):

   X   **Creditor(s) added**     ___ **Creditor(s) deleted**
   ___ **Change in amounts owed or classification of debt**
   ___ **No pre-petition creditors added/deleted, or amounts owed or classification of debt changed.** [Docket: **Amended Schedule(s) and/or Statement(s), List(s)-NO FEE)**
   ___ **Post-petition creditors added (Schedule of Unpaid Debts)**
   **REMINDER: Conversion of Chapter 13 to Chapter 7** – only file Schedule of Unpaid Debts.

___   Schedule G - Executory Contracts and Unexpired Leases
___   Schedule H – Your Codebtors
___   Schedule I – Your Income
___   Schedule J – Your Expenses

**[NOTE: The form "NOTICE TO CREDITOR(S) (RE AMENDMENT)" is still required when adding or deleting creditors.**
**\*Amendment of debtor(s) Social Security Number requires that this cover sheet together with a completed Official Form 121 – Statement About Your Social Security Numbers be electronically filed or submitted to the Clerk's Office for "restricted" entry of the amended Social Security Number into the case record.]**

___   Statement of Financial Affairs

___   Statement of Intention for Individuals Filing Under Chapter 7

___   Chapter 11 List of Equity Security Holders

___   Chapter 11: The List of Creditors Who Have the 20 Largest Unsecured Claims Against You Who Are Not Insiders

___   Attorney's Disclosure of Compensation

  x    Other:   Creditor matrix _____

**NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES**
Pursuant to Federal Rule of Bankruptcy Procedure 1009(a) and Local Rule 1009-1, I certify that notice of the filing of the amendment(s) checked above has been given this date to the United States Trustee, the trustee in this case, and to any and all entities affected by the amendment as follows:  Matthew Reichard E.C.C. & Associates 26 Railroad Ave. #117 Babylon, NY 11702
 On Demand Fulfillment 8152 Welby Park Dr Ste B W.Jordan, UT 84088  Shopify 151 O'Connor St Gr.Fl. Ottawa ON K2P2L8*  .
Date: 2/7/26_____

/s/ Daniel M Press_____
Attorney for Debtor(s) [or *Pro Se* Debtor(s)]
State Bar No.:   37123
Mailing Address:  6718 Whittier Ave #200
                  McLean VA 22101
Telephone No.:   703-734-3800

[amendcs ver. 12/23]

* and Stillman Law Office, 30057 Orchard Lake Road, Suite 200, Farmington, MI 48334