# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA

_____Alexandria_____ **Division**

In re   Bella Barbies International LLC

Case No.  26-10033

**Debtor(s)**

Chapter  11

**TO:**
Stillman Law Office 30057 Orchard Lake Road, Suite 200 Farmington, MI 48334

Matthew Reichard E.C.C. & Associates, 26 Railroad Ave. #117, Babylon, NY 11702  t

On Demand Fulfillment, 8152 Welby Park Dr Ste B, West Jordan, UT 84088

Shopify 151 O'Connor St, Ground Floor, Ottawa ONT Canada,  K2P2L8

## NOTICE TO CREDITOR(S) (RE AMENDMENT)

NOTICE IS HEREBY GIVEN that an amendment to the above-captioned debtor's schedules and/or list of creditors has been filed

- [X] adding you as a creditor,
- [ ] deleting you as a creditor,
- [ ] correcting your address

A copy of the amendment is forwarded to you together with this notice.

**[*If amendment is adding creditor(s)*]**  NOTICE IS FURTHER GIVEN that also forwarded to you together with this notice is a copy of the notice of the meeting of creditors called by the United States Trustee pursuant to Federal Rule of Bankruptcy Procedure 2003, giving the particulars of the case and stating the last date for the filing of claims *(if any was given)*, for filing complaints objecting to the discharge and complaints to determine the dischargeability of certain debts; a copy of the discharge of the debtor, *if one has been entered*, a subsequent notice to file claims, *if one has been issued*, and any other filed document affecting the rights of the added creditor(s).

Bella Barbies International LLC

Date: 2/7/2026

By /s/ Daniel M Press
Attorney for Debtor [or *Pro Se* Debtor]
State Bar No.: 37123
Address:  6718 Whittier Ave #200
          McLean VA 22101

Telephone No.: 703-734-3800

## CERTIFICATION

I certify that on _____2/7/26_____, I served a copy of the foregoing notice on the United States Trustee, any appointed trustee, and any and all entities affected by the amendment pursuant to Local Bankruptcy Rule 1009-1(A).

/s/ Daniel M Press
Attorney for Debtor [or *Pro Se* Debtor]

[ ntctoadd ver. R. 05/07]