**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
(Alexandria Division)

```
-----------------------------------------------------------X
In re:                                              :    Chapter 11 (Subchapter V)
                                                    :
Bella Barbies International LLC                     :    No.  26-10033
                                                    :
         Debtor.                                    :                               :
-----------------------------------------------------------X
```

<u>NOTICE OF DISPUTED, CONTINGENT OR UNLIQUIDATED CLAIMS</u>

TO:

Admiral Leasing & Finance Co
Arnold Wollman
6826 Old Pimlico Rd
Baltimore, MD 21209

Clover PR Inc.
20409 Yorba Linda Blvd
Ste 152
Yorba Linda, CA 92886

Credit Control LLC
3300 Rider Trl S
Ste 500
Earth City, MO 63045

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101

On Ramp Funds
1705 S Capital of Texas Hwy
Ste 500
Austin, TX 78746

Va Dept of Taxation
PO Box  1115
Richmond, VA 23218

Wayflyer
356 Wythe Ave
Brooklyn, NY 11249

Please take notice, pursuant to Local Rule 3003-1 of the U.S. Bankruptcy Court for the Eastern District of Virginia, that the Debtor has listed your claims in his Schedules to its petition under Chapter 11 of Title 11, United States Code, as disputed, contingent or unliquidated.

You have a right to file a Proof of Claim with the Bankruptcy Court, and your failure to do so may prevent you from voting upon the Plan or participating in any distribution thereunder.

By filing a copy of this Notice and attached Certificate of Service with the Clerk, Debtor hereby certifies his compliance with Local Rule 3003-1.

Dated:  February 7, 2026.

    Respectfully submitted,

    /s/ Daniel M. Press
Daniel M. Press  #37123
CHUNG & PRESS, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
dpress@chung-press.com
(703) 734-3800

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of Feb., 2026, I caused a copy of the foregoing Notice of Disputed, Contingent or Unliquidated Claim to be served by First Class Mail, postage prepaid, upon all creditors listed above, and by CM/ECF on the US Trustee and Subchapter V Trustee.

    /s/ Daniel M. Press
Daniel M. Press