**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)**

----------------------------------------------------------------X
| In re: | : | Chapter 11 (Subchapter V) |
| | : | |
| **Bella Barbies International LLC** | : | No. 26-10033 |
| | : | |
| **Debtor.** | : | : |
----------------------------------------------------------------X

### DEBTOR'S STATUS CONFERENCE REPORT

COMES NOW Bella Barbies International LLC, Debtor-in-Possession, through counsel, and submits this report pursuant to 11 U.S.C. § 1188(c).

Debtor is an online retailer of nutritional supplements. Both its manufacturing and its warehousing and shipping are contracted out, so it actually does not physically handle any product. It has no employees other than its owner, but does have contractors also handling some marketing, social media, and customer service functions.

At this early stage in the case, the Debtor has yet to engage in any extensive discussions about a consensual plan, as no creditors have appeared with counsel or contacted Debtor with regard to this matter. The Debtor intends to seek a consensual resolution if possible.

While not committed to any particular course of action and not intending to bind itself to any approach, Debtor anticipates that, from operations, it will generate sufficient funds to fund a plan. The only properly perfected secured claim appears to be one MCA loan secured by a nominal amount of receivables (which cash collateral Debtor is not

Daniel M. Press, VSB# 37123
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
Counsel for Debtor

using).[1]  Priority unsecured claims will be paid in full and general unsecured claims will be paid in part over time from operations and as described above.

Dated: February 10, 2026.

Respectfully submitted,

\_\_/s/ Daniel M. Press_____
Daniel M. Press, VSB# 37123
CHUNG & PRESS, P.C.
6718 Whittier Avenue, Suite 200
McLean, Virginia 22101
(703) 734-3800
Counsel for Debtor

## CERTIFICATE OF SERVICE

This is to certify that on this 10th day of February, 2026, I caused the foregoing Document to be served by CM/ECF on the U.S. Trustee, the Subchapter V Trustee, and all persons requesting such notice, and by first class mail, postage prepaid, on all other parties on the attached matrix.

\_\_/s/ Daniel M. Press_____
Daniel M. Press

---

[1] Debtor is a Delaware LLC, but UCC-1s were either not filed or filed in Virginia.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0422-1<br>Case 26-10033-BFK<br>Eastern District of Virginia<br>Alexandria<br>Tue Feb 10 05:25:12 EST 2026 | Bella Barbies International LLC<br>7902 Tysons One Pl<br>Unit 2901<br>McLean, VA 22102-5240 | United States Bankruptcy Court<br>200 South Washington Street<br>Alexandria, VA 22314-5405 |
| Admiral Leasing & Finance Co<br>Arnold Wollman<br>6826 Old Pimlico Rd<br>Baltimore, MD 21209-1614 | Alien Finance LLC<br>5830 E 2nd St, Ste 7000 #5788<br>Casper, WY 82609-4308 | American Express<br>PO Box 297871<br>Fort Lauderdale, FL 33329-7871 |
| Attentive Mobile<br>5805 Sepulveda Blvd<br>4th Floor<br>Sherman Oaks, CA 91411-2532 | Barcode Group<br>84 South 10th St, Suite 200<br>Minneapolis, MN 55403-2559 | Blue Wheel Media<br>1837 Enterprise Dr<br>Rochester, MI 48309-3802 |
| Clover PR Inc.<br>20409 Yorba Linda Blvd<br>Ste 152<br>Yorba Linda, CA 92886-3042 | (p)CREDIT CONTROL  LLC<br>ATTN CORRESPONDENCE<br>3300 RIDER TRAIL S<br>SUITE 500<br>EARTH CITY MO 63045-1338 | Hawke Media<br>2415 Michigan Ave<br>Santa Monica, CA 90404-4009 |
| IRS<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Jacqueline Gattereau<br>2222 Rickover Pl<br>Winter Garden, FL 34787-5485 |
| Matthew Reichard<br>E.C.C. & Associates<br>26 Railroad Ave. #117<br>Babylon, NY 11702-2204 | Office of the US Attorney<br>2100 Jamieson Ave<br>Alexandria, VA 22314-5794 | On Demand Fulfillment<br>8152 Welby Park Dr Ste B<br>West Jordan, UT 84088-5987 |
| On Ramp Funds<br>1705 S Capital of Texas Hwy<br>Ste 500<br>Austin, TX 78746-6597 | Rawson Technologies, LLC dba pirawna<br>4441 Woodbine Ln<br>Prosper, TX 75078-1189 | Samia Gore<br>7902 Tysons One Pl<br>Unit 2901<br>McLean<br>VA 22102-5240 |
| Shopify<br>151 O'Connor St<br>Ground Floor<br>Ottawa ONT Canada,  K2P2L8 | Small Business Administration<br>409 3rd St., SW<br>Washington, DC 20416-0002 | Stillman Law Office<br>30057 Orchard Lake Road, Suite 200<br>Farmington, MI 48334-2265 |
| U.S. Attorney<br>Courthouse Square<br>2100 Jamieson Avenue<br>Alexandria, VA 22314-5702 | U.S. Securities and Exchange Commission<br>Office of Reorganization<br>950 East Paces Ferry Road<br>Suite 900<br>Atlanta, GA 30326-1382 | Uline<br>12575 Uline Dr.<br>Pleasant Prairie, WI 53158-3686 |
| Va Dept of Taxation<br>PO Box  1115<br>Richmond, VA 23218-1115 | Wayflyer<br>356 Wythe Ave<br>Brooklyn, NY 11249-5124 | Daniel M. Press<br>Chung & Press, P.C.<br>6718 Whittier Ave., Suite 200<br>McLean, VA 22101-4531 |

| | | |
|---|---|---|
| Matthew W. Cheney | Samia Latia Gore | Stephen A. Metz |
| Office of the U.S. Trustee - Region 4 | 7902 Tysons One Place | Offit Kurman, P.A. |
| 1725 Duke Street | Unit 2901 | 7501 Wisconsin Ave, Suite 1000W |
| Suite 650 | McLean, VA 22102-5240 | Bethesda, MD 20814-6604 |
| Alexandria, VA 22314-3489 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Credit Control LLC
3300 Rider Trl S
Ste 500
Earth City, MO 63045

End of Label Matrix
Mailable recipients    32
Bypassed recipients     0
Total                  32