**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**(Alexandria Division)**

---------------------------------------------------------------X

In re:                                                    :        Chapter 11 (Subchapter V)
                                                          :
**Bella Barbies International LLC**                       :        No.  26-10033
                                                          :
              Debtor.                                     :                              :

---------------------------------------------------------------X

### ORDER GRANTING MOTION TO EXTEND TIME FOR FILING LISTS, SCHEDULES AND STATEMENTS

UPON CONSIDERATION of Debtor's Motion To Extend Time for Filing Lists, Schedules and Statements, proper notice having been given and no objections having been filed, it is hereby

ORDERED that the Motion is granted and the time for filing Debtor's Lists, Schedules and Statements is hereby extended to February 7, 2026.    The Order to Show Cause is hereby vacated.

Dated: Feb 10 2026

/s/ Brian F Kenney
Judge, U.S. Bankruptcy Court

Entered on Docket: Feb 10 2026

I ASK FOR THIS:

/s/ Daniel M. Press
Daniel M. Press, VSB 37123
CHUNG & PRESS, P.C,
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
Counsel for the Debtor

Daniel M. Press, VSB# 37123
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
Counsel for Debtor

SEEN AND NO OBJECTION:

 /s/ Katharine Toledo_____
Office of the US Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
703-557-7176


<u>Local Rule 9022-1(C) Certification</u>

The foregoing Order was signed by and/or served upon all necessary parties pursuant to
Local Rule 9022-1(C).

   /s/Daniel M. Press____
Daniel M. Press

Copies by CM/ECF to:

Counsel for Debtor
U.S. Trustee