**Fill in this information to identify the case:**

Debtor Name: **Bella Barbies International LLC**

United States Bankruptcy Court for the: Eastern District of Virginia

Case number: 26-10033-BFK

☐ Check if this is an amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11    12/17

Month: January   Date report filed: 02/21/2026
                                    MM / DD / YYYY

Line of business: Electronic Shopping/Retail    NAISC code: 454110

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: Samia Gore
Original signature of responsible party: *(signed)* Samia L. Gore
Printed name of responsible party: Samia Gore

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.

| # | Question | Yes | No | N/A |
|---|----------|-----|-----|-----|
| 1. | Did the business operate during the entire reporting period? | ☒ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☒ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☒ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☒ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? *Since DIP opened* | ☒ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☒ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☒ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☒ | ☐ | X |
| 9. | Have you timely paid all of your insurance premiums? | ☒ | ☐ | ☐ |

If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.

| # | Question | Yes | No | N/A |
|---|----------|-----|-----|-----|
| 10. | Do you have any bank accounts open other than the DIP accounts? *Now, no. In January, yes.* | ☐ | ☒ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☒ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☒ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☒ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☒ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☒ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☒ | ☐ |

Debtor Name **Bella Barbies International LLC**   Case number **26-10033-BFK**

17. Have you paid any bills you owed before you filed bankruptcy? ☐ ☑ ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**   $ 3278.00

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.   $ 53,386

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.   − $ 47,272

22. **Net cash flow**   + $ 6114.00

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.   = $ 9,392

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**   $ 1732.00

    (Exhibit E)

Debtor Name **Bella Barbies International LLC**    Case number **26-10033-BFK**

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables** $ 4827.00

    (Exhibit F)

## 5. Employees

26. What was the number of employees when the case was filed? 1
27. What is the number of employees as of the date of this monthly report? 1

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case? $ 0
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed? $ 0
30. How much have you paid this month in other professional fees? $ 0
31. How much have you paid in total other professional fees since filing the case? $ 0

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | Column A<br>Projected<br>Copy lines 35-37 from the previous month's report. | − | Column B<br>Actual<br>Copy lines 20-22 of this report. | = | Column C<br>Difference<br>Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. Cash receipts | $ n/a | − | $ | = | $ |
| 33. Cash disbursements | $ n/a | − | $ | = | $ |
| 34. Net cash flow | $ n/a | − | $ | = | $ |

35. Total projected cash receipts for the next month: $ 50,000
36. Total projected cash disbursements for the next month: − $ 35,000
37. Total projected net cash flow for the next month: = $ 15,000

Debtor Name **Bella Barbies International LLC**           Case number **26-10033-BFK**

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- [x] 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).
- [ ] 39. Bank reconciliation reports for each account.
- [ ] 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.
- [ ] 41. Budget, projection, or forecast reports.
- [ ] 42. Project, job costing, or work-in-progress reports.

Print     Save As...     Reset

**wise**

**Wise US Inc.**
30 W 26th Street, Floor 6
New York
NY
10010
United States

# USD statement

1 January 2026 [GMT] - 1 February 2026 [GMT]

Generated on: 24 February 2026

## Account Holder

Bella Barbies International LLC
7902 tysons one Pl
Mclean
VA
22102
United States

## USD on 1 February 2026 [GMT]                                                5,008.33 USD

| Description | Incoming | Outgoing | Amount |
|---|---|---|---|
| Card transaction of 329.54 USD issued by Facebk *5vm5sed7j2 650-5434800 <br> 1 February 2026 │ Card ending in 2651 │ Samia Latia Gore │ Transaction: CARD-3408992786 | | -329.54 | 5,008.33 |
| Sent money to Samia Latia Gore <br> 1 February 2026 │ Transaction: TRANSFER-1949800651 | | -200.00 | 5,337.87 |
| Card transaction of 982.98 USD issued by Facebk *4htkqdm7j2 650-5434800 <br> 31 January 2026 │ Card ending in 2651 │ Samia Latia Gore │ Transaction: CARD-3404230610 | | -982.98 | 5,537.87 |
| Card transaction of 500.00 USD issued by Facebk *Dryezcz6j2 650-5434800 <br> 31 January 2026 │ Card ending in 2651 │ Samia Latia Gore │ Transaction: CARD-3403655118 | | -500.00 | 6,520.85 |
| Sent money to Monica Leona Ucab <br> 30 January 2026 │ Transaction: TRANSFER-1947791571 | | -400.00 | 7,020.85 |
| Received money from SHOPIFY with reference 091000015773217 <br> 30 January 2026 │ Transaction: TRANSFER-1946829962 │ Reference: 091000015773217 | 755.05 | | 7,420.85 |
| Received money from SHOPIFY with reference 021000022841827 <br> 30 January 2026 │ Transaction: TRANSFER-1946829397 │ Reference: 021000022841827 | 145.60 | | 6,665.80 |
| Card transaction of 500.00 USD issued by Facebk *U6cx4eh7j2 650-5434800 <br> 30 January 2026 │ Card ending in 2651 │ Samia Latia Gore │ Transaction: CARD-3401021474 | | -500.00 | 6,520.20 |
| Sent money to Samia Latia Gore <br> 30 January 2026 │ Transaction: TRANSFER-1946487013 | | -150.00 | 7,020.20 |

| Description | Amount | Balance |
|---|---:|---:|
| Received money from SHOPIFY with reference 091000017671936<br>29 January 2026 | Transaction: TRANSFER-1944673033 | Reference: 091000017671936 | 1,248.55 | 7,170.20 |
| Sent money to Samia Latia Gore<br>29 January 2026 | Transaction: TRANSFER-1944278699 | -100.00 | 5,921.65 |
| Received money from SHOPIFY with reference 091000015533115<br>28 January 2026 | Transaction: TRANSFER-1942678540 | Reference: 091000015533115 | 2,852.37 | 6,021.65 |
| Sent money to Samia Latia Gore<br>28 January 2026 | Transaction: TRANSFER-1942607367 | -30.00 | 3,169.28 |
| Card transaction of 1,258.63 USD issued by Ecomspaces WWW.ECOMSPACE<br>27 January 2026 | Card ending in 2651 | Samia Latia Gore | Transaction: CARD-3390727037 | -1,258.63 | 3,199.28 |
| Received money from SHOPIFY with reference 091000015607368<br>27 January 2026 | Transaction: TRANSFER-1940747947 | Reference: 091000015607368 | 346.62 | 4,457.91 |
| Card transaction of 34.41 USD issued by Paypal *Shuttle Co 27042733<br>27 January 2026 | Card ending in 2651 | Samia Latia Gore | Transaction: CARD-3389553925 | 34.41 | 4,111.29 |
| Card transaction of 34.41 USD issued by Paypal *Shuttle Co 27042733<br>27 January 2026 | Card ending in 2651 | Samia Latia Gore | Transaction: CARD-3389553925 | -34.41 | 4,076.88 |
| Card transaction of 1,600.63 USD issued by Facebk *Gwmnbdr6j2 650-5434800<br>27 January 2026 | Card ending in 2651 | Samia Latia Gore | Transaction: CARD-3389183000 | -1,600.63 | 4,111.29 |
| Received money from SHOPIFY with reference 111000021501850<br>26 January 2026 | Transaction: TRANSFER-1938889575 | Reference: 111000021501850 | 993.74 | 5,711.92 |
| Sent money to Monica Leona Ucab<br>26 January 2026 | Transaction: TRANSFER-1938861508 | -400.00 | 4,718.18 |
| Card transaction of 317.33 USD issued by Budget Rent A Car ARLINGTON<br>25 January 2026 | Card ending in 2651 | Samia Latia Gore | Transaction: CARD-3367277096 | 145.20 | 5,118.18 |
| Sent money to Samia Latia Gore<br>24 January 2026 | Transaction: TRANSFER-1936448843 | -600.00 | 4,972.98 |
| Card transaction of 211.00 USD issued by Delta Air 0062398519836 ATLANTA<br>23 January 2026 | Card ending in 2651 | Samia Latia Gore | Transaction: CARD-3377655257 | -211.00 | 5,572.98 |
| Sent money to Samia Latia Gore<br>23 January 2026 | Transaction: TRANSFER-1935046131 | -300.00 | 5,783.98 |
| Received money from SHOPIFY with reference 111000022651642<br>23 January 2026 | Transaction: TRANSFER-1934626450 | Reference: 111000022651642 | 688.87 | 6,083.98 |
| Sent money to Monica Leona Ucab<br>23 January 2026 | Transaction: TRANSFER-1934164692 | -400.00 | 5,395.11 |
| Sent money to Samia Latia Gore<br>22 January 2026 | Transaction: TRANSFER-1933415652 | -200.00 | 5,795.11 |
| Card transaction of 527.50 USD issued by Www.fiverr.com New York<br>22 January 2026 | Card ending in 2651 | Samia Latia Gore | Transaction: CARD-3373934466 | -527.50 | 5,995.11 |
| Received money from SHOPIFY with reference 043305134293632<br>22 January 2026 | Transaction: TRANSFER-1932768448 | Reference: 043305134293632 | 6,186.19 | 6,522.61 |

| Description | Amount | Balance |
|---|---:|---:|
| Card transaction of 833.62 USD issued by Ecomspaces WWW.ECOMSPACE<br>22 January 2026 · Card ending in 2651 · Samia Latia Gore · Transaction: CARD-3372762176 | -833.62 | 336.42 |
| Card transaction of 71.78 USD issued by Ic* Instacart INSTACART.COM<br>22 January 2026 · Card ending in 2651 · Samia Latia Gore · Transaction: CARD-3371259110 | -1.37 | 1,170.04 |
| Card transaction of 71.78 USD issued by Ic* Instacart INSTACART.COM<br>22 January 2026 · Card ending in 2651 · Samia Latia Gore · Transaction: CARD-3371259110 | -70.41 | 1,171.41 |
| Received money from SHOPIFY with reference 091000016239372<br>21 January 2026 · Transaction: TRANSFER-1931063029 · Reference: 091000016239372 | 265.05 | 1,241.82 |
| Card transaction of 82.46 USD issued by Live Organic LOS ANGELES<br>21 January 2026 · Card ending in 2651 · Samia Latia Gore · Transaction: CARD-3367609623 | -82.46 | 976.77 |
| Card transaction of 317.33 USD issued by Budget Rent A Car ARLINGTON<br>20 January 2026 · Card ending in 2651 · Samia Latia Gore · Transaction: CARD-3367277096 | -462.53 | 1,059.23 |
| Sent money to Samia Latia Gore<br>20 January 2026 · Transaction: TRANSFER-1929583719 | -200.00 | 1,521.76 |
| Received money from SHOPIFY with reference 043305138628591<br>20 January 2026 · Transaction: TRANSFER-1929331769 · Reference: 043305138628591 | 1,210.65 | 1,721.76 |
| Sent money to Samia Latia Gore<br>19 January 2026 · Transaction: TRANSFER-1927275651 | -100.00 | 511.11 |
| Sent money to Samia Latia Gore<br>18 January 2026 · Transaction: TRANSFER-1926182931 | -100.00 | 611.11 |
| Sent money to Samia Latia Gore<br>18 January 2026 · Transaction: TRANSFER-1926131421 | -100.00 | 711.11 |
| Sent money to Samia Latia Gore<br>18 January 2026 · Transaction: TRANSFER-1925832640 | -100.00 | 811.11 |
| Card transaction of 448.37 USD issued by Facebk *3ur8gcm7j2 650-5434800<br>16 January 2026 · Card ending in 2651 · Samia Latia Gore · Transaction: CARD-3353336444 | -448.37 | 911.11 |
| Card transaction of 256.21 USD issued by Facebk *Zmmnedd7j2 650-543-7818<br>16 January 2026 · Card ending in 2651 · Samia Latia Gore · Transaction: CARD-3353326144 | -256.21 | 1,359.48 |
| Card transaction of 2,000.00 USD issued by Facebk *Mysvecr6j2 650-5434800<br>16 January 2026 · Card ending in 2651 · Samia Latia Gore · Transaction: CARD-3352868524 | -2,000.00 | 1,615.69 |
| Card transaction of 500.00 USD issued by Facebk *B8qqs9mwa2 650-5434800<br>16 January 2026 · Card ending in 2651 · Samia Latia Gore · Transaction: CARD-3352046211 | -500.00 | 3,615.69 |
| Card transaction of 2,357.39 USD issued by Facebk *Ahj65cm6j2 650-5434800<br>16 January 2026 · Card ending in 2651 · Samia Latia Gore · Transaction: CARD-3351850206 | -2,357.39 | 4,115.69 |
| Received money from SHOPIFY with reference 091000010504825<br>16 January 2026 · Transaction: TRANSFER-1923629732 · Reference: 091000010504825 | 771.61 | 6,473.08 |
| Card transaction of 300.00 USD issued by Yotpo, Inc YOTPO.COM<br>16 January 2026 · Card ending in 2651 · Samia Latia Gore · Transaction: CARD-3350544177 | -300.00 | 5,701.47 |

| Description | Amount | Balance |
|---|---:|---:|
| Card transaction of 354.46 USD issued by Yotpo, Inc YOTPO.COM<br>16 January 2026 | Card ending in 2651 | Samia Latia Gore | Transaction: CARD-3350531506 | -354.46 | 6,001.47 |
| Received money from SHOPIFY with reference 091000011438882<br>15 January 2026 | Transaction: TRANSFER-1921789872 | Reference: 091000011438882 | 1,069.98 | 6,355.93 |
| Received money from SHOPIFY with reference 091000016146197<br>14 January 2026 | Transaction: TRANSFER-1920013531 | Reference: 091000016146197 | 1,280.55 | 5,285.95 |
| Received money from SHOPIFY with reference 111000029462829<br>13 January 2026 | Transaction: TRANSFER-1918302239 | Reference: 111000029462829 | 747.67 | 4,005.40 |
| Card transaction of 1,470.47 USD issued by Ecomspaces WWW.ECOMSPACE<br>13 January 2026 | Card ending in 2651 | Samia Latia Gore | Transaction: CARD-3340555442 | -1,470.47 | 3,257.73 |
| Card transaction of 69.99 USD issued by Apple.com/bill 866-712-7753<br>13 January 2026 | Card ending in 2651 | Samia Latia Gore | Transaction: CARD-3338964360 | -69.99 | 4,728.20 |
| Card transaction of 278.00 USD issued by Zendesk - Us ZENDESK.COM<br>12 January 2026 | Card ending in 2651 | Samia Latia Gore | Transaction: CARD-3337945677 | -278.00 | 4,798.19 |
| Card transaction of 55.95 USD issued by Apple.com/bill 866-712-7753<br>12 January 2026 | Card ending in 2651 | Samia Latia Gore | Transaction: CARD-3337772766 | -55.95 | 5,076.19 |
| Card transaction of 49.99 USD issued by Apple.com/bill 866-712-7753<br>12 January 2026 | Card ending in 2651 | Samia Latia Gore | Transaction: CARD-3337533025 | -49.99 | 5,132.14 |
| Sent money to Monica Leona Ucab<br>12 January 2026 | Transaction: TRANSFER-1916700132 | -400.00 | 5,182.13 |
| Received money from SHOPIFY with reference 111000020418044<br>12 January 2026 | Transaction: TRANSFER-1916538988 | Reference: 111000020418044 | 597.15 | 5,582.13 |
| Card transaction of 100,000.00 IDR issued by Gopayid DKI Jakarta<br>11 January 2026 | Card ending in 2651 | Samia Latia Gore | Transaction: CARD-3332979959 | -5.97 | 4,984.98 |
| Card transaction of 82,500.00 IDR issued by Gopayid DKI Jakarta<br>11 January 2026 | Card ending in 2651 | Samia Latia Gore | Transaction: CARD-3332868310 | -4.91 | 4,990.95 |
| Card transaction of 760,000.00 IDR issued by Marroosh Badung<br>11 January 2026 | Card ending in 2651 | Samia Latia Gore | Transaction: CARD-3332750995 | -45.32 | 4,995.86 |
| Card transaction of 274.60 USD issued by Yotpo, Inc YOTPO.COM<br>11 January 2026 | Card ending in 2651 | Samia Latia Gore | Transaction: CARD-3332549680 | -274.60 | 5,041.18 |
| Card transaction of 360,000.00 IDR issued by Gopayid DKI Jakarta<br>9 January 2026 | Card ending in 2651 | Samia Latia Gore | Transaction: CARD-3326644890 | -21.46 | 5,315.78 |
| Card transaction of 524,500.00 IDR issued by Prismalink*Ind Visaarr JAKARTA PUSAT<br>9 January 2026 | Card ending in 2651 | Samia Latia Gore | Transaction: CARD-3326440523 | -31.27 | 5,337.24 |
| Received money from SHOPIFY with reference 111000023915084<br>9 January 2026 | Transaction: TRANSFER-1912323805 | Reference: 111000023915084 | 1,117.23 | 5,368.51 |
| Received money from SHOPIFY with reference 043305131937887<br>8 January 2026 | Transaction: TRANSFER-1910505012 | Reference: 043305131937887 | 287.92 | 4,251.28 |
| Card transaction of 77.00 MYR issued by Penrose - 2 KUALA LUMPUR<br>7 January 2026 | Card ending in 2651 | Samia Latia Gore | Transaction: CARD-3318917276 | -19.04 | 3,963.36 |

| Description | Amount | Balance |
|---|---:|---:|
| Received money from SHOPIFY with reference 111000027744343<br>7 January 2026 \| Transaction: TRANSFER-1908698946 \| Reference: 111000027744343 | 3,861.86 | 3,982.40 |
| Card transaction of 32.50 MYR issued by 417-My-Bbintang KUALA LUMPUR<br>7 January 2026 \| Card ending in 2651 \| Samia Latia Gore \| Transaction: CARD-3317635585 | -8.05 | 120.54 |
| Card transaction of 12.00 MYR issued by Tian Fu Rasa Sdn Bhd KUALA LUMPUR<br>7 January 2026 \| Card ending in 2651 \| Samia Latia Gore \| Transaction: CARD-3317619189 | -2.97 | 128.59 |
| Card transaction of 500.00 MYR issued by %starhill Opa# %STARHILL OPA<br>7 January 2026 \| Card ending in 2651 \| Samia Latia Gore \| Transaction: CARD-3317556518 | -126.31 | 131.56 |
| Sent money to Samia Latia Gore<br>7 January 2026 \| Transaction: TRANSFER-1908037514 | -2,404.00 | 257.87 |
| Sent money to Monica Leona Ucab<br>7 January 2026 \| Transaction: TRANSFER-1907892971 | -450.00 | 2,661.87 |
| Card transaction of 3,465.24 USD issued by Ecomspaces WWW.ECOMSPACE<br>6 January 2026 \| Card ending in 2651 \| Samia Latia Gore \| Transaction: CARD-3315475064 | -3,465.24 | 3,111.87 |
| Received money from SHOPIFY with reference 091000016726341<br>6 January 2026 \| Transaction: TRANSFER-1906884701 \| Reference: 091000016726341 | 3,298.02 | 6,577.11 |
| Received money from Samia Latia Gore with reference<br>6 January 2026 \| Transaction: TRANSFER-1906404665 | 3,200.00 | 3,279.09 |
| Card transaction of 500.00 MYR issued by %starhill Opa# %STARHILL OPA<br>6 January 2026 \| Card ending in 2651 \| Samia Latia Gore \| Transaction: CARD-3313855179 | -124.25 | 79.09 |
| Card transaction of 104.00 USD issued by Korean Air 1802354858262 LOS ANGELES<br>6 January 2026 \| Card ending in 2651 \| Samia Latia Gore \| Transaction: CARD-3313768636 | -104.00 | 203.34 |
| Sent money to Samia Latia Gore<br>6 January 2026 \| Transaction: TRANSFER-1906099091 | -3,300.00 | 307.34 |
| Received money from SHOPIFY with reference 091000012741131<br>5 January 2026 \| Transaction: TRANSFER-1904952243 \| Reference: 091000012741131 | 1,591.10 | 3,607.34 |
| Sent money to Samia Latia Gore<br>5 January 2026 \| Transaction: TRANSFER-1904693321 | -300.00 | 2,016.24 |
| Sent money to Samia Latia Gore<br>5 January 2026 \| Transaction: TRANSFER-1904060539 | -300.00 | 2,316.24 |
| Sent money to Bherta Transridjata<br>5 January 2026 \| Transaction: TRANSFER-1903897145 \| Reference: Samia Gore | -204.72 | 2,616.24 |
| Card transaction of 403.20 USD issued by Omio *Omio BERLIN<br>4 January 2026 \| Card ending in 2651 \| Samia Latia Gore \| Transaction: CARD-3307859444 | -403.20 | 2,820.96 |
| Card transaction of 110.00 USD issued by Yotpo, Inc YOTPO.COM<br>3 January 2026 \| Card ending in 2651 \| Samia Latia Gore \| Transaction: CARD-3305283545 | -110.00 | 3,224.16 |
| Received money from SHOPIFY with reference 043305131855218<br>2 January 2026 \| Transaction: TRANSFER-1900469256 \| Reference: 043305131855218 | 390.05 | 3,334.16 |
| Card transaction of 216.65 USD issued by Yotpo, Inc YOTPO.COM<br>1 January 2026 \| Card ending in 2651 \| Samia Latia Gore \| Transaction: CARD-3294543051 | -216.65 | 2,944.11 |

For any questions, call us at +1-844-926-4389, or direct inquiries to Wise US Inc. at 30 W 26th St, New York, NY 10010.

Need help? Visit [wise.com/help](wise.com/help)

# CHASE 🛡 for BUSINESS®

Printed from Chase for Business

[Overview](#) / Account: BUS COMPLETE CHK (...3061)

---

BUS COMPLETE CHK (...3061)
Bella Barbies International LLC

## $995.11
Available balance

| $995.11 | $0.00 | $995.11 |
|---|---|---|
| Present balance | Available credit | Available plus credit |

### Uncollected funds

## Transactions

Showing: **All transactions** ⌄

| Date | Description | Type | Amount | Balance |
|---|---|---|---|---|
| Pending | ORIG CO NAME:TrueMed CO ENTRY DESCR:TrueMed SEC:CCD IND ID:ST-I1C4K7X6H5P1 ORIG ID:4270465600 | ACH credit | $994.67 | — |
| Jan 27, 2026 | Online Transfer to | Account transfer | −$379.00 | $0.44 |

| | | | | |
|---|---|---|---|---|
| | CHK ...4755 transaction#: 27838891074 01/27 | | | |
| Jan 27, 2026 | ORIG CO NAME:TrueMed ORIG ID:1800948598 DESC DATE: CO ENTRY DESCR:TrueMed SEC:CCD TRACE#:091000018154270 EED:260127 IND ID:ST-B6F8N1R9P3P7 IND NAME:SAMIA GORE TRN: 0278154270TC | ACH credit | $141.19 | $379.44 |
| Jan 26, 2026 | ORIG CO NAME:TrueMed ORIG ID:1800948598 DESC DATE: CO ENTRY DESCR:TrueMed SEC:CCD TRACE#:091000016820032 EED:260126 IND ID:ST-C3F7H3C6W1J8 IND NAME:SAMIA GORE TRN: 0266820032TC | ACH credit | $238.25 | $238.25 |
| Jan 23, 2026 | Online Transfer to CHK ...9401 transaction#: 27800035743 01/23 | Account transfer | −$884.09 | $0.00 |
| Jan 23, 2026 | Zelle payment to Terrah lerner | Zelle debit | −$300.00 | $884.09 |

| | | | | |
|---|---|---|---|---|
| | | | | 27796009929 |
| Jan 23, 2026 | ORIG CO NAME:TrueMed ORIG ID:4270465600 DESC DATE: CO ENTRY DESCR:TrueMed SEC:CCD TRACE#:111000027895496 EED:260123 IND ID:ST-T6P8K4L6U1J3 IND NAME:SAMIA GORE TRN: 0237895496TC | ACH credit | $57.49 | $1,184.09 |
| Jan 22, 2026 | ORIG CO NAME:TrueMed ORIG ID:1800948598 DESC DATE: CO ENTRY DESCR:TrueMed SEC:CCD TRACE#:091000014798208 EED:260122 IND ID:ST-G9O8F3H7A3W2 IND NAME:SAMIA GORE TRN: 0224798208TC | ACH credit | $1,125.80 | $1,126.60 |
| Jan 20, 2026 | Online Transfer to CHK ...4755 transaction#: 27765914591 01/20 | Account transfer | –$324.00 | $0.80 |
| Jan 20, 2026 | ORIG CO NAME:TrueMed ORIG | ACH credit | $323.86 | $324.80 |

| Date | Description | Type | Amount | Balance |
|---|---|---|---|---|
| | ID:4270465600 DESC DATE: CO ENTRY DESCR:TrueMed SEC:CCD TRACE#:111000020976909 EED:260120 IND ID:ST-Q7G3T2V5W5U0 IND NAME:SAMIA GORE TRN: 0200976909TC | | | |
| Jan 16, 2026 | Online Transfer to CHK ...4755 transaction#: 27716318412 01/16 | Account transfer | −$2,098.00 | $0.94 |
| Jan 16, 2026 | ORIG CO NAME:TrueMed ORIG ID:4270465600 DESC DATE: CO ENTRY DESCR:TrueMed SEC:CCD TRACE#:111000021209033 EED:260116 IND ID:ST-M1N8Q6A6X9V2 IND NAME:SAMIA GORE TRN: 0161209033TC | ACH credit | $157.42 | $2,098.94 |
| Jan 15, 2026 | ORIG CO NAME:TrueMed ORIG ID:1800948598 DESC DATE: CO ENTRY DESCR:TrueMed SEC:CCD | ACH credit | $287.38 | $1,941.52 |

| | | | | |
|---|---|---|---|---|
| | TRACE#:091000018568354 EED:260115 IND ID:ST-R8I5K1T3X5O2 IND NAME:SAMIA GORE TRN: 0158568354TC | | | |
| Jan 15, 2026 | ORIG CO NAME:The RealReal ORIG ID:4270465600 DESC DATE: CO ENTRY DESCR:ST-O4R7X5OSEC:CCD TRACE#:111000023281529 EED:260115 IND ID:ST-O4R7X5O7O5N7 IND NAME:SAMIA GORE TRN: 0153281529TC | Other | $463.34 | $1,654.14 |
| Jan 14, 2026 | ORIG CO NAME:TrueMed ORIG ID:4270465600 DESC DATE: CO ENTRY DESCR:TrueMed SEC:CCD TRACE#:111000027097725 EED:260114 IND ID:ST-C2Z0O6C6O2N5 IND NAME:SAMIA GORE TRN: 0147097725TC | ACH credit | $1,071.77 | $1,190.80 |
| Jan 13, 2026 | Zelle payment to Terrah lerner 27680677298 | Zelle debit | –$300.00 | $119.03 |

| Jan 13, 2026 | ORIG CO NAME:TrueMed ORIG ID:4270465600 DESC DATE: CO ENTRY DESCR:TrueMed SEC:CCD TRACE#:111000022616928 EED:260113 IND ID:ST-G6L3P0M5B9G8 IND NAME:SAMIA GORE TRN: 0132616928TC | ACH credit | $386.77 | $419.03 |
| Jan 12, 2026 | ORIG CO NAME:TrueMed ORIG ID:1800948598 DESC DATE: CO ENTRY DESCR:TrueMed SEC:CCD TRACE#:091000011028318 EED:260112 IND ID:ST-S4L1S8G1S8X9 IND NAME:SAMIA GORE TRN: 0121028318TC | ACH credit | $31.94 | $32.26 |
| Jan 7, 2026 | Online Transfer to CHK ...4755 transaction#: 27611315963 01/07 | Account transfer | –$996.00 | $0.32 |
| Jan 7, 2026 | ORIG CO NAME:TrueMed ORIG ID:1800948598 DESC DATE: CO | ACH credit | $995.67 | $996.32 |

| | | | | |
|---|---|---|---|---|
| | ENTRY DESCR:TrueMed SEC:CCD TRACE#:091000018271129 EED:260107 IND ID:ST-W1T1I3O9W8L3 IND NAME:SAMIA GORE TRN: 0078271129TC | | | |
| Jan 6, 2026 | Online Transfer to CHK ...4755 transaction#: 27607955903 01/06 | Account transfer | −$843.00 | $0.65 |
| Jan 6, 2026 | ORIG CO NAME:TrueMed ORIG ID:1800948598 DESC DATE: CO ENTRY DESCR:TrueMed SEC:CCD TRACE#:091000015014433 EED:260106 IND ID:ST-V7N7T2F8V2N9 IND NAME:SAMIA GORE TRN: 0065014433TC | ACH credit | $842.83 | $843.65 |
| Jan 5, 2026 | Online Transfer to CHK ...4755 transaction#: 27575848332 01/05 | Account transfer | −$50.00 | $0.82 |
| Jan 2, 2026 | Zelle payment to Terrah lerner 27564493705 | Zelle debit | −$300.00 | $50.82 |
| Jan 2, 2026 | ORIG CO NAME:Onramp | Misc. debit | −$100.00 | $350.82 |

| | | | | |
|---|---|---|---|---|
| | Funds, In ORIG ID:945440567 DESC DATE: CO ENTRY DESCR:Onramp FunSEC:CCD TRACE#:273976360588727 EED:260102 IND ID:IOM4ZK7AY IND NAME:Bella Barbies Internat TRN: 0020588727TC | | | |
| Jan 2, 2026 | Online Transfer to CHK ...4755 transaction#: 27539052493 01/02 | Account transfer | −$300.00 | $450.82 |
| Jan 2, 2026 | ORIG CO NAME:TrueMed ORIG ID:4270465600 DESC DATE: CO ENTRY DESCR:TrueMed SEC:CCD TRACE#:111000022966333 EED:260102 IND ID:ST-K1B0D1N8X3Y8 IND NAME:SAMIA GORE TRN: 0022966333TC | ACH credit | $422.40 | $750.82 |
| Dec 31, 2025 | MONTHLY SERVICE FEE ⊘ | Fee | −$15.00 | $328.42 |
| Dec 31, 2025 | ORIG CO NAME:TrueMed ORIG ID:4270465600 DESC DATE: CO ENTRY DESCR:TrueMed | ACH credit | $343.09 | $343.42 |

| | | | | |
|---|---|---|---|---|
| | SEC:CCD TRACE#:111000026099349 EED:251231 IND ID:ST-E2H7T8P1Z2Y6 IND NAME:SAMIA GORE TRN: 3656099349TC | | | |
| Dec 30, 2025 | Online Transfer to CHK ...4755 transaction#: 27509947787 12/30 | Account transfer | −$673.00 | $0.33 |
| Dec 30, 2025 | ORIG CO NAME:TrueMed ORIG ID:1800948598 DESC DATE: CO ENTRY DESCR:TrueMed SEC:CCD TRACE#:091000014371148 EED:251230 IND ID:ST-V9Q2H5P2H0J9 IND NAME:SAMIA GORE TRN: 3644371148TC | ACH credit | $664.57 | $673.33 |
| Dec 22, 2025 | Online Transfer to CHK ...4755 transaction#: 27432121457 12/22 | Account transfer | −$350.00 | $8.76 |

BUS COMPLETE CHK (...3064) | Chase.com                                                                                         2/23/26, 11:24 PM

JPMorgan Chase Bank, N.A. Member FDIC          ©2026 JPMorgan Chase & Co          Equal Opportunity Lender

https://secure.chase.com/web/auth/dashboard#/dashboard/summary/1186696653/DDA/CHK                               Page 10 of 10