**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
(Alexandria Division)

---------------------------------------------------------------X
| | | |
|---|---|---|
| In re: | : | Chapter 11 (Subchapter V) |
| | : | |
| **Bella Barbies International LLC** | : | No. 26-10033 |
| | : | |
| Debtor. | : | : |

---------------------------------------------------------------X

## ORDER

A Status Conference having been held on February 24, 2026, it is hereby ORDERED that the Status Conference is continued to April 21, 2026 at 11:00 a.m.; and it is

FURTHER ORDERED that the Debtor shall make payments of $1000 per month to Stephen A. Metz, Subchapter V Trustee, until confirmation of a plan, or dismissal or conversion of this case, such payments to be held in escrow by Mr. Metz or his law firm to be applied to his fees and expenses as may be approved by the Court. To the extent there is a surplus held in escrow over and above the Subchapter V Trustee's final approved fees and expenses, the escrowed funds shall be applied as ordered by the Court; and it is

FURTHER ORDERED that Mr. Metz's hourly rate of $660/hr. is APPROVED.

Dated: Feb 25 2026

/s/ Brian F Kenney
_____
Judge, U.S. Bankruptcy Court

Entered on Docket: Feb 26 2026

Daniel M. Press, VSB# 37123
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
Counsel for Debtor

SEEN AND NO OBJECTION:


\_/s/ Daniel M. Press_____
Daniel M. Press, VSB 37123
CHUNG & PRESS, P.C,
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
Counsel for the Debtor


\_/s/ Katharine Toledo_____
Katharine (Katie) Toledo
Trial Attorney
Department of Justice
Office of the United States Trustee
Mobile: (202)-603-5203
Katharine.I.Toledo@usdoj.gov


/s/ Stephen A. Metz_____
Stephen A. Metz
Offit Kurman, P.A.
7501 Wisconsin Avenue, Suite 1000W
Bethesda, Maryland 20814
Phone: (240) 507-1700
Email: smetz@offitkurman.com
Subchapter V Trustee


Local Rule 9022-1(C) Certification

The foregoing Order was signed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).

         \_\_/s/Daniel M. Press\_\_\_\_
         Daniel M. Press

Copies by CM/ECF to:

Counsel for Debtor
U.S. Trustee
Subchapter V Trustee