UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

-----------------------------------------------------------X

| | | |
|---|---|---|
| In re: | : | Chapter 11 (Subchapter V) |
| | : | |
| **Bella Barbies International LLC** | : | No.  26-10033 |
| | : | |
| Debtor. | : | : |

-----------------------------------------------------------X

## ORDER

A Status Conference having been held on February 24, 2026, it is hereby ORDERED that the Status Conference is continued to April 21, 2026 at 11:00 a.m.; and it is

FURTHER ORDERED that the Debtor shall make payments of $1000 per month to Stephen A. Metz, Subchapter V Trustee, until confirmation of a plan, or dismissal or conversion of this case, such payments to be held in escrow by Mr. Metz or his law firm to be applied to his fees and expenses as may be approved by the Court.   To the extent there is a surplus held in escrow over and above the Subchapter V Trustee's final approved fees and expenses, the escrowed funds shall be applied as ordered by the Court; and it is

FURTHER ORDERED that Mr. Metz's hourly rate of $660/hr. is APPROVED.


Dated: Feb 25 2026
_____

/s/ Brian F Kenney
_____
Judge, U.S. Bankruptcy Court

Entered on Docket: Feb 26 2026 _____


Daniel M. Press, VSB# 37123
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
Counsel for Debtor

SEEN AND NO OBJECTION:


_/s/ Daniel M. Press_____
Daniel M. Press, VSB 37123
CHUNG & PRESS, P.C,
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
Counsel for the Debtor


_/s/ Katharine Toledo_____
Katharine (Katie) Toledo
Trial Attorney
Department of Justice
Office of the United States Trustee
Mobile: (202)-603-5203
Katharine.l.Toledo@usdoj.gov


/s/ Stephen A. Metz_____
Stephen A. Metz
Offit Kurman, P.A.
7501 Wisconsin Avenue, Suite 1000W
Bethesda, Maryland 20814
Phone: (240) 507-1700
Email: smetz@offitkurman.com
Subchapter V Trustee


Local Rule 9022-1(C) Certification

The foregoing Order was signed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).

                                                                  __/s/Daniel M. Press___
                                                                   Daniel M. Press

Copies by CM/ECF to:

Counsel for Debtor
U.S. Trustee
Subchapter V Trustee

United States Bankruptcy Court

Eastern District of Virginia

| | |
|---|---|
| In re: | Case No. 26-10033-BFK |
| Bella Barbies International LLC | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0422-9 | User: MaryReduz | Page 1 of 2 |
| Date Rcvd: Feb 26, 2026 | Form ID: pdford7 | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 28, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Bella Barbies International LLC, 7902 Tysons One Pl, Unit 2901, McLean, VA 22102-5240 |
| desig | + | Samia Latia Gore, 7902 Tysons One Place, Unit 2901, McLean, VA 22102-5240 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | + Email/Text: ustpregion04.ax.ecf@usdoj.gov | Feb 27 2026 01:05:00 | UST smg Alexandria, Office of the U. S. Trustee, 1725 Duke Street, Suite 650, Alexandria, VA 22314-3489 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2026          Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 26, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel M. Press | |
| | on behalf of Debtor Bella Barbies International LLC dpress@chung-press.com pressdm@gmail.com;danpress@recap.email |
| Katharine Toledo | |
| | on behalf of U.S. Trustee Matthew W. Cheney katharine.i.toledo@usdoj.gov Robert.W.Ours@usdoj.gov |
| Matthew W. Cheney | |
| | ustpregion04.ax.ecf@usdoj.gov |

| | | |
|---|---|---|
| District/off: 0422-9 | User: MaryReduz | Page 2 of 2 |
| Date Rcvd: Feb 26, 2026 | Form ID: pdford7 | Total Noticed: 3 |

Stephen A. Metz  smetz@offitkurman.com  MD71@ecfcbis.com;lydia.yale@offitkurman.com

TOTAL: 4