## United States Bankruptcy Court
### Eastern District of Virginia
Alexandria Division
200 South Washington Street
Alexandria, VA 22314

**Case Number** 26–10033–BFK

**In re:**

**Chapter** 11

Bella Barbies International LLC
dba Body Complete Rx
7902 Tysons One Pl
Unit 2901
McLean, VA 22102

**SSN:** NA          **EIN:** 40–0014201

### NOTICE OF CONFIRMATION OF CHAPTER 11 PLAN

Notice is hereby given of the entry of an order of this court on May 21, 2026, confirming the Plan of Reorganization filed by Bella Barbies International LLC.

If individual debtor(s); Section §1141(d) of Title 11 of the United States Code sets forth the effect of confirmation of the plan as it relates to the debtor(s)' discharge.

The original order is on file in the Clerk's Office.

Dated:  May 21, 2026                                    For the Court,

                                                       Charri S Stewart, Clerk
(VAN–014)                                              United States Bankruptcy Court

United States Bankruptcy Court

Eastern District of Virginia

In re:

Bella Barbies International LLC
　　Debtor

Case No. 26-10033-BFK

Chapter 11

# CERTIFICATE OF NOTICE

| District/off: 0422-9 | User: RenierJes | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 21, 2026 | Form ID: VAN014 | Total Noticed: 31 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 23, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Bella Barbies International LLC, 7902 Tysons One Pl, Unit 2901, McLean, VA 22102-5240 |
| desig | + | Samia Latia Gore, 7902 Tysons One Place, Unit 2901, McLean, VA 22102-5240 |
| 16926734 | + | Admiral Leasing & Finance Co, Arnold Wollman, 6826 Old Pimlico Rd, Baltimore, MD 21209-1614 |
| 16926735 | + | Alien Finance LLC, 5830 E 2nd St, Ste 7000 #5788, Casper, WY 82609-4308 |
| 16926737 | + | Attentive Mobile, 5805 Sepulveda Blvd, 4th Floor, Sherman Oaks, CA 91411-2532 |
| 16926738 | + | Barcode Group, 84 South 10th St, Suite 200, Minneapolis, MN 55403-2559 |
| 16926739 | + | Blue Wheel Media, 1837 Enterprise Dr, Rochester, MI 48309-3802 |
| 16926740 | + | Clover PR Inc., 20409 Yorba Linda Blvd, Ste 152, Yorba Linda, CA 92886-3042 |
| 16926742 | + | Hawke Media, 2415 Michigan Ave, Santa Monica, CA 90404-4009 |
| 16926744 | + | Jacqueline Gattereau, 2222 Rickover Pl, Winter Garden, FL 34787-5485 |
| 16954425 | + | Matthew Reichard, E.C.C. & Associates, 26 Railroad Ave. #117, Babylon, NY 11702-2204 |
| 16954426 | + | On Demand Fulfillment, 8152 Welby Park Dr Ste B, West Jordan, UT 84088-5987 |
| 16926746 | + | On Ramp Funds, 1705 S Capital of Texas Hwy, Ste 500, Austin, TX 78746-6597 |
| 16926747 | + | Rawson Technologies, LLC dba pirawna, 4441 Woodbine Ln, Prosper, TX 75078-1189 |
| 16926748 | + | Samia Gore, 7902 Tysons One Pl, Unit 2901, McLean, VA 22102-5240 |
| 16954427 | | Shopify, 151 O'Connor St, Ground Floor, Ottawa ONT Canada, K2P2L8 |
| 16993361 | + | Stephen Wayne Sather, 7320N. MoPac Expwy, Suite 400, Austin, TX 78731-2347 |
| 16926751 | + | Wayflyer, 356 Wythe Ave, Brooklyn, NY 11249-5124 |
| 16993362 | + | eCommerce Funding, LLC and On Ramp Funds, Inc., 7320N. MoPac Expwy, Suite 400, 7320 N. MoPac Expwy, Suite 400, Austin, TX 78731-2347 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 16926736 | + | Email/PDF: bncnotices@becket-lee.com | May 22 2026 02:48:46 | American Express, PO Box 297871, Fort Lauderdale, FL 33329-7871 |
| 16958351 | | Email/PDF: bncnotices@becket-lee.com | May 22 2026 02:48:39 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 16926741 | | Email/Text: correspondence@credit-control.com | May 22 2026 02:46:00 | Credit Control LLC, 3300 Rider Trl S, Ste 500, Earth City, MO 63045 |
| 16927386 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 22 2026 02:46:00 | IRS, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 16965318 | | Email/Text: ext_ebn_inbox@navyfederal.org | May 22 2026 02:47:00 | Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000 |
| 16926745 | + | Email/Text: USAVAE.Bankruptcynotices@usdoj.gov | May 22 2026 02:46:00 | Office of the US Attorney, 2100 Jamieson Ave, Alexandria, VA 22314-5794 |
| 16926749 | + | Email/Text: bankruptcynotices@sba.gov | May 22 2026 02:46:00 | Small Business Administration, 409 3rd St., SW, Washington, DC 20416-0002 |
| 16954428 | + | Email/Text: bknotice@stillmanlaw.com | May 22 2026 02:47:00 | Stillman Law Office, 30057 Orchard Lake Road, Suite 200, Farmington, MI 48334-2265 |
| 16927388 | + | Email/Text: USAVAE.Bankruptcynotices@usdoj.gov | May 22 2026 02:46:00 | U.S. Attorney, Courthouse Square, 2100 Jamieson Avenue, Alexandria, VA 22314-5702 |

District/off: 0422-9 | User: RenierJes | Page 2 of 2
Date Rcvd: May 21, 2026 | Form ID: VAN014 | Total Noticed: 31

| 16927387 | Email/Text: atlreorg@sec.gov | May 22 2026 02:47:00 | U.S. Securities and Exchange Commission, Office of Reorganization, 950 East Paces Ferry Road, Suite 900, Atlanta, GA 30326-1382 |
| 16955283 | + Email/Text: arbankruptcy@uline.com | May 22 2026 02:47:00 | Uline, 12575 Uline Dr., Pleasant Prairie, WI 53158-3686 |
| 16926750 | + Email/Text: va_tax_bk@harriscollect.com | May 22 2026 02:47:00 | Va Dept of Taxation, PO Box 1115, Richmond, VA 23218-1115 |

TOTAL: 12

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| 16958358 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 17015048 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 16926743 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 23, 2026

Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 21, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel M. Press | on behalf of Debtor Bella Barbies International LLC dpress@chung-press.com  pressdm@gmail.com;danpress@recap.email |
| Katharine Toledo | on behalf of U.S. Trustee Matthew W. Cheney katharine.i.toledo@usdoj.gov  Robert.W.Ours@usdoj.gov |
| Matthew W. Cheney | ustpregion04.ax.ecf@usdoj.gov |
| Stephen A. Metz | smetz@offitkurman.com  MD71@ecfcbis.com;lydia.yale@offitkurman.com |

TOTAL: 4