**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**(Alexandria Division)**

-------------------------------------------------------------X

In re:                                                    :        **Chapter 11 (Subchapter V)**
                                                          :
**Bella Barbies International LLC**                        :        **No. 26-10033-BFK**
                                                          :
        **Debtor.**                                       :
                                                          :
-------------------------------------------------------------X

### ORDER CONFIRMING PLAN

The plan under chapter 11 of the Bankruptcy Code filed by Bella Barbies International LLC, Debtor, on April 7, 2026 (Docket #45) having been transmitted to creditors, and upon consideration of the evidence and arguments presented to the Court at a hearing held on May 19, 2026, and upon due deliberation,

IT IS HEREBY FOUND THAT:

A. The Debtor properly served the Plan, an applicable ballot, the Order Setting Plan Deadline and Confirmation Hearing and Notice of Hearing on Confirmation of the Plan on all creditors and other parties in interest consistent with the requirements of the Bankruptcy Code and the Bankruptcy Rules;

B. Notice of the hearing on confirmation of the Plan was proper and no further notice is required.

C. All parties in interest have had the opportunity to object to the relief granted by this Order.

D. The requirements for confirmation set forth in 11 U.S.C. § 1191(a) have been satisfied.

Daniel M. Press, VSB# 37123
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
Counsel for Debtor

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND

DECREED THAT:

1.     To the extent that any objections have not been withdrawn or resolved by

stipulation prior to the entry of this Order or are not resolved by the relief granted herein

or as stated on the record of the hearing, all such objections are hereby OVERRULED.

2.     The DEBTOR'S CHAPTER 11 PLAN Dated April 7, 2026 (Docket #45) is

CONFIRMED pursuant to 11 U.S.C. § 1191(a), as modified herein.

3.     The Debtor is authorized and empowered to issue, execute and deliver

such documents and instruments and to take such action as may be necessary to

implement the Plan and the actions authorized by this Order.

4.     The Court finds that the modifications to the plan contained in this Order

and set forth below do not adversely change the treatment of the claim of any creditor

who has not accepted the modifications in writing, and in consideration for the

modifications and the notice previously given of the confirmation hearing, no notice of

the modifications is necessary.

A.     The last sentence (capitalized) in 5.03 is deleted.

5.     Notwithstanding anything to the contrary, this Court retains jurisdiction in

this bankruptcy case in accordance with the provisions set forth in Exhibit G of the Plan.

Dated: May 20 2026
_____

/s/ Brian F Kenney
_____
Judge, U.S. Bankruptcy Court

Entered on Docket: May 21 2026
_____

I ASK FOR THIS:


 /s/ Daniel M. Press
Daniel M. Press, VSB 37123
CHUNG & PRESS, P.C,
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
Counsel for the Debtor


SEEN AND NO OBJECTION:

 /s/ Katharine Toledo
Office of the US Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
202-603-5203


SEEN AND AGREED:


/s/ Stephen A. Metz
Stephen A. Metz
Offit Kurman, P.A.
7501 Wisconsin Avenue, Suite 1000W
Bethesda, Maryland 20814
Phone: (240) 507-1700
Email: smetz@offitkurman.com
Subchapter V Trustee


Local Rule 9022-1(C) Certification

The foregoing Order was signed by and/or served upon all necessary parties pursuant to
Local Rule 9022-1(C).

 /s/Daniel M. Press
Daniel M. Press

Copies to:

Counsel for Debtor
U.S. Trustee
All Creditors and parties in interest

United States Bankruptcy Court

Eastern District of Virginia

In re:                                                                                          Case No. 26-10033-BFK

Bella Barbies International LLC                                                  Chapter 11
     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0422-9 | User: RenierJes | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 21, 2026 | Form ID: pdford3 | Total Noticed: 32 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 23, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Bella Barbies International LLC, 7902 Tysons One Pl, Unit 2901, McLean, VA 22102-5240 |
| desig | + | Samia Latia Gore, 7902 Tysons One Place, Unit 2901, McLean, VA 22102-5240 |
| 16926734 | + | Admiral Leasing & Finance Co, Arnold Wollman, 6826 Old Pimlico Rd, Baltimore, MD 21209-1614 |
| 16926735 | + | Alien Finance LLC, 5830 E 2nd St, Ste 7000 #5788, Casper, WY 82609-4308 |
| 16926737 | + | Attentive Mobile, 5805 Sepulveda Blvd, 4th Floor, Sherman Oaks, CA 91411-2532 |
| 16926738 | + | Barcode Group, 84 South 10th St, Suite 200, Minneapolis, MN 55403-2559 |
| 16926739 | + | Blue Wheel Media, 1837 Enterprise Dr, Rochester, MI 48309-3802 |
| 16926740 | + | Clover PR Inc., 20409 Yorba Linda Blvd, Ste 152, Yorba Linda, CA 92886-3042 |
| 16926742 | + | Hawke Media, 2415 Michigan Ave, Santa Monica, CA 90404-4009 |
| 16926744 | + | Jacqueline Gattereau, 2222 Rickover Pl, Winter Garden, FL 34787-5485 |
| 16954425 | + | Matthew Reichard, E.C.C. & Associates, 26 Railroad Ave. #117, Babylon, NY 11702-2204 |
| 16954426 | + | On Demand Fulfillment, 8152 Welby Park Dr Ste B, West Jordan, UT 84088-5987 |
| 16926746 | + | On Ramp Funds, 1705 S Capital of Texas Hwy, Ste 500, Austin, TX 78746-6597 |
| 16926747 | + | Rawson Technologies, LLC dba pirawna, 4441 Woodbine Ln, Prosper, TX 75078-1189 |
| 16926748 | + | Samia Gore, 7902 Tysons One Pl, Unit 2901, McLean, VA 22102-5240 |
| 16954427 | | Shopify, 151 O'Connor St, Ground Floor, Ottawa ONT Canada, K2P2L8 |
| 16993361 | + | Stephen Wayne Sather, 7320N. MoPac Expwy, Suite 400, Austin, TX 78731-2347 |
| 16926751 | + | Wayflyer, 356 Wythe Ave, Brooklyn, NY 11249-5124 |
| 16993362 | + | eCommerce Funding, LLC and On Ramp Funds, Inc., 7320N. MoPac Expwy, Suite 400, 7320 N. MoPac Expwy, Suite 400, Austin, TX 78731-2347 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: ustpregion04.ax.ecf@usdoj.gov | May 22 2026 02:47:00 | UST smg Alexandria, Office of the U. S. Trustee, 1725 Duke Street, Suite 650, Alexandria, VA 22314-3489 |
| 16926736 | + | Email/PDF: bncnotices@becket-lee.com | May 22 2026 02:48:40 | American Express, PO Box 297871, Fort Lauderdale, FL 33329-7871 |
| 16958351 | | Email/PDF: bncnotices@becket-lee.com | May 22 2026 02:48:39 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 16926741 | | Email/Text: correspondence@credit-control.com | May 22 2026 02:46:00 | Credit Control LLC, 3300 Rider Trl S, Ste 500, Earth City, MO 63045 |
| 16927386 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 22 2026 02:46:00 | IRS, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 16965318 | | Email/Text: ext_ebn_inbox@navyfederal.org | May 22 2026 02:47:00 | Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000 |
| 16926745 | + | Email/Text: USAVAE.Bankruptcynotices@usdoj.gov | May 22 2026 02:46:00 | Office of the US Attorney, 2100 Jamieson Ave, Alexandria, VA 22314-5794 |
| 16926749 | + | Email/Text: bankruptcynotices@sba.gov | May 22 2026 02:46:00 | Small Business Administration, 409 3rd St., SW, Washington, DC 20416-0002 |
| 16954428 | + | Email/Text: bknotice@stillmanlaw.com | May 22 2026 02:47:00 | Stillman Law Office, 30057 Orchard Lake Road, |

| | | | | Suite 200, Farmington, MI 48334-2265 |
|---|---|---|---|---|
| 16927388 | + Email/Text: USAVAE.Bankruptcynotices@usdoj.gov | | May 22 2026 02:46:00 | U.S. Attorney, Courthouse Square, 2100 Jamieson Avenue, Alexandria, VA 22314-5702 |
| 16927387 | Email/Text: atlreorg@sec.gov | | May 22 2026 02:47:00 | U.S. Securities and Exchange Commission, Office of Reorganization, 950 East Paces Ferry Road, Suite 900, Atlanta, GA 30326-1382 |
| 16955283 | + Email/Text: arbankruptcy@uline.com | | May 22 2026 02:47:00 | Uline, 12575 Uline Dr., Pleasant Prairie, WI 53158-3686 |
| 16926750 | + Email/Text: va_tax_bk@harriscollect.com | | May 22 2026 02:47:00 | Va Dept of Taxation, PO Box 1115, Richmond, VA 23218-1115 |

TOTAL: 13

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| 17015048 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 16958358 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 16926743 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 23, 2026                        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 21, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel M. Press | on behalf of Debtor Bella Barbies International LLC dpress@chung-press.com  pressdm@gmail.com;danpress@recap.email |
| Katharine Toledo | on behalf of U.S. Trustee Matthew W. Cheney katharine.i.toledo@usdoj.gov  Robert.W.Ours@usdoj.gov |
| Matthew W. Cheney | ustpregion04.ax.ecf@usdoj.gov |
| Stephen A. Metz | smetz@offitkurman.com  MD71@ecfcbis.com;lydia.yale@offitkurman.com |

TOTAL: 4