**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)**

------------------------------------------------------------X

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11 (Subchapter V)** |
| | : | |
| **Bella Barbies International LLC** | : | **No. 26-10033-BFK** |
| | : | |
| **Debtor.** | : | |
| | : | |

------------------------------------------------------------X

### NOTICE OF APPLICATION BY COUNSEL FOR DEBTOR FOR FINAL COMPENSATION

Notice is hereby given that Chung & Press, P.C. has filed an application for final allowance of compensation as counsel to Bella Barbies International LLC (the "Debtor"), Debtor and Debtor-in-Possession, from the petition date, January 7, 2026, through the date of confirmation of the Plan, May 21, 2026.

The application of counsel to the Debtor requests compensation for professional services rendered in connection with this case. Counsel to the Debtor seeks total compensation for its services in the amount of $15,543.00, and reimbursement for out-of pocket expenses in the amount of $221.14, for a total of $15,764.14, less a courtesy discount of $1028.77, for a total of $14,735.37. Based upon the nature and extent of the services rendered, counsel to the Debtor believes that its request for compensation is reasonable. A copy of the application for compensation is on file at the Bankruptcy Court and may be obtained from the undersigned.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you oppose the Motion, or if you want the Court to consider your views on the Motion, you or your attorney **must**:

> • **ON OR BEFORE June 15, 2026,** file with the Court, United States Bankruptcy Court for the Eastern District of Virginia (Alexandria Division), 200 South Washington Street, Alexandria, Virginia 22320, a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1(H). **Unless a written response and supporting memorandum are filed on or before June 15, 2026, the Court may deem any opposition waived, treat the Motion as conceded, and issue an order granting the requested relief without**

Daniel M. Press, VSB# 37123
CHUNG & PRESS, P.C.
6718 Whittier Avenue, Suite 200
McLean, Virginia 22101
Counsel for Debtor

**further notice or hearing**. If you mail your response to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the date stated above. You must also provide a copy to the persons listed below so that these persons receive your response on or before June 15, 2026.

• Attend the hearing scheduled to be held on **June 16, 2026, at 11:00 a.m.** in Courtroom I, United States Bankruptcy Court, 200 South Washington Street, Alexandria, Virginia.  **The hearing may be cancelled and the relief requested may be granted, if a written objection is not timely filed.**

• Provide a copy of any written response to counsel for the Debtor at:

> Daniel M. Press
> Chung & Press, P.C.
> 6718 Whittier Ave., Suite 200
> McLean, VA 22101

If you or your attorney do not take these steps, the Court may decide that you do not oppose the Motion and may enter an order granting the Motion.

Dated:    May 24, 2026.

Respectfully submitted,

   /s/ Daniel M. Press
Daniel M. Press, VSB# 37123
CHUNG & PRESS, P.C.
6718 Whittier Avenue, Suite 200
McLean, Virginia 22101
(703) 734-3800
Counsel for Debtor

CERTIFICATE OF SERVICE

This is to certify that on this 24th day of May, 2026, I caused the foregoing document to be served by CM/ECF upon upon the United States Trustee and Subchapter V Trustee, by email to the Debtor, and by first class mail, postage prepaid, upon the Debtor and all creditors, as set forth in the attached matrix.

   /s/ Daniel M. Press
Daniel M. Press

Label Matrix for local noticing
0422-1
Case 26-10033-BFK
Eastern District of Virginia
Alexandria
Sun May 24 13:01:22 EDT 2026

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

Bella Barbies International LLC
7902 Tysons One Pl
Unit 2901
McLean, VA 22102-5240

United States Bankruptcy Court
200 South Washington Street
Alexandria, VA 22314-5405

Admiral Leasing & Finance Co
Arnold Wollman
6826 Old Pimlico Rd
Baltimore, MD 21209-1614

Alien Finance LLC
5830 E 2nd St, Ste 7000 #5788
Casper, WY 82609-4308

American Express
PO Box 297871
Fort Lauderdale, FL 33329-7871

Attentive Mobile
5805 Sepulveda Blvd
4th Floor
Sherman Oaks, CA 91411-2532

Barcode Group
84 South 10th St, Suite 200
Minneapolis, MN 55403-2559

Blue Wheel Media
1837 Enterprise  Dr
Rochester, MI 48309-3802

Clover PR Inc.
20409 Yorba Linda Blvd
Ste 152
Yorba Linda, CA 92886-3042

(p)CREDIT CONTROL  LLC
ATTN CORRESPONDENCE
3300 RIDER TRAIL S
SUITE 500
EARTH CITY MO 63045-1338

Hawke Media
2415 Michigan Ave
Santa Monica, CA 90404-4009

IRS
P.O. Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Jacqueline Gattereau
2222 Rickover Pl
Winter Garden, FL 34787-5485

Matthew Reichard
E.C.C. & Associates
26 Railroad Ave. #117
Babylon, NY 11702-2204

Navy Federal Credit Union
PO Box 3000
Merrifield, VA 22119-3000

Office of the US Attorney
2100 Jamieson Ave
Alexandria, VA 22314-5794

On Demand Fulfillment
8152 Welby Park Dr Ste B
West Jordan, UT 84088-5987

On Ramp Funds
1705 S Capital of Texas Hwy
Ste 500
Austin, TX 78746-6597

Rawson Technologies, LLC dba pirawna
4441 Woodbine Ln
Prosper, TX 75078-1189

Samia Gore
7902 Tysons One Pl
Unit 2901
McLean
VA 22102-5240

Shopify
151 O'Connor St
Ground Floor
Ottawa ONT Canada,  K2P2L8

Small Business Administration
409 3rd St., SW
Washington, DC 20416-0002

Stephen Wayne Sather
7320N. MoPac Expwy, Suite 400
Austin, TX 78731-2347

Stillman Law Office
30057 Orchard Lake Road, Suite 200
Farmington, MI 48334-2265

U.S. Attorney
Courthouse Square
2100 Jamieson Avenue
Alexandria, VA 22314-5702

U.S. Securities and Exchange Commission
Office of Reorganization
950 East Paces Ferry Road
Suite 900
Atlanta, GA 30326-1382

Uline
12575 Uline Dr.
Pleasant Prairie, WI 53158-3686

Va Dept of Taxation
PO Box  1115
Richmond, VA 23218-1115

Wayflyer
356 Wythe Ave
Brooklyn, NY 11249-5124

eCommerce Funding, LLC and On Ramp Funds, In
7320N. MoPac Expwy, Suite 400
7320 N. MoPac Expwy, Suite 400
Austin, TX 78731-2347


Daniel M. Press
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101-4531

Matthew W. Cheney
Office of the U.S. Trustee - Region 4
1725 Duke Street
Suite 650
Alexandria, VA 22314-3489

Samia Latia Gore
7902 Tysons One Place
Unit 2901
McLean, VA 22102-5240


Stephen A. Metz
Offit Kurman, P.A.
7501 Wisconsin Ave, Suite 1000W
Bethesda, MD 20814-6604


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Credit Control LLC
3300 Rider Trl S
Ste 500
Earth City, MO 63045


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(d)American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern  PA 19355-0701

End of Label Matrix
Mailable recipients    36
Bypassed recipients     1
Total                  37