| | | | | | |
|---|---|---|---|---|---|
| **Offit Kurman, P.A.** | | | | | |
| **Client Matter Time Details** | | | | | |
| **Bella Barbies International LLC (Case No.: 26-10033-BFK)** | | | | | |
| **Date** | **Timekeeper** | **Billed Hours** | **Rate** | **Billed Amount** | **Narrative** |
| 1/8/2026 | Metz, Stephen A. | 0.20 | $ 660.00 | $ 132.00 | Review docket and prepare Verified Statement |
| 1/8/2026 | Metz, Stephen A. | 0.20 | $ 660.00 | $ 132.00 | Email UST Office re: IDI and 341 scheduling |
| 1/12/2026 | Metz, Stephen A. | 0.10 | $ 660.00 | $ 66.00 | Review Scheduling Order |
| 1/28/2026 | Metz, Stephen A. | 1.20 | $ 660.00 | $ 792.00 | Attend IDI |
| 2/6/2026 | Metz, Stephen A. | 0.10 | $ 660.00 | $ 66.00 | Review Supplemental Motion re: time to file Schedules and SOFA |
| 2/7/2026 | Metz, Stephen A. | 0.20 | $ 660.00 | $ 132.00 | Review Schedules and SOFA |
| 2/10/2026 | Metz, Stephen A. | 0.70 | $ 660.00 | $ 462.00 | Attend hearing on motion to extend time to file schedules |
| 2/12/2026 | Metz, Stephen A. | 0.20 | $ 660.00 | $ 132.00 | Review Plan Report |
| 2/12/2026 | Metz, Stephen A. | 0.60 | $ 660.00 | $ 396.00 | Attend 341 |
| 2/24/2026 | Metz, Stephen A. | 0.20 | $ 660.00 | $ 132.00 | Prepare for hearing on 2/24 (Status) and email Press re: escrow for Sub V trustee fees |
| 2/24/2026 | Metz, Stephen A. | 0.60 | $ 660.00 | $ 396.00 | Attend Status Conference (includes 50% travel split between two cases) |
| 2/26/2026 | Metz, Stephen A. | 0.10 | $ 660.00 | $ 66.00 | Review Order Continuing Status Conference and setting Escrow Payments for Sub V Trustee |
| 3/16/2026 | Metz, Stephen A. | 0.20 | $ 660.00 | $ 132.00 | Review and respond to email from Mr. Gore re: information concerning family law disputes |
| 4/8/2026 | Metz, Stephen A. | 0.20 | $ 660.00 | $ 132.00 | Review Plan |
| 4/21/2026 | Metz, Stephen A. | 0.20 | $ 660.00 | $ 132.00 | Prepare for Status Hearing |
| 4/21/2026 | Metz, Stephen A. | 1.20 | $ 660.00 | $ 792.00 | Attend Status Hearing (includes half of travel time) |
| 5/14/2026 | Metz, Stephen A. | 0.20 | $ 660.00 | $ 132.00 | Review summary of ballots |
| 5/18/2026 | Metz, Stephen A. | 0.50 | $ 660.00 | $ 330.00 | Prepare for confirmation hearing and email Press re: same |
| 5/19/2026 | Metz, Stephen A. | 1.40 | $ 660.00 | $ 924.00 | Attend confirmation hearing (includes half of travel time) |
| 5/20/2026 | Metz, Stephen A. | 0.20 | $ 660.00 | $ 132.00 | Review draft confirmation order and authorize endorsement re: same |
| 5/28/2026 | Margulies, Miriam | 0.70 | $ 250.00 | $ 175.00 | Prepare time record spreadsheet, review time records; Prepare First and Final Fee Application, Notice, Proposed Order |
| **Total** | | **9.20** | | **$ 5,785.00** | |