Label Matrix for local noticing
0422-1
Case 26-10033-BFK
Eastern District of Virginia
Alexandria
Mon Jun  8 11:46:22 EDT 2026

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

Bella Barbies International LLC
7902 Tysons One Pl
Unit 2901
McLean, VA 22102-5240

United States Bankruptcy Court
200 South Washington Street
Alexandria, VA 22314-5405

Admiral Leasing & Finance Co
Arnold Wollman
6826 Old Pimlico Rd
Baltimore, MD 21209-1614

Alien Finance LLC
5830 E 2nd St, Ste 7000 #5788
Casper, WY 82609-4308

American Express
PO Box 297871
Fort Lauderdale, FL 33329-7871

Attentive Mobile
5805 Sepulveda Blvd
4th Floor
Sherman Oaks, CA 91411-2532

Barcode Group
84 South 10th St, Suite 200
Minneapolis, MN 55403-2559

Blue Wheel Media
1837 Enterprise  Dr
Rochester, MI 48309-3802

Clover PR Inc.
20409 Yorba Linda Blvd
Ste 152
Yorba Linda, CA 92886-3042

(p)CREDIT CONTROL  LLC
ATTN CORRESPONDENCE
3300 RIDER TRAIL S
SUITE 500
EARTH CITY MO 63045-1338

Hawke Media
2415 Michigan Ave
Santa Monica, CA 90404-4009

IRS
P.O. Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Jacqueline Gattereau
2222 Rickover Pl
Winter Garden, FL 34787-5485

Matthew Reichard
E.C.C. & Associates
26 Railroad Ave. #117
Babylon, NY 11702-2204

Navy Federal Credit Union
PO Box 3000
Merrifield, VA 22119-3000

Office of the US Attorney
2100 Jamieson Ave
Alexandria, VA 22314-5794

On Demand Fulfillment
8152 Welby Park Dr Ste B
West Jordan, UT 84088-5987

On Ramp Funds
1705 S Capital of Texas Hwy
Ste 500
Austin, TX 78746-6597

Rawson Technologies, LLC dba pirawna
4441 Woodbine Ln
Prosper, TX 75078-1189

Samia Gore
7902 Tysons One Pl
Unit 2901
McLean
VA 22102-5240

Shopify
151 O'Connor St
Ground Floor
Ottawa ONT Canada,  K2P2L8

Small Business Administration
409 3rd St., SW
Washington, DC 20416-0002

Stephen Wayne Sather
7320N. MoPac Expwy, Suite 400
Austin, TX 78731-2347

Stillman Law Office
30057 Orchard Lake Road, Suite 200
Farmington, MI 48334-2265

U.S. Attorney
Courthouse Square
2100 Jamieson Avenue
Alexandria, VA 22314-5702

U.S. Securities and Exchange Commission
Office of Reorganization
950 East Paces Ferry Road
Suite 900
Atlanta, GA 30326-1382

Uline
12575 Uline Dr.
Pleasant Prairie, WI 53158-3686

Va Dept of Taxation
PO Box  1115
Richmond, VA 23218-1115

Wayflyer
356 Wythe Ave
Brooklyn, NY 11249-5124

eCommerce Funding, LLC and On Ramp Funds, In
7320N. MoPac Expwy, Suite 400
7320 N. MoPac Expwy, Suite 400
Austin, TX 78731-2347

Daniel M. Press
Chung & Press, P.C.
6718 Whittier Ave. #200
McLean, VA 22101-4531

Matthew W. Cheney
Office of the U.S. Trustee - Region 4
1725 Duke Street
Suite 650
Alexandria, VA 22314-3489

Samia Latia Gore
7902 Tysons One Place
Unit 2901
McLean, VA 22102-5240

Stephen A. Metz
Offit Kurman, P.A.
7501 Wisconsin Ave, Suite 1000W
Bethesda, MD 20814-6604


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Credit Control LLC
3300 Rider Trl S
Ste 500
Earth City, MO 63045


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(d)American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern  PA 19355-0701

End of Label Matrix
Mailable recipients     36
Bypassed recipients      1
Total                   37