**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | | |
|---|---|---|
| **In re:** | * | |
| **BELLA BARBIES INTERNATIONAL LLC** | * | **Case No. 26-10033 BFK** |
| | | **(Chapter 11)** |
| **Debtor.** | * | |

**NOTICE OF APPLICATION FOR COMPENSATION
FILED BY STEPHEN A. METZ, SUBCHAPTER V TRUSTEE**

NOTICE IS HEREBY GIVEN THAT:

On June 8 2026, Stephen Metz filed an application for compensation, seeking compensation as an allowed chapter 11 administrative claim in the amount of $5,785.00.

**UNDER LOCAL BANKRUPTCY RULE 9013-1, UNLESS A WRITTEN RESPONSE IN OPPOSITION TO THIS APPLICATION AND SUPPORTING MEMORANDUM ARE FILED WITH THE CLERK OF THE COURT AND SERVED ON THE MOVING PARTY WITHIN 21 DAYS OF THE SERVICE OF THIS NOTICE, THE COURT MAY DEEM ANY OPPOSITION WAIVED, TREAT THE APPLICATION AS CONCEDED AND ISSUE AN ORDER GRANTING THE REQUESTED RELIEF WITHOUT FURTHER NOTICE OR HEARING.**

Date:  June 8, 2026

/s/ Stephen A. Metz
Stephen A. Metz, Bar No. 89738
Offit Kurman, P.A.
7501 Wisconsin Avenue, Suite 1000W
Bethesda, Maryland 20814
O (240) 507-1723; F (240) 507-1735
smetz@offitkurman.com
*Subchapter V Trustee*

Stephen A. Metz (VA Bar No. 89738)
Offit Kurman, P.A.
7501 Wisconsin Ave, Suite 1000W
Bethesda, MD 20814
Telephone: (240) 507-1723
Facsimile: (240) 507-1735
Email: smetz@offitkurman.com
Subchapter V Trustee

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 8, 2026, a true and correct copy of the Notice of First and Final Application of Subchapter V Trustee for Compensation, was served on all parties receiving CM/ECF notices in this case, as follows:

- **Matthew W. Cheney**    ustpregion04.ax.ecf@usdoj.gov
- **Stephen A. Metz**    smetz@offitkurman.com, MD71@ecfcbis.com;lydia.yale@offitkurman.com
- **Daniel M. Press**    dpress@chung-press.com, pressdm@gmail.com;danpress@recap.email
- **Katharine Toledo**    katharine.i.toledo@usdoj.gov, Robert.W.Ours@usdoj.gov

And all parties on the attached Service List by first class mail, postage prepaid:

*/s/ Stephen A. Metz*
Stephen A. Metz

4931-5489-3744, v. 1