**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)**

-------------------------------------------------------------X

In re:                                                                      :            **Chapter 11 (Subchapter V)**

                                                                                :

**Bella Barbies International LLC**                     :            **No. 26-10033-BFK**

                                                                                :

          **Debtor.**                                               :

                                                                                :

-------------------------------------------------------------X

**ORDER GRANTING APPLICATION BY COUNSEL FOR DEBTOR FOR FINAL
COMPENSATION**

This matter having come before the Court on an application filed by Chung &
Press, P.C. as counsel to Bella Barbies International LLC, Debtor and Debtor-in-
Possession, for final allowance of attorneys' fees covering the period from the petition
date, January 7, 2026, through the date of confirmation of the Plan, May 21, 2026, in the
amount of Fifteen Thousand Five Hundred Forty Three and 00/100 Dollars ($15,543.00),
and reimbursement for out-of pocket expenses in the amount of Two Hundred Twenty
One and 14/100 Dollars ($221.14), for a total of $15,764.14, less a courtesy discount of
$1028.77, for a total of $14,735.37, for actual, necessary services rendered, notice having
been sent to the Debtor,  creditors and parties in interest, and no objections having been
filed, IT IS hereby

ORDERED, that Chung & Press, P.C., be and hereby is authorized compensation
in the amount of $15,543.00, and reimbursement for out-of pocket expenses in the amount
of $221.14, for a total of $15,764.14, less a courtesy discount of $1028.77, for a total of

Daniel M. Press, VSB# 37123
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
Counsel for Debtor

$14,735.37, with $7735.37 to be paid from the fee advance and with the balance of $7000

to be paid by the Debtor as an administrative expense.


Dated: Jun 16 2026 _____          _____
                                              /s/ Brian F Kenney
                                              Judge, U.S. Bankruptcy Court


Entered on Docket: Jun 16 2026 _____


I ASK FOR THIS:


 /s/ Daniel M. Press_____
Daniel M. Press, VSB 37123
CHUNG & PRESS, P.C,
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
Counsel for the Debtor


SEEN AND NO OBJECTION:

 /s/ Katharine Toledo_____
Office of the US Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
202-603-5203


/s/ Stephen A. Metz_____
Stephen A. Metz
Offit Kurman, P.A.
7501 Wisconsin Avenue, Suite 1000W
Bethesda, Maryland 20814
Phone: (240) 507-1700
Email: smetz@offitkurman.com
Subchapter V Trustee


2

Local Rule 9022-1(C) Certification

The foregoing Order was signed by and/or served upon all necessary parties pursuant to
Local Rule 9022-1(C).

__/s/Daniel M. Press___
Daniel M. Press

Copies by CM/ECF to:

Counsel for Debtor
Subchapter V Trustee
U.S. Trustee