**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**(Alexandria Division)**

----------------------------------------------------------------X

In re:                                              :          **Chapter 11 (Subchapter V)**
                                                        :
**Bella Barbies International LLC**              :          **No. 26-10033-BFK**
                                                        :
        **Debtor.**                                  :
                                                        :
----------------------------------------------------------------X

**ORDER GRANTING APPLICATION BY COUNSEL FOR DEBTOR FOR FINAL**
**COMPENSATION**

This matter having come before the Court on an application filed by Chung &

Press, P.C. as counsel to Bella Barbies International LLC, Debtor and Debtor-in-

Possession, for final allowance of attorneys' fees covering the period from the petition

date, January 7, 2026, through the date of confirmation of the Plan, May 21, 2026, in the

amount of Fifteen Thousand Five Hundred Forty Three and 00/100 Dollars ($15,543.00),

and reimbursement for out-of pocket expenses in the amount of Two Hundred Twenty

One and 14/100 Dollars ($221.14), for a total of $15,764.14, less a courtesy discount of

$1028.77, for a total of $14,735.37, for actual, necessary services rendered, notice having

been sent to the Debtor,  creditors and parties in interest, and no objections having been

filed, IT IS hereby

ORDERED, that Chung & Press, P.C., be and hereby is authorized compensation

in the amount of $15,543.00, and reimbursement for out-of pocket expenses in the amount

of $221.14, for a total of $15,764.14, less a courtesy discount of $1028.77, for a total of

Daniel M. Press, VSB# 37123
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
Counsel for Debtor

$14,735.37, with $7735.37 to be paid from the fee advance and with the balance of $7000

to be paid by the Debtor as an administrative expense.


Dated: Jun 16 2026                              /s/ Brian F Kenney
                                        _____
                                        Judge, U.S. Bankruptcy Court


Entered on Docket: Jun 16 2026


I ASK FOR THIS:


 /s/ Daniel M. Press
Daniel M. Press, VSB 37123
CHUNG & PRESS, P.C,
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
Counsel for the Debtor


SEEN AND NO OBJECTION:

 /s/ Katharine Toledo
Office of the US Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
202-603-5203


/s/ Stephen A. Metz
Stephen A. Metz
Offit Kurman, P.A.
7501 Wisconsin Avenue, Suite 1000W
Bethesda, Maryland 20814
Phone: (240) 507-1700
Email: smetz@offitkurman.com
Subchapter V Trustee


2

Local Rule 9022-1(C) Certification

The foregoing Order was signed by and/or served upon all necessary parties pursuant to
Local Rule 9022-1(C).

__/s/Daniel M. Press____<br>
Daniel M. Press

Copies by CM/ECF to:

Counsel for Debtor
Subchapter V Trustee
U.S. Trustee

United States Bankruptcy Court

Eastern District of Virginia

In re:                                                                                    Case No. 26-10033-BFK

Bella Barbies International LLC                                                           Chapter 11
         Debtor

# CERTIFICATE OF NOTICE

| District/off: 0422-9 | User: RenierJes | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Jun 16, 2026 | Form ID: pdford9 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
             regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 18, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | + Email/Text: ustpregion04.ax.ecf@usdoj.gov | Jun 17 2026 01:20:00 | UST smg Alexandria, Office of the U. S. Trustee, 1725 Duke Street, Suite 650, Alexandria, VA 22314-3489 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a
preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities
in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and
belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the
complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains
the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 18, 2026                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 16, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel M. Press | on behalf of Debtor Bella Barbies International LLC dpress@chung-press.com  pressdm@gmail.com;danpress@recap.email |
| Katharine Toledo | on behalf of U.S. Trustee Matthew W. Cheney katharine.i.toledo@usdoj.gov  Robert.W.Ours@usdoj.gov |
| Matthew W. Cheney | ustpregion04.ax.ecf@usdoj.gov |
| Stephen A. Metz | smetz@offitkurman.com  MD71@ecfcbis.com |

TOTAL: 4