**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| **In re:** | * | |
| **BELLA BARBIES INTERNATIONAL LLC** | * | **Case No. 26-10033 BFK** |
| | | **(Chapter 11)** |
| **Debtor.** | * | |

**ORDER APPROVING FIRST AND FINAL APPLICATION OF**
**SUBCHAPTER V TRUSTEE FOR COMPENSATION**
**IN CASE UNDER SUBCHAPTER V OF CHAPTER 11**

UPON CONSIDERATION of the First and Final Application of Stephen A. Metz, Subchapter V Trustee ("**Applicant**"), for allowance of compensation and expenses for services performed (the "**Application**"), no objections having been filed thereto, and for good cause shown, it is by the United States Bankruptcy Court for the Eastern District of Virginia, Alexandria Division,

**ORDERED,** that the Application is hereby GRANTED on a final basis, and Applicant is hereby awarded a chapter 11 administrative expense priority claim for professional services rendered as Subchapter V Trustee in the amount of $5,785.00 for the period January 8, 2026 through May 28, 2026; and it is further

**ORDERED**, that Applicant is authorized to apply the deposit of $3,000 (paid by Debtor to Applicant) to the allowed fees and the Debtor shall pay the balance to the Applicant in accordance with the terms of the Chapter 11 Plan.

Date: Jul 2 2026

/s/ Brian F Kenney
Brian F. Kenney
United States Bankruptcy Judge

Entered On Docket: Jul 8 2026

**<u>Local Rule 9022-1(C)(1) Certification</u>**

Pursuant to Local Rule 9022-1(C), this proposed order has been served upon all necessary parties.

/s/ Stephen A. Metz
Stephen A. Metz

I ASK FOR THIS:

*/s/ Stephen A. Metz*
Stephen A, Metz, VA Bar No. 89738
Offit Kurman, P.A.
7501 Wisconsin Ave, Suite 1000W
Bethesda, MD 20814
Telephone: (240) 507-1723
Facsimile: (240) 507-1735
Email: smetz@offitkurman.com

*Subchapter V Trustee*

SEEN AND NO OBJECTION:

MATTHEW W. CHENEY
Acting United States Trustee, Region 4

By: */s/ Katharine Toledo*
Katharine Toledo, Trial Attorney
Office of the United States Trustee
1725 Duke St., Suite 650
Alexandria, VA 22314

2

4898-3208-7472, v. 1