**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**(Alexandria Division)**

------------------------------------------------------------X

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11 (Subchapter V)** |
| | : | |
| **Bella Barbies International LLC** | : | **No. 26-10033-BFK** |
| | : | |
| **Debtor.** | : | |
| | : | |

------------------------------------------------------------X

### NOTICE OF SUBSTANTIAL CONSUMMATION

Now comes the Debtor, through counsel, pursuant to 11 U.S.C. § 1183(c)(2), and gives notice that the Chapter 11 Plan filed on April 7, 2026, and confirmed pursuant to 11 U.S.C. § 1191(a) on May 21, 2026, with an Effective Date of June 5, 2026, has been substantially consummated.

Substantially all of the property proposed by the plan to be transferred has been transferred. The Debtor has assumed the business and management of all or substantially all of the property dealt with by the plan, and has commenced distribution under the plan.

Dated: July 9, 2026.

Respectfully submitted,

 /s/ Daniel M. Press
Daniel M. Press, VSB 37123
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
dpress@chung-press.com

### CERTIFICATE OF SERVICE

This is to certify that on this 9th day of July, 2026, I caused the foregoing document to be served by CM/ECF on the Subchapter V Trustee, the US Trustee and all persons requesting notice by CM/ECF, and by first class mail on all other creditors and parties in interest on the attached matrix.

 /s/ Daniel M. Press
Daniel M. Press

Daniel M. Press, VSB# 37123
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
Counsel for Debtor

Label Matrix for local noticing
0422-1
Case 26-10033-BFK
Eastern District of Virginia
Alexandria
Thu Jul  9 08:42:52 EDT 2026

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

Bella Barbies International LLC
7902 Tysons One Pl
Unit 2901
McLean, VA 22102-5240

United States Bankruptcy Court
200 South Washington Street
Alexandria, VA 22314-5405

Admiral Leasing & Finance Co
Arnold Wollman
6826 Old Pimlico Rd
Baltimore, MD 21209-1614

Alien Finance LLC
5830 E 2nd St, Ste 7000 #5788
Casper, WY 82609-4308

American Express
PO Box 297871
Fort Lauderdale, FL 33329-7871

Attentive Mobile
5805 Sepulveda Blvd
4th Floor
Sherman Oaks, CA 91411-2532

Barcode Group
84 South 10th St, Suite 200
Minneapolis, MN 55403-2559

Blue Wheel Media
1837 Enterprise  Dr
Rochester, MI 48309-3802

Clover PR Inc.
20409 Yorba Linda Blvd
Ste 152
Yorba Linda, CA 92886-3042

(p)CREDIT CONTROL  LLC
ATTN CORRESPONDENCE
3300 RIDER TRAIL S
SUITE 500
EARTH CITY MO 63045-1338

Hawke Media
2415 Michigan Ave
Santa Monica, CA 90404-4009

IRS
P.O. Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Jacqueline Gattereau
2222 Rickover Pl
Winter Garden, FL 34787-5485

Matthew Reichard
E.C.C. & Associates
26 Railroad Ave. #117
Babylon, NY 11702-2204

Navy Federal Credit Union
PO Box 3000
Merrifield, VA 22119-3000

Office of the US Attorney
2100 Jamieson Ave
Alexandria, VA 22314-5794

On Demand Fulfillment
8152 Welby Park Dr Ste B
West Jordan, UT 84088-5987

On Ramp Funds
1705 S Capital of Texas Hwy
Ste 500
Austin, TX 78746-6597

Rawson Technologies, LLC dba pirawna
4441 Woodbine Ln
Prosper, TX 75078-1189

Samia Gore
7902 Tysons One Pl
Unit 2901
McLean
VA 22102-5240

Shopify
151 O'Connor St
Ground Floor
Ottawa ONT Canada,  K2P2L8

Small Business Administration
409 3rd St., SW
Washington, DC 20416-0002

Stephen Wayne Sather
7320N. MoPac Expwy, Suite 400
Austin, TX 78731-2347

Stillman Law Office
30057 Orchard Lake Road, Suite 200
Farmington, MI 48334-2265

U.S. Attorney
Courthouse Square
2100 Jamieson Avenue
Alexandria, VA 22314-5702

U.S. Securities and Exchange Commission
Office of Reorganization
950 East Paces Ferry Road
Suite 900
Atlanta, GA 30326-1382

Uline
12575 Uline Dr.
Pleasant Prairie, WI 53158-3686

Va Dept of Taxation
PO Box  1115
Richmond, VA 23218-1115

Wayflyer
356 Wythe Ave
Brooklyn, NY 11249-5124

eCommerce Funding, LLC and On Ramp Funds, In
7320N. MoPac Expwy, Suite 400
7320 N. MoPac Expwy, Suite 400
Austin, TX 78731-2347


Daniel M. Press
Chung & Press, P.C.
6718 Whittier Ave. #200
McLean, VA 22101-4531

Matthew W. Cheney
Office of the U.S. Trustee - Region 4
1725 Duke Street
Suite 650
Alexandria, VA 22314-3489

Samia Latia Gore
7902 Tysons One Place
Unit 2901
McLean, VA 22102-5240


Stephen A. Metz
Offit Kurman, P.A.
7501 Wisconsin Ave, Suite 1000W
Bethesda, MD 20814-6604


            The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
            by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Credit Control LLC
3300 Rider Trl S
Ste 500
Earth City, MO 63045


            The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(d)American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern  PA 19355-0701

End of Label Matrix
Mailable recipients    36
Bypassed recipients     1
Total                  37