**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| **In re:** | * | |
| **BELLA BARBIES INTERNATIONAL LLC** | * | **Case No. 26-10033 BFK** |
| | | **(Chapter 11)** |
| **Debtor.** | * | |

_____

**ORDER APPROVING FIRST AND FINAL APPLICATION OF**
**SUBCHAPTER V TRUSTEE FOR COMPENSATION**
**IN CASE UNDER SUBCHAPTER V OF CHAPTER 11**

UPON CONSIDERATION of the First and Final Application of Stephen A. Metz, Subchapter V Trustee ("**Applicant**"), for allowance of compensation and expenses for services performed (the "**Application**"), no objections having been filed thereto, and for good cause shown, it is by the United States Bankruptcy Court for the Eastern District of Virginia, Alexandria Division,

**ORDERED,** that the Application is hereby GRANTED on a final basis, and Applicant is hereby awarded a chapter 11 administrative expense priority claim for professional services rendered as Subchapter V Trustee in the amount of $5,785.00 for the period January 8, 2026 through May 28, 2026; and it is further

**ORDERED**, that Applicant is authorized to apply the deposit of $3,000 (paid by Debtor to Applicant) to the allowed fees and the Debtor shall pay the balance to the Applicant in accordance with the terms of the Chapter 11 Plan.

Date: Jul 2 2026

/s/ Brian F Kenney
_____
Brian F. Kenney
United States Bankruptcy Judge

Entered On Docket: Jul 8 2026

**Local Rule 9022-1(C)(1) Certification**

Pursuant to Local Rule 9022-1(C), this proposed order has been served upon all necessary parties.

<u>/s/ Stephen A. Metz</u>
Stephen A. Metz

I ASK FOR THIS:

*/s/ Stephen A. Metz*
Stephen A, Metz, VA Bar No. 89738
Offit Kurman, P.A.
7501 Wisconsin Ave, Suite 1000W
Bethesda, MD 20814
Telephone: (240) 507-1723
Facsimile: (240) 507-1735
Email: smetz@offitkurman.com

*Subchapter V Trustee*

SEEN AND NO OBJECTION:

MATTHEW W. CHENEY
Acting United States Trustee, Region 4

By: */s/ Katharine Toledo*
Katharine Toledo, Trial Attorney
Office of the United States Trustee
1725 Duke St., Suite 650
Alexandria, VA 22314

2

4898-3208-7472, v. 1

United States Bankruptcy Court

Eastern District of Virginia

In re:

Bella Barbies International LLC
        Debtor

Case No. 26-10033-BFK

Chapter 11

# CERTIFICATE OF NOTICE

| District/off: 0422-9 | User: RenierJes | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 08, 2026 | Form ID: pdford9 | Total Noticed: 32 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+                    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 10, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Bella Barbies International LLC, 7902 Tysons One Pl, Unit 2901, McLean, VA 22102-5240 |
| desig | + | Samia Latia Gore, 7902 Tysons One Place, Unit 2901, McLean, VA 22102-5240 |
| 16926734 | + | Admiral Leasing & Finance Co, Arnold Wollman, 6826 Old Pimlico Rd, Baltimore, MD 21209-1614 |
| 16926735 | + | Alien Finance LLC, 5830 E 2nd St, Ste 7000 #5788, Casper, WY 82609-4308 |
| 16926737 | + | Attentive Mobile, 5805 Sepulveda Blvd, 4th Floor, Sherman Oaks, CA 91411-2532 |
| 16926738 | + | Barcode Group, 84 South 10th St, Suite 200, Minneapolis, MN 55403-2559 |
| 16926739 | + | Blue Wheel Media, 1837 Enterprise Dr, Rochester, MI 48309-3802 |
| 16926740 | + | Clover PR Inc., 20409 Yorba Linda Blvd, Ste 152, Yorba Linda, CA 92886-3042 |
| 16926742 | + | Hawke Media, 2415 Michigan Ave, Santa Monica, CA 90404-4009 |
| 16926744 | + | Jacqueline Gattereau, 2222 Rickover Pl, Winter Garden, FL 34787-5485 |
| 16954425 | + | Matthew Reichard, E.C.C. & Associates, 26 Railroad Ave. #117, Babylon, NY 11702-2204 |
| 16954426 | + | On Demand Fulfillment, 8152 Welby Park Dr Ste B, West Jordan, UT 84088-5987 |
| 16926746 | + | On Ramp Funds, 1705 S Capital of Texas Hwy, Ste 500, Austin, TX 78746-6597 |
| 16926747 | + | Rawson Technologies, LLC dba pirawna, 4441 Woodbine Ln, Prosper, TX 75078-1189 |
| 16926748 | + | Samia Gore, 7902 Tysons One Pl, Unit 2901, McLean, VA 22102-5240 |
| 16954427 | | Shopify, 151 O'Connor St, Ground Floor, Ottawa ONT Canada, K2P2L8 |
| 16993361 | + | Stephen Wayne Sather, 7320N. MoPac Expwy, Suite 400, Austin, TX 78731-2347 |
| 16926751 | + | Wayflyer, 356 Wythe Ave, Brooklyn, NY 11249-5124 |
| 16993362 | + | eCommerce Funding, LLC and On Ramp Funds, Inc., 7320N. MoPac Expwy, Suite 400, 7320 N. MoPac Expwy, Suite 400, Austin, TX 78731-2347 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: ustpregion04.ax.ecf@usdoj.gov | Jul 09 2026 02:36:00 | UST smg Alexandria, Office of the U. S. Trustee, 1725 Duke Street, Suite 650, Alexandria, VA 22314-3489 |
| 16926736 | + | Email/PDF: bncnotices@becket-lee.com | Jul 09 2026 02:37:26 | American Express, PO Box 297871, Fort Lauderdale, FL 33329-7871 |
| 16958351 | | Email/PDF: bncnotices@becket-lee.com | Jul 09 2026 02:37:17 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 16926741 | | Email/Text: correspondence@credit-control.com | Jul 09 2026 02:35:00 | Credit Control LLC, 3300 Rider Trl S, Ste 500, Earth City, MO 63045 |
| 16927386 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 09 2026 02:36:00 | IRS, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 16965318 | | Email/Text: ext_ebn_inbox@navyfederal.org | Jul 09 2026 02:37:00 | Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000 |
| 16926745 | + | Email/Text: USAVAE.Bankruptcynotices@usdoj.gov | Jul 09 2026 02:35:00 | Office of the US Attorney, 2100 Jamieson Ave, Alexandria, VA 22314-5794 |
| 16926749 | + | Email/Text: bankruptcynotices@sba.gov | Jul 09 2026 02:35:00 | Small Business Administration, 409 3rd St., SW, Washington, DC 20416-0002 |
| 16954428 | + | Email/Text: bknotice@stillmanlaw.com | Jul 09 2026 02:36:00 | Stillman Law Office, 30057 Orchard Lake Road, |

District/off: 0422-9                                  User: RenierJes                                  Page 2 of 2

Date Rcvd: Jul 08, 2026                              Form ID: pdford9                                Total Noticed: 32

| | | | | Suite 200, Farmington, MI 48334-2265 |
|---|---|---|---|---|
| 16927388 | + | Email/Text: USAVAE.Bankruptcynotices@usdoj.gov | | |
| | | | Jul 09 2026 02:35:00 | U.S. Attorney, Courthouse Square, 2100 Jamieson Avenue, Alexandria, VA 22314-5702 |
| 16927387 | | Email/Text: atlreorg@sec.gov | | |
| | | | Jul 09 2026 02:36:00 | U.S. Securities and Exchange Commission, Office of Reorganization, 950 East Paces Ferry Road, Suite 900, Atlanta, GA 30326-1382 |
| 16955283 | + | Email/Text: arbankruptcy@uline.com | | |
| | | | Jul 09 2026 02:36:00 | Uline, 12575 Uline Dr., Pleasant Prairie, WI 53158-3686 |
| 16926750 | + | Email/Text: va_tax_bk@harriscollect.com | | |
| | | | Jul 09 2026 02:36:00 | Va Dept of Taxation, PO Box 1115, Richmond, VA 23218-1115 |

TOTAL: 13

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| 17015048 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 16958358 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 16926743 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 10, 2026                          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 8, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel M. Press | on behalf of Debtor Bella Barbies International LLC dpress@chung-press.com pressdm@gmail.com;danpress@recap.email |
| Katharine Toledo | on behalf of U.S. Trustee Matthew W. Cheney katharine.i.toledo@usdoj.gov Robert.W.Ours@usdoj.gov |
| Matthew W. Cheney | ustpregion04.ax.ecf@usdoj.gov |
| Stephen A. Metz | smetz@offitkurman.com MD71@ecfcbis.com |

TOTAL: 4