**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
ALEXANDRIA DIVISION

```
----------------------------------------------------------------X
In re:                                       :        Chapter 11 (Subchapter V)
                                             :
Bella Barbies International LLC              :        No. 26-10033-BFK
                                             :
             Debtor.                         :
                                             :
----------------------------------------------------------------X
```

### NOTICE OF CHANGE OF COUNSEL'S  ADDRESS

Please take notice that effective August 15, 2026, the undersigned is changing firms.  The

new address is below.

      Dated: August 14, 2026.

    /s/ Daniel M. Press_____
Daniel M. Press, VSB 37123
Law Offices of Daniel M. Press
201 Washington St.
Cumberland MD 21502
(703) 725-7600
dan@danpress.us

Daniel M. Press, VSB 37123
Law Offices of Daniel M. Press
201 Washington St.
Cumberland MD 21502
(703) 725-7600
dan@danpress.us
Counsel for Debtor

## CERTIFICATE OF SERVICE

This is to certify that on this 14th day of August, 2026, I caused to be served the foregoing Notice on the U.S. Trustee, Subchapter V Trustee, and all parties requesting notice by CM/ECF.

_/s/ Daniel M. Press_____
Daniel M. Press

2