**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

# OMNIBUS NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that Katharine I. Toledo withdraws her appearance as counsel for Matthew W. Cheney, Acting United States Trustee, Region 4, in the cases listed on the attached Exhibit A effective as of the date of this notice.

PLEASE TAKE FURTHER NOTICE that Michael T. Freeman is hereby substituted as counsel for Matthew W. Cheney, Acting United States Trustee, Region 4, in the cases listed on the attached Exhibit A effective as of the date of this notice.

Date: September 22, 2026

MATTHEW W. CHENEY
Acting United States Trustee, Region 4

By: */s/ Michael T. Freeman*

Michael T. Freeman
Va. Bar No. 65460
Asst. United States Trustee
Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
(703) 557-7274- Direct Dial
(202) 934-4174- Office Cell
Michael.T.Freeman@usdoj.gov

**Certificate of Service**

I hereby certify that on September 22, 2026, I electronically filed the foregoing with the Clerk of the Court and served it via the Court's CM/ECF system upon all parties who have entered an appearance in these cases.

*/s/ Michael T. Freeman*
Michael T. Freeman
Asst. United States Trustee

# EXHIBIT A

| Case Number | Case Name |
|---|---|
| | |
| 26-10033-BFK | Bella Barbies International LLC |
| 26-10621-KHK | 547 Duncan LLC |
| 25-11896-KHK | Alexandria Music Inc. |
| 26-11649-BFK | Regan Ni-Cole Wilson-Leach |
| 26-10126-KHK | Tiana Marie Ramos |
| 25-11132-KHK | Glyn Neal Owen |
| 25-11391-BFK | Timothy Jerome Barber |
| 26-10730-BFK | New York Tailors, Inc. |
| 23-11261-BFK | Valeria V. Gunkova |
| 25-12332-KHK | Haechan Park |
| 26-10244-KHK | Magdalena Geonanga |
| 26-10387-BFK | Jose Carlos Merino Mejia |
| 26-10508-BFK | Railhead, Inc. |
| 26-10569-BFK | Amelah Naomi Greenbay |
| 26-10611-KHK | Tara K. Millson |
| 26-10232-BFK | Advantage SCI, LLC |
| 24-12354-BFK | Rui Tang |
| 25-10238-BFK | Sylvia Esther Nichols |
| 26-10486-KHK | Evan John Outlaw and Ashley Elizabeth Outlaw |
| 25-11741-BFK | Collective Investment Holdings 5 LLC |
| 25-12243-KHK | Angelito A. Gutual |
| 25-12551-KHK | James William Jamison and Dixie Hawley Jamison |
| 24-10120-BFK | Maria Marika Ross |
| 24-12147-BFK | Road Res-Q LLC |
| 24-12342-KHK | Connectchain, Inc. |
| 25-11997-KHK | Jennifer Michelle Posey |
| 25-10491-KHK | Catherine Akbarieh |
| 25-11016-BFK | Ashton Alden Jenkins |
| 25-11369-BFK | Rescue Mission Alliance |
| 25-11706-KHK | Joshua H. Burd |
| 24-11145-BFK | Melissa Jane Strano and Jeffrey Strano |
| 24-12348-KHK | Daniel James Lesniak and Keri Shull Lesniak |
| 25-10987-KHK | Dean Van Zyl |
| 25-11750-BFK | Andrew Thomas Bretton |
| 24-11630-KHK | Bradley T. Brick |