**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| BELLA BARBIES INTERNATIONAL LLC | * | Case No. 26-10033 BFK<br>Chapter 11 (Subchapter V) |
| | * | |
| Debtor. | * | |
| | * | |

* * * * * * * * * * * * *

## ORDER DISCHARGING SUBCHAPTER V TRUSTEE

It appearing to the Court that the Subchapter V Trustee in the above–entitled case has performed all duties required of him in the administration of said estate;

ORDERED, that the Subchapter V Trustee be and he hereby is discharged from and relieved of his trust.

Date: _____________

_______________________________________
Brian F. Kenney
United States Bankruptcy Judge

Entered on Docket: _____________________

I ask for this:

*/s/ Stephen A. Metz*
Stephen A. Metz
Virginia State Bar No. 89738
Offit Kurman, P.A.
7501 Wisconsin Ave., Suite 1000W
Bethesda, MD 20814
Phone: (240) 507-1723
smetz@offitkurman.com
Subchapter V Trustee

Seen and No Objection:

MATTHEW W. CHENEY
Acting United States Trustee, Region 4

By: *<u>/s/ Michael T. Freeman (SAM w/permission)</u>*
Michael T. Freeman
Virginia State Bar No. 65460
Asst. United States Trustee
Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
(703) 557-7274- Direct Dial
(202) 934-4174- Office Cell

**Certificate of Endorsement by All Parties**

Pursuant to Local Rule 9022-1(C), I hereby certify that the proposed order has been endorsed by all necessary parties.

*/s/ Stephen A. Metz*
Stephen A. Metz